USDC S...
DOCUMENT
...NICALLY FILED
DATE FILED: 7/18/-8

Bond No. 1000789853

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEMINI II LTD.,

                              Plaintiff(s)

vs.

DERECKTOR SHIPYARDS CONN., LLC,

**UNDERTAKING ON TEMPORARY INJUNCTION**

INDEX No: 08 CV 6334 (LAP)

                              Defendant(s)

WHEREAS, the Plaintiff(s) GEMINI II LTD. above named is/are about to apply or has/have applied for a Temporary Injunction in the above entitled action, restraining the Defendant(s)

DERECKTOR SHIPYARDS CONN., LLC as more fully described in the court order dated July 15, 2008

NOW, THEREFORE, the U.S. SPECIALTY INSURANCE COMPANY, having an office and principal place of business for the State of New York at c/o The Hyde Agency, 321 Broadway, New York, NY 10007 does hereby, pursuant to the Statute in such case made and provided, undertake that the Plaintiff(s) will pay to the Defendant(s) DERECKTOR SHIPYARDS CONN., LLC so enjoined, such damages and costs not exceeding the sum of FIVE HUNDRED THOUSAND AND NO/100-------------- Dollars ($ 500,000---------------- ), as DERECKTOR SHIPYARDS CONN., LLC may sustain by reason of the injunction, if the Court shall finally decide that the Plaintiff(s) is/are not entitled thereto; such damages and costs to be ascertained by a reference, or otherwise as the Court shall direct.

Dated July 17, 2008

Approved 7/18/08 3:00pm
J. Michael McMahon
Clerk
By: [signature]

U.S. SPECIALTY INSURANCE COMPANY

By [signature]
David J. Smith, Attorney-in-Fact

CGB25501NY1099f

## ACKNOWLEDGMENT OF SURETY

**STATE OF NEW YORK }**
**COUNTY OF** <u>NEW YORK</u>      } ss:

On the <u>17th</u> day of <u>July</u> in year <u>2008</u> before me personally came <u>David J. Smith</u> to me known, who being by me duly sworn, did depose and say that he/she resides at <u>New York, NY</u>, that he/she is the Attorney-in-Fact of <u>U.S. SPECIALTY INSURANCE COMPANY</u>, the corporation described in and which executed the above instrument; that he/she knows the corporate seal of said corporation, that the seal affixed to such instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation, and, that he/she signed his/her name thereto by like order; and that said corporation is duly authorized to transact business in the State of New York in pursuance of the statutes of such case made and provided, that the Superintendent of insurance of the State of New York, has, pursuant to Chapter 28 of the Consolidated Laws of the State of New York, known as the Insurance Law, issued to
<u>U.S. SPECIALTY INSURANCE COMPANY</u>
a Certificate of Solvency and qualification to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law and that such certificate has not been evoked.

_____
Notary Public

KAREN McMULLIN
Notary Public, State of New York
No. 01MC2634575
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 30, 2011

# POWER OF ATTORNEY
(To be used with bonds issued on behalf of U.S. SPECIALTY INSURANCE COMPANY)

*Know All Men by These Presents* That, U.S. SPECIALTY INSURANCE COMPANY (the "Company"), a corporation duly organized and existing under the laws of the State of Texas, and having its principal office in Houston, Harris County, Texas, does by these presents make, constitute and appoint

David J. Smith of New York, New York

its true and lawful Attorney(s)-in-fact, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include riders, amendments, and consents of surety, providing the bond penalty does not exceed ******************One Million****************** Dollars ($ ****1,000,000.00**** ) and to bind the Company thereby as fully and to the same extent as if such bonds were signed by the President, sealed with the corporate seal of the Company and duly attested by its Secretary, hereby ratifying and confirming all that the said Attorney-in-Fact may do in the premises. Said appointment is made under and by authority of the following resolutions of the Board of Directors of the U. S. Specialty Insurance Company:

*Be it Resolved*, that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and of behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved*, that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached. (Adopted by unanimous written consent in lieu of meeting on July 7, 2003.)

*In Witness Whereof,* U. S. SPECIALTY INSURANCE COMPANY has caused these presents to be signed by its Vice President, and its corporate seal to be hereto affixed this 4th day of October, 2007.

Corporate Seal

U.S. SPECIALTY INSURANCE COMPANY
By
_____
Leon B. Back, Jr., Vice President

State of California
County of Los Angeles   ss:

On this 4th day of October, 2007 before me personally came Leon B. Back, Jr., to me known, who, being by me duly sworn, did depose and say, that he resides in Los Angeles, California, that he is Vice President of U.S. SPECIALTY INSURANCE COMPANY, the company described in and which executed the above instrument; that he knows the seal of said Company; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of the Company; and that he signed his name thereto by like order.

Notary Seal



ROCHELLE A. HILL
Commission # 1634494
Notary Public - California
Los Angeles County
My Comm. Expires Jan 3, 2010

Rochelle A. Hill, Notary Public
My commission expires 1-3-10

I, Jeannie Kim, Assistant Secretary of U. S. SPECIALTY INSURANCE COMPANY, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Company, which is still in full force and effect; furthermore, the resolutions of the Board of Directors, set out in the Power of Attorney are in full force and effect.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Company at Los Angeles, California this 17 day of July, 2008.

Corporate Seal

_____
Jeannie Kim, Assistant Secretary

Bond No. 1000
Agency No. #11523

POA112A10/04

**U.S. SPECIALTY INSURANCE COMPANY**
**STATUTORY STATEMENT OF ADMITTED ASSETS,**
**LIABILITIES, CAPITAL AND SURPLUS (1)**
December 31, 2007

| Admitted Assets | |
|---|---:|
| Investments: | |
| Fixed Maturities, at amortized cost | 769,791,626 |
| Common Stocks, at fair value | 10,488,409 |
| Other invested assets | 9,336,513 |
| Cash and short term investments | 17,663,928 |
| Total cash and invested assets: | 807,280,476 |
| | |
| Accrued interest income | 8,555,019 |
| Premium receivable | 86,479,343 |
| Recoverable from reinsurers | 19,981,283 |
| Net deferred tax asset | 17,677,837 |
| Guaranty funds receivable | 291,856 |
| Furniture and equipment | 105,901 |
| Receivable from parent, subsidiaries and affiliates | 66,356 |
| Claim payments receivable on administered business | 5,076,475 |
| | 138,234,070 |
| Total admitted assets | 945,514,546 |

| Liabilities and Capital and Surplus | |
|---|---:|
| Liabilities: | |
| Unpaid loss and loss adjustment expense | 406,937,352 |
| Contingent commissions payable | 53,513 |
| Accrued expenses | 3,436,263 |
| Taxes, licenses, and fees | 4,110,938 |
| Federal and foreign income taxes payable | 2,728,237 |
| Unearned premiums | 191,632,411 |
| Ceded reinsurance balance payable | 50,383,673 |
| Funds held under reinsurance treaties | 4,336,015 |
| Amounts withheld or retained for others | 303,892 |
| Provision for reinsurance | 3,998,404 |
| Payable to parent, subsidiaries and affiliates | 342,337 |
| Deferred ceding commissions | 189,688 |
| Total liabilities | 668,450,623 |
| | |
| Capital and Surplus: | |
| Capital Stock | 4,000,000 |
| Additional paid-in and contributed capital | 112,064,831 |
| Unassigned surplus | 160,998,892 |
| | 277,063,723 |
| Total liabilities and capital and surplus | 945,514,546 |

(1) - in accordance with the statutory financial statements as filed on March 1, 2008.

I, Stephen P. MacDonough, Chief Financial Officer of U.S. Specialty Insurance Company, hereby certify that to the best of my knowledge and belief, the foregoing is a full and true Statutory Statement of Admitted Assets, Liabilities and Capital and Surplus of the Company as of December 31, 2007, prepared in conformity with accounting practices prescribed or permitted by the Texas Department of Insurance. The foregoing statement should not be taken as a complete statement of financial condition of the Company. Such a statement is available upon written request at the Company's home office located at 13403 Northwest Freeway, Houston, Texas 77040.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Corporation at Houston, Texas.

Stephen P. MacDonough
Chief Financial Officer

## CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

STATE OF NEW YORK

INSURANCE DEPARTMENT

It is hereby certified that

**U.S. SPECIALTY INSURANCE COMPANY**

of **Houston, Texas**

a corporation organized under the laws of the State of Texas, and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $277,063,723. (Capital $4,000,000) as shown by its sworn financial statement for the year ended December 31, 2007 on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have hereunto set my hand and affixed the official seal of this Department at the City of Albany, this 4th day of April, 2008.

Eric R. Dinallo
Superintendent of Insurance

By *Clark J. Williams*

Clark J. Williams
Special Deputy Superintendent

http://www.ins.state.ny.us