John M. Toriello
Patrick J. Sweeney
David R. Brand
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
(212) 513-3200

Attorneys for Plaintiff
Gemini II Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEMINI II LTD.,

                                  Plaintiff,

        - against -

DERECKTOR SHIPYARDS CONN., LLC,

                                  Defendant.

---

08 Civ. 6334 (    ) (    )

**DECLARATION OF
DANIEL L. ROBSHAM**

Daniel L. Robsham hereby declares under penalty of perjury:

1.      I am presently employed by Patton Marine, Inc. as a surveyor for large

yacht new construction, pre-purchase, insurance, condition and valuation, damage and regulatory

surveys worldwide. I hold various USCG licenses and other certificates related to maritime and

marine survey activities. I graduated with a Bachelor of Science degree in Marine Engineering

with high honors in 1982 from the Maine Maritime Academy. I was an exclusive surveyor for

the American Bureau of Shipping from June 1994 through July 1999. I am a National

Association of Marine Surveyors - Certified Marine Surveyor, Hull & Machinery, No. 109-847.

A copy of my curriculum vitae is attached to this Declaration as Exhibit 1. For the past nine

years, I have specialized in reviewing and surveying large yacht construction on a worldwide

basis. During this time, I have acted as a surveyor for more than 45 large yachts under

construction and have examined large yachts under construction in not less than 40 shipyard
facilities including in the USA, Holland, Germany, Italy, France, Spain, Turkey, New Zealand,
Australia & Canada. As a result of this experience, I have an understanding of the best yacht
building practices in the industry.

2.    I have been retained by Gemini II Ltd. to act as a consultant and surveyor
with respect to the yacht presently under construction at the Derecktor Shipyard located in
Bridgeport, Connecticut. The yacht is known as the Project Gemini and has a Builder's Hull No.
85135. The yacht is a 145 foot catamaran sailing yacht which, according to the specifications
attached to the Contract, was designed to have a tonnage of 499 tons. Pursuant to the
introductory paragraph of the Contract, the Owner and the Builder agreed that the Builder shall
build the Vessel located at Bridgeport, Connecticut using "the best yacht building practices."
The general conditions of the specifications attached as Exhibit 2, reiterate this standard by
stating: "it is the intent of this design and specification to construct a super yacht to the highest
standards of construction and outfitting." Similarly, Paragraph 01.05 of the Specifications
incorporates this concept in the following sentence:

> The Builder shall guarantee skilled workmanship, in keeping with the best
> yacht construction practice and in conformity with the plans and
> specifications as approved in writing by the owner's representative.

3.    I have attended at the shipyard since June 30, 2008. When I arrived at the
shipyard, I toured the Vessel. The Vessel was in the main construction building at the Derecktor
Shipyard. That building is a fully enclosed building of permanent nature. It is thermally
insulated, electrically lighted and includes forced ventilation, gas fired heat, electricity, plumbing
and an overhead crane. It also has extensive mezzanine staging areas permitting outfitting and
preparatory work to be performed with easy access to the main deck of the Vessel. This type of
facility conforms to the generally accepted best yacht practices.

2

4.      While I was at the Shipyard during the week of July 7, 2008, I also observed fewer than 10 shipyard tradesmen working on the Vessel at any one time.

5.      I was advised on or about June 30, 2008 that Derecktor Shipyards intended to move the Vessel from the building to another structure that had been erected on the Shipyard premises, and that, on or about July 12, 2008, Derecktor Shipyard did move the Vessel to this other structure. This structure consists of three walls made from stacking apparently empty shipping containers, three high, with a corrugated metal roof attached to the upper most level of the cargo containers. One side of the cargo container structure is not enclosed at all. I visited this structure on several occasions, most recently on July 11, 2008. At that time, the building could not be climate controlled because it was not fully enclosed. In addition, although electrical conduit piping was attached to the interior of the building, the necessary wiring was not apparent. There was no overhead crane, plumbing or running water apparent in the structure. In addition, there were no mezzanine areas for off-ship preparation of materials and easy access to the main deck of the Vessel. A drawing provided to me indicates a small staging area is planned to be created by stacking empty cargo containers inside the facility, two high and two deep. The area created atop these containers will apparently be less than 20% of the mezzanine level staging and workshop areas that were available to the persons formerly working on this yacht in the permanent building. I am also advised that Derecktor Shipyards was asked to provide a Certificate of Occupancy for the cargo container structure, but that no such Certificate was produced.

6.      Placing the Vessel into this type of structure plainly does not conform to the best yacht building practices. The Vessel will be partially exposed to the elements. Plainly, this is not in accordance with Paragraph 01.09 of the Specifications which provides:

> The vessel shall be built at the Builder's yard under a permanent roof with suitable climate control, and will be delivered as per terms of the Contract.

3

In addition to a fully enclosed structure, best yacht building practices requires a structure which is fully climate-controlled, with an overhead crane and a mezzanine for the efficient staging and movement of equipment and materials. Since the structure to which the Vessel was moved does not provide full enclosure, an overhead crane or a mezzanine, Derecktor Shipyard is not currently conforming with the best yacht building practices.

This Declaration is made under the penalties of perjury of the United States of America. Signed this 13th day of July, 2008.

_Daniel L. Robsham_

Daniel L. Robsham

# 5468141_v3

4

# EXHIBIT 1

Daniel L. Robsham
Marine Surveyor – Hull & Machinery

| Licenses & Certificates | Chief Engineer Motor & Gas Turbine Vessels Any HP, USCG   (Equivalent to UK Class I) | 1981, renewed & remains current |
|---|---|---|
| | Non Destructive Evaluation for Marine Surveyor | 1995 |
| | Welding Inspection for Marine Surveyor | 1995 |
| | Shipyard Competent Person (Gas Free & Tank Entry) | 1995 |
| | ISO 9000 Lead Auditor Course to IRCA Standards | 1996 |
| | Certified ISM Auditor to SOLAS/IACS Standards | 1996 |
| | Shipboard Firefighting & Damage Control | 1979-1980 |
| | NAMS-Certified Marine Surveyor Hull & Machinery | 2004 |
| | ABYC Marine Corrosion Technician | 2006 |
| | ABYC Standards Accreditation Course | 2007 |

| Education | Marine Maritime Academy, BS Marine Engineering, High Honors, 1982 |
|---|---|
| | Minor Concentration in Marine Industrial Management |

| Employment History | August 1999-Present | Patton Marine, Inc. Miami, FL |
|---|---|---|

Patton Marine surveyor for large yacht new construction, pre-purchase, insurance, condition & valuation, damage and regulatory surveys worldwide. Currently responsible for international new build projects total value over $100 million, including specification reviews, negotiation and oversight of construction on behalf of owners. Also engaged on a daily basis for pre-purchase, insurance and other surveys. Specialties include mechanical, electrical, hull construction and regulatory matters under any flag or class society.

June 1994 – August 1999                   American Bureau of Shipping USA & UAE

Classification surveyor for new construction, conversion and overhaul projects for vessels of 75 tons through 555,000 tons. Responsible for planning and execution of hundreds of ABS related surveys afloat, at shipyard facilities and shore side fabrication locations.

Assignments included Norfolk, VA & Dubai, UAE. Conducted & reported upon periodic surveys, damage & repairs, dry docking, conversions, vessel condition assessments, Loadline, Tonnage, SOLAS and MARPOL surveys, GMDSS surveys, statement of fact surveys, change of flag surveys and ISM certification audits. Certified & verified materials, welding procedures, welders and service providers to recognized industry standards. Oversight & review of hull gauging, underwater examinations and inclining experiments. Recommended vessel repair plans and verified the repairs were carried out and tested properly. Advised clients on cost effective and reliable repair methods proven in service. Required to accurately and promptly report surveys, issue certificates and prepare invoicing information.

Assignments were high visibility positions within the industry, as the Dubai location served the Persian Gulf region, including tanker & container trades, offshore petroleum sector and

coastal vessels. Attended vessels for major clients on a seven day per week basis in the Dubai, Abu Dhabi, Kuwait and Fujariah areas.

August 1990 to June 1994                    MEBA Washington, DC

Researched maritime industry developments for the domestic, military & international markets. Developed useful contract spreadsheets, detailed reports & correspondence to support negotiations and positions. Summarized legislative and commercial issues in order to forecast their affect on the U.S. flag merchant fleet and the organization. Public contact & speaking, as well as extensive writing was required in the post.

Served as licensed marine engineer aboard a variety of merchant vessels operating in liner, tanker & passenger trades from August 1990 through February 1993. Responsible for watch standing troubleshooting, maintenance & repair of shipboard systems during Atlantic, Pacific, Mediterranean and Caribbean voyages.

May 1982 to August 1990                    US Navy Military Sealift Command

Licensed marine engineer aboard civilian vessels operated worldwide in support of the Department of Defense. Increasing responsibilities for operation, maintenance & repair of shipboard electrical & mechanical systems. Advanced from Third Assistant to First Assistant Engineer aboard automated/UMS diesel & steam powered vessels from 7200 to 33,000HP. Ultimately responsible for daily employee management, maintenance planning & record keeping, vessel-shipyard coordination and successful conduct of regulatory body inspections. Involved in multiple ship overhaul & dry docking projects throughout the period.

Experienced in preparing work orders and monitoring activities associated with new construction & repair specifications. Shore side tour at Avondale Shipyards during construction of 190,000bbl diesel powered product tanker. Conducted pre-delivery hull & machinery inspections/test routines as member of owners representation team. Embarked as ships engineer and remained with the vessel throughout the two-year post delivery period, including the first scheduled dry docking. Maintained the post delivery guarantee item database and interfaced with builders engineers to ensure outstanding issues were resolved in favor of owners.

Other &          Since 1994 have successfully represented clients interests for over $100 million of insured
Personal        marine losses and over $2 billion in new vessel construction

                Expert witness, marine survey, US District Court – New Orleans, LA
                48 years old, non-smoker
                Married, Good Health – no disabilities
                Eligible for insurance Bonding
                Languages Spoken – English & French
                Languages Limited – Spanish & Italian

# EXHIBIT 2

# CONTENTS OF THE SPECIFICATIONS

| Section | Title | Page |
|---|---|---|
| 01 | GENERAL CONDITIONS | 7 |
| 02 | CONSTRUCTION OF HULL AND SUPERSTRUCTURE | 13 |
| 03 | STEERING INSTALLATION | 18 |
| 04 | MAIN ENGINE INSTALLATION | 20 |
| 05 | GENERATOR INSTALLATION | 24 |
| 06 | THRUSTER INSTALLATION | 26 |
| 07A | ANCHOR SYSTEM | 28 |
| 07B | BILGE AND FIRE PUMP SYSTEM | 30 |
| 07C | SEA WATER SYSTEM | 33 |
| 07D | FRESHWATER SYSTEM | 35 |
| 07E | FIRE FIGHTING SYSTEMS | 38 |
| 07F | PNEUMATIC SYSTEMS | 40 |
| 07G | WASTE TREATMENT SYSTEMS | 42 |
| 07H | HYDRAULIC SYSTEMS | 44 |
| 07I | FUEL SYSTEM | 50 |
| 07J | LUBE OIL SYSTEMS | 53 |
| 07K | GALLEY EQUIPMENT | 55 |
| 08 | REFRIGERATION AND FREEZER SYSTEMS | 60 |
| 09 | HEATING, VENTILATION AND AIR CONDITIONING | 61 |
| 10A | ELECTRICAL GENERAL | 63 |
| 10B | AC SYSTEMS | 64 |
| 10C | DC SYSTEMS | 69 |
| 10D | LIGHTING & PLUG SYSTEMS | 73 |
| 10E | CATHODIC & LIGHTNING PROTECTION SYSTEM | 82 |
| 11A | MONITOR, ALARM & SECURITY SYSTEMS | 83 |
| 11B | NAVIGATION & COMMUNICATIONS SYSTEMS | 86 |
| 11C | ENTERTAINMENT SYSTEMS | 89 |
| 12 | INTERIOR CONCEPTS | 93 |
| 13 | EXTERIOR CONCEPTS | 99 |
| 14 | NOISE & VIBRATION CONTROL | 102 |
| 15 | DECK EQUIPMENT | 105 |
| 16 | INVENTORY | 111 |
| 17 | SAFETY EQUIPMENT | 112 |
| 18 | (Omitted) | |
| 19 | PAINT SYSTEMS | 113 |
| 20 | SPARS | 116 |
| 21 | STANDING RIGGING | 120 |
| 22 | RUNNING RIGGING | 120 |
| 23 | SAILS | 122 |
| 24 | TENDERS | 123 |

## 01     GENERAL CONDITIONS

This specification is for the construction of a 145' catamaran sailing yacht according to plans and specifications dated April 28, 2005. It is the intent of this design and specification to construct a super yacht to the highest standards of construction and outfitting.

The yacht is intended for private use and charter (commercial use) and is intended for year round, worldwide cruising, all seas excluding ice, with trans-oceanic capability. The yacht is to be Classed and delivered with the following certificates:

1. Bureau Veritas Rules for the Classification of Yachts :
   ✠ HULL  • MACH
2. MCA; ≤12 passengers; ≤500 GT
3. Cargo Ship Safety Certificate
4. MARPOL Annex I, IV, V and others as required (SOPEP review by Class)
5. International Load Line Certificate (ILLC 1966)
6. International Tonnage Certificate (ITC 1969)
7. Letter of Compliance for Minimum Safe Manning
8. Panama Tonnage Certificate

All certifications and regulations are to be current at the time of delivery to the Owner.

The Builder will assist the Owner in establishing the ISM Safety Management certificate and Certificate of Registry.

### 01.01     Contacts & Legal Addresses

| | |
|---|---|
| Project Name: | Gemini Project |
| Naval Architect: | Van Peteghem & Lauriot Prévost Yacht Design<br>11 Blvd Bourdon<br>75004 Paris, France<br>email : gemini@vplp.com |
| Marine Engineer: | Taylor Marine Services, Inc.<br>Harvard, MA 01451 USA<br>Email: taylormarine@charter.net |
| Interior Design: | Michael Leach Designs<br>London, UK |

### 01.02     Principal Characteristics

| | |
|---|---|
| Flag State: | Cayman Islands |
| Hull material: | Aluminum |
| Hull form: | Catamaran |
| Length over all: | 44.2m |
| Length water line: | 40.8m |
| Molded Breadth: | 16.6m |
| Molded Depth: | 4.7m |
| Draft: | 2.8m |
| Sail area: | 848m² (up-wind) / 1112m² (reaching) |
| ITTC 1969 tonnage: | 499T |
| Light Ship Displacement: | 210T |
| Fuel Capacity: | 30365 liters |

GEMINI Project Contract Specifications                    Van Peteghem & Lauriot Prévost Naval Architects

| | |
|---|---|
| Water Capacity: | 8500 liters |
| Anchoring Systems: | Classed |
| Subdivision: | ten (10) watertight compartments |
| Decks: | Three (3) ; cabin deck hulls, main deck, upper deck |
| Propulsion: | Two (2) Caterpillar ; model : C-12 ; rated : "C" 454 bp @ 2100 rpm |
| Generators: | Three (3) Northern Lights; model: M5P445D; rated: 40 kW; 208/3/60 |

**01.02.01    Units**

Units used in this specification:

1 meter ~ 3.281 feet
25.4 mm ~ 1 inch
1 tonne ~ 1000 kg ~ approx. 2200 lbs
1 liter ~ 0.265 US gallons

**01.02.02    Dimensional Tolerances**

Hull alignment and dimensions are to be monitored during the construction period. The following structural tolerances will be followed:

| | | |
|---|---|---|
| Boat Length: | ± 44.2 mm | (1.75") |
| Breadth: | -0, + 25 mm | (-0", +1") |
| Depth: | ±25 mm | (± 1") |
| Frame spacing: | ±5 mm | (±3/16") |
| Deck heights: | ±6 mm | (±1/4") |
| Longitudinals: | ±5 mm | (±3/16") |
| Bulkheads: | ±5 mm | (±3/16") |
| Shell deflection: | -3 mm, +0 mm | (before use of filler) |
| Hull vertical alignment: | ±35 mm | (1.4") |
| Hull parallel: | ± 25 mm | (1") |
| Bow-Stern Diagonals: | ± 45 mm | (1.75") |

**01.03      Plans and Specifications**

It is the intent or spirit of this specification and the plans to construct and furnish a yacht complete and outfitted in every respect and ready for her intended service. All articles or equipment to be furnished by the Owner shall be specifically mentioned herein, and, if not specifically mentions, are assumed to be included. Omissions from the plans or specifications, or both, of any items, which according to the generally accepted practice, are necessary for the proper operation of the yacht, shall not release the Builder from supplying same.

In all cases where discrepancies exist between the specification, schematics plans and the contract, the contract shall govern, followed, in order, by the specifications, plans and schematics.

The plans and specifications are intended to be consistent and in harmony, and any work called for in the plans and not in the specifications, or vice-versa, are to be executed as though mentioned in both.

All plans and specifications are to remain the property of the Owner or Architect.

**01.04      Builder's Responsibilities**

GEMINI Project Contract Specifications                    Van Peteghem & Lauriot Prévost Naval Architects

The Builder will be responsible in all aspects to construct the vessel in accordance with these specifications and design as put forward by the Architects and as represented by this specification and the Architect supplied drawings.

It shall be the responsibility of the Builder to carefully check purchase orders, and also to check all materials delivered, to ensure conformity with the details of the specifications and with all mutual working requirements, including installations within the available space.

The Builder shall accept his obligation to review all specifications, plans, schematics, arrangements and Details, collectively the Details, submitted by the Architect and to accept responsibility for the proper construction of the yacht, as though same were of the Builder's own design. Unless the aforementioned details have been rejected in writing, the Builder is required to proceed with the work as set forth in the details.

### 01.04.01    Specifications Intent

These specifications are for tendering and construction purposes. Principal items, such as systems, equipment and machinery, have been specified for life cycle, weight and performance criteria. Specified items are intended to be restrictive rather than descriptive, and are of the type and grade of articles that will be satisfactory. If the Builder proposes alternative equipment, the weight, life cycle, performance criteria and cost differences will be specified in the tender.

Where the phrase "or equal" is used in these specifications, the Builder may propose alternative equipment based upon life cycle, weight and performance criteria. If the Builder proposed alternative equipment, it is required that the weight, life cycle, performance criteria and cost differences be provided in the tender.

### 01.04.02    Weight Control

Of prime importance for a multihull sailing vessel is minimizing weight as this criteria is a critical factor affecting performance. Under such circumstances, the Builder will propose a weight control program to monitor the weight of the construction.

As newer, stronger and lighter materials are developed after the specifications have been written, and as the build proceeds, the Builder may propose alternative materials to the specified materials, and the impact on weight and cost for the Architect and owner to review.

The Architect may propose alternative materials to the specified materials. In this instance, the Builder will provide its impact on weight and cost. In all circumstances, the Architect and owner will have final choice of materials. Please see: 01.04.04 Alterations & Extras.

### 01.04.03    Weight Calculations

Before the final Lines Plan is completed, the Architect will hand over the total weight calculation to the Builder for approval. The Builder will check the weight calculation made by the Architect. The total displacement will be calculated in the following condition "fully loaded, ½ tanks".

The Builder shall be responsible for meeting the weight calculations and shall institute a weight monitoring procedure and track weights.

The Builder will propose a weight monitoring procedure plan for Evaluation. Such a procedure should include weighing of every thing that goes on and off the vessel, and periodic weighting of the entire structure for both weight and LCG. The Builder must submit 'real time' weights to the Architect for review on a monthly basis.

Complete vessel including:

* Masts and booms
* Standing/running rigging
* Sails: mainsail, foresail, jib, staysail, sail covers
* Spare parts
* Tools
* Upholstery
* Half tanks
* Safety equipment
* Owner furnished items listed in part 16.02

### 01.04.04    Construction Process

The Architect will be consulted regarding any and all recommended substitutions and he will be asked to confirm that there will be no sacrifice in quality, additional weight, or performance. However, in all cases, it is understood that the final decision and authority to the Builder will remain with the Owner's Representative. Changes from the items listed by trade name shall be made only with the approval in writing from the Owner's Representative. This condition is to have effect whether or not such terms as "or equal" are used.

Where no specific supplier has been named, the Builder is to select more than one supplier for the equipment, and being satisfied that the equipment meets the requirements of the details, is to obtain Owner's Representatives approval before purchasing and installing equipment.

The Builder is to review all plans, drawings, subcontractor parts and specifications to satisfy the Builder that the intended objectives and requirements will be achieved.

Specific items where required by the Classification Society, such as main hull materials and machinery are to have test certificates issued by relevant manufacturer and inspecting authorities, where applicable. All original and one certified copy of all certificates are to be provided to the Owner's Representative.

All post contract costs of testing, certification, Classification expenses, including Plan Approval, Surveys, Trim and Stability Calculations, Freeboard and Tonnage Measurements, Dock and Sea Trials are to be included in the Price unless alternative contractual arrangements have been made.

### 01.04.05    Alterations & Extras

Should the Owner deem it necessary or advisable during the course of construction to make changes in the layout or details, so long as the general style and type of the Yacht and it's arrangements are maintained, such changes are to be made by the Builder without invalidating the contract and without adding expense, provided these alterations are determined before the particular part of the work to which they refer is commenced.

### 01.05    Materials and Workmanship

The Builder shall make all efforts to minimize weight of materials and components in the project.

The Builder shall guarantee skilled workmanship, in keeping with the best yacht construction practice, and in conformity with the plans and specifications as approved in writing by the Owner's Representative. During construction, any work or materials found defective or

unsuitable by the Owner's Representative shall be removed and replaced without extra charge, regardless of the stage of construction.

All materials and manufactured articles furnished by the Builder shall be suitable for marine installation and shall be of the best quality for their respective purpose.

It shall be the responsibility of the Builder to carefully check purchase orders, and also to check all materials delivered, to ensure conformity with the details of the specifications and with all normal working requirements, including installations within the available space.

The selection of fastenings shall be Allen head or square head fasteners. Fasteners will be high-grade stainless steel, or other material with galvanic compatibility to be considered.

### 01.06.    _Owner Furnished Items_

Inventory items listed in part 16.02 will be owner supplied items.

### 01.07.    _Muck-ups_

The Builder will cost separately, provide a space and construct mock-ups of the following areas:

- Anchor arrangements (1/4 scale)
- Salon and flybridge deck steering stations
- Salon and aft deck
- TV lounge
- Owner's suite
- One (1) guest cabin
- Galley
- Dive compartment (port lazarette)
- Tender compartment

### 01.08.    _Offices, Access & Inspection_

The Owner and his authorized representatives shall have access to the vessel and everything pertaining to the vessel at all reasonable times. The Builder will do its utmost to facilitate the work of the inspectors. The Builder shall provide all normal assistance and materials necessary for the purpose of inspection.

The Builder will provide office facilities and space for the Owner's Representatives. This shall include:

- Access for a minimum of 1 telephone lines
- High speed internet access cable (independent of yard)
- Offices for Project manager/Owner's representative
- Meeting room access

Additional requirements for video support for monitoring of construction will be made available.

### 01.09.    _Protection during construction_

The Builder will use its best efforts (to)protect all work and owner supplied items at all times and be responsible for and make good any and all damage from whatever cause, to any part of

GEMINI Project Contract Specifications      Van Peteghem & Lauriot Prévost Naval Architects

the vessel or its equipment or furnishings, whether supplied by itself or by the Owner. All items are to be marked for the Project upon arrival, weighted and put in secure storage.

The vessel shall be built at the Builder's yard under a permanent roof with suitable climate control, and will be delivered as per terms of the Contract.

The Builder shall maintain adequate insurance to cover both first party and third party claims, naming the Owner and Owner's Representatives as further and additional insured's and loss payees.

<u>01.10        Accessibility for workmanship and cleaning</u>

Convenient access to compartments for cleaning out and maintenance shall be provided to all parts of the vessel. Flooring throughout shall be fitted with suitable access hatches.

Convenient access to the engines, steering gear and all other equipment shall be provided. Care shall be taken in locating pipes and other parts to avoid blocking of access. If necessary, removable sections shall be utilized.

<u>01.11        Lofting</u>

The Architect will supply a 3D model to the builder. The builder will be responsible for the lofting and nesting.

<u>01.12        Plans</u>

<u>01.12.01     Contract Plans</u>

The following plans are delivered as the contract plans:

* Freeboard drawings
* Safety plan – Profile
* General arrangement – Cabin deck
* General arrangement – Main deck
* General arrangement – Flybridge
* General arrangement – Longitudinal sections
* General arrangement – Transverse sections
* Deck plan
* Flybridge Bimini arrangement
* Sail plan
* Longitudinal and transverse forward beams
* Stanchions & railings
* Tender compartment + launching principle
* Platform arrangement
* Starboard transom arrangement
* Aft passerelle geometry operation
* Side passerelle
* Deck hatches and lockers
* Anchoring arrangements
* Mooring arrangements
* Thrusters arrangement
* Systems layout
* Hull portlights
* Preliminary engine room arrangement
* Tanks layout and geometry

- Color renderings
- Fire, noise, vibration and insulation package by SilentLine BV

### 01.12.02    General Plans & Documents

The Architect will supply drawings and studies including, but not limited to:

- Hull lines plan
- 3D model
- Hydrostatics
- Stability report approved by class society
- Weight studies
- Rudder geometry
- Mast plans
- Rigging plan & rig loads
- Chainplates geometry and details
- Stanchions / railing details
- Cove stripe & painting details
- Bridge & helm stations layout

As a rule, the Architect will provide concepts, geometry, functionality and esthetics of items but will not provide construction drawings or detailed drawings. These will be the responsibility of the Builder.

A detailed list of drawings will be produced between the Architect and the Builder specifying which party is responsible for their production prior to contract signature.

### 01.12.03    Interior Plans

Prior to contract signing, the following plans will be agreed between the Owner and the interior architect design and decoration team:

- General Arrangement
- Overhead and window
- Owner's suite
- VIP cabin
- Guest cabins and bathrooms
- Crew cabins and bathrooms
- Galley
- Crew mess
- Corridors
- Main deck salon and dining area
- Lower salon
- Wheelhouse
- Interior furniture details
- Special fixed feature
- General overhead plans
- Lighting arrangements
- Color perspective
- Longitudinal sections for each room or area
- Transverse sections for each room or area
- Elevation for each room or area

As a rule, the interior architect, design and decoration team will provide concepts and geometry of items but will not provide construction drawings or detail drawings. These will be the responsibility of the Builder.

### 01.12.04    System Schematics

The following schematics are included:

* Fuel system
* Lube oil system
* Fire & Bilge system
* Fresh water system
* Sea water system
* Waste water system
* Hydraulic system
* HVAC system
* AC electrical system one line diagram

### 01.13    Plan Approvals

The Builder will submit to the Classification Society for approval all necessary drawings for the proper construction and Classification of the vessel. Copies of approved drawings are to be provided to the Owner's Representative and Architect.

Any plans developed by the Builder should be provided to the Owner's Representative and Architect in duplicate, of which one copy may be electronic.

### 01.14    Trials and Tests

During trials, the yacht shall be at all times, in the care, custody and control of the Builder. Attendance of the Owner's Representatives, Architect, Class Society and regulatory authorities at the time of the trials, or the carrying out of requests to make certain runs or maneuvers, whether informally arranged or according to an established trial agenda, shall not serve to place the yacht in the care or control of the Owner's Representative, Architect, Class Society or regulatory authorities at any time and the Builder agrees to hold the Owner, Owner's Representatives, Architects, Class Society and/or regulatory authorities harmless in the event of loss or damage occurring during trials.

Trials will be conducted in accordance with the regulatory authorities' requirements and additionally:

* Prior to testing and inspection, all tanks and piping systems will be thoroughly cleaned and washed, and all slag, grit and debris will be removed.
* On completion of construction and prior to painting, all fuel oil tanks, ballast tanks, water tanks, oil tanks and sewage/sanitary tanks will be tested and inspected according to classification society requirements.
* Upon vessel completion, a thorough program of dock tests and sea trials are to be carried out to the satisfaction of the Owner's Representative, Architect and regulatory authorities. All proposed programs are to be submitted to the Architects by the Builder for approval before the vessel is completed. All operations covered by these trials are to demonstrate satisfactory performance and workmanship of all items, as to their suitability for the purpose intended, and to show that all requirements of the building specification have been met.
* All necessary sub-contractors or equipment personnel are to be present during their equipment commissioning or system trials.

- The trials to be conducted and staffed by the Builder, in the presence of the Owner's Representatives, Architects, Class Society and regulatory authorities and all data obtained to be recorded and tabulated by the Builder.
- Three copies of all data obtained are to be provided to the Owner's Representative and the Architect.
- The Owner's Representative shall have the right to select all fuel and lubricating oils and greases for commissioning and trials. All fuel and lubricating oil consumed during commissioning and trials shall be for the account of the Builder.
- All necessary materials and stores for the duration of the trials are to be provided by the Builder.
- After all trials a thorough examination of the vessel's structure is to be carried out. All system filters are to be changed and checked for foreign matter to ensure systems are thoroughly clean.
- Hose testing of all through deck fittings to be conducted after sailing trials.
- All defects found during these trials to be made good by the Builder and the vessel to be re-commissioned and thoroughly tested and all corrections approved to the satisfaction of Owner's Representatives, Architects, Class Society and regulatory authorities.

## 01.14.01     Dock Trials

Dock trials are to be conducted alongside the Builder's facility and are to include at a minimum the following trials:

- Main engines, propeller systems and related equipment
- Generators, electrical systems and related equipment
- All deck, mooring and anchoring equipment
- Steering, emergency steering and thruster systems
- Calibration of all tanks
- Calibration of all sensors and monitoring systems
- All sailing systems
- Priming, pumping and endurance tests for all pumps and piping systems
- Manual and automatic controls and alarm systems

Sea trials may not commence until all dock trials have been completed and all defects or deficiencies are cured to the satisfaction of Owner's Representatives, Architects, Class Society and regulatory authorities.

## 01.14.02     Power and Maneuvering Trials

The Yacht is to be laden to the equivalent of full load draft and taken to sea for a series of runs (one in each direction) over a measured distance to determine the speed at maximum continuous power in deep water and under agreed upon sea conditions.

Trials are to include a series of runs over a measured distance to determine H.P./R.P.M./Propeller Pitch/Speed Curves. These trials are to cover, maximum (100%) power, 80% of power, 60% of power and 40% of power.

High and low speed maneuvering trials are to be conducted, to include full lock turning circle at continuous power and at such lower speeds as requested by the Owner's Representative, Architect and regulatory authorities:

- maneuvering astern
- emergency stop at 80% power
- UMS operation and electrical blackout trials
- operation of all machinery while at sea

• anchor handling and anchoring trial

Sailing trials may not commence until all power and maneuvering trials have been completed and all defects or deficiencies are cured to the satisfaction of Owner's Representatives, Architects, Class Society and regulatory authorities.

### 01.14.03    Sailing Trials

Upon satisfactory completion of dock and power trials the Yacht will undergo sailing trials. Trials are to include a minimum of three 8 hour day trips at sea, with key Builder and principal sub-contractors' personnel aboard. During these trials the vessel's performance (boat speed, speed made good, course to apparent wind, apparent wind speed) is to be recorded. It is necessary for the satisfactory completion of sailing trials that they are conducted in suitable weather conditions; for full sail this should include true wind speeds of up to at least 16 knots. Trials under reefed conditions should be carried out in wind speeds of not less than 20 knots.

For the start of the sailing trials the vessel is to be loaded to at least median draft, stores and water to obtain cruising conditions.

The trials will include a testing of all navigation equipment as well as load sensors on the rig.

### 01.15    Stability Calculations

The Builder must show by design calculations that the vessel will meet the intact and damage stability requirements for a catamaran auxiliary sailing vessel as required by all relevant authorities.

The Builder is responsible for monitoring stability during construction and tracking all movements of the center of gravity. These will be submitted to the Architect on a monthly basis for review.

The appropriate stability tests will be conducted by the Builder when the yacht is fully rigged and ready for sea trials.

The Builder will deliver the vessel with an approved stability booklet.

### 01.16    Masts and Rigging

The Owner's Architect will decide the rig geometry and will provide same to the Builder with the dimensions for the mast and rigging. The Builder will deliver final dimensions to the mast builder.

### 01.17    Delivery of the Vessel

The Builder will deliver the vessel to the owner in accordance with the Protocol of Delivery and Acceptance, as set forth in the Contract, which means that the risk and expenses of the Yacht are transferred to the Owner from that date.

### 01.18    Ship Documentation Books

The Builder will submit the following books to the Owner and will also include all available information on CD. Storage for the records is to be provided in the wheelhouse, captain's office or control room as applicable and is to include:

A.    Technical Documentation

All available printed or electronic documentation of equipment, such as: operation manuals, workshop manuals, service stations, parts lists, drawings, schematics, paint systems, lubrication systems, etc. is to be provided. All documents are to be organized, completed and provided with an index.

B.  **System Descriptions**

A description of all important systems and equipment on board is to be provided. Information such as; where it is located, how it is connected, what it is supposed to do, how to start, to stop and to run, together with essential information such as: part numbers, type numbers, reference to manufacturers is to be included. The system descriptions will be provided in separate books and on CD, with the documentation mentioned under C.

C.  **Maintenance Schedules**

A preventive maintenance schedule for all equipment and coatings will be developed by the yard. The following intervals shall be applied. For example: daily, weekly, monthly, 3-monthly, 6-monthly, yearly, docking, 2-yearly and refit, as applicable all equipment and coatings. The maintenance is mentioned together with the step by step descriptions described more fully in section.

D.  **Coding Systems**

A pipe coding system will be developed. The coding consists of self-adhesive arrows on a chrome-vinyl base in the international color code.

Electrical codes will be as specified in part 10A.

## 01.19    Abbreviations

The following abbreviations are to be used in the Specifications:

| Abbreviation | Word or Phrase |
|---|---|
| • MCA | British Maritime and Coastguard Agency |
| • BV | Bureau Veritas |
| • SOLAS | International Maritime Organization for the Safety of Life At Sea, 1974 and its Protocol 1988 (as amended) |
| • ABYC | American Boat & Yacht Council |
| • Stbd | Starboard |
| • TBD | To be determined |
| • HVAC | Heating, Ventilation & Air Conditioning |

## 02        CONSTRUCTION OF HULL AND SUPERSTRUCTURE

### 02.01        General

The hull will be of welded aluminium construction and built under the supervision of the Bureau Veritas, the Architect and the Owner's Representatives.

### 02.02        Materials

The vessel is to be constructed of 5383HII T6 aluminum alloy plate with extruded aluminium sections to be 6082 T6. Note that there is pending development of higher strength marine grade alloys that may be considered. 5383 extrusions may be considered to save weight, if sufficient quantities can justify extrusion

### 02.03        Hull Construction

The scantlings and surfaces as listed on the structural drawings.

### 02.03.01        Bulkheads

All aluminium bulkheads are constructed of 5383 aluminium and 6082 T6 extrusions.

### 02.03.02        Structural & Non-Structural Glass

Structural and non-structural glass as per the architects plans.

### 2.04        Doors

### 2.04.01        Watertight doors

Watertight doors will comply with the standards required for passenger vessels. The standards are defined in SOLAS Chapter II-1. The watertight doors will also display status on the MIMIC panel.

Watertight doors are located as follows:

| Name | Number | Opening mode | Class | Location X | Size (mm) | Port/Stbd |
|------|--------|--------------|-------|------------|-----------|-----------|
| Port & Starboard engine room fwd door | 2 | Hinged | A-60 | 25200 | 1900 x 750 | Both |
| Port & Starboard engine room side escape door | 2 | Hinged | A-60 | 21650 | tbd | Both |
| Forward VIP cabins exterior doors | 2 | Hinged Folded to the wall | A-0 | 30595 | 2800 x 800 | Both |

GEMINI Project Contract Specifications                    Van Peteghem & Lauriot Prévost Naval Architects

2.04.03     _Weather tight doors_

| Name | Number | Opening mode | Class | Location X | Size (mm) | Port/Stbd |
|------|--------|--------------|-------|------------|-----------|-----------|
| Main salon doors | 1 | Sliding | TBD | 17950 | 1280 x 2300 | Port |
| Main salon doors | 1 | Sliding | TBD | 17950 | 800 x 2300 | Stbd |
| Bar door | 1 | Sliding | TBD | 17950 | 900 x 2300 | Stbd |
| Companion way guests cabins Staircase | 1 | Sliding | TBD | | | Port |
| Companion way crew cabins Staircase | 1 | Sliding | TBD | | | Stbd |

The main salon doors will be automatic opening, activated by sensors from both sides.

02.05     _Hull Doors_

The hull doors and tender hatches are to comply with SOLAS Chapter II-1, part 25-10.

The hull doors and tender hatches will be fitted with positive mechanical latches with fail safe arrangements. Hull doors will also display status on the MIMIC panel.

Hull door and hatch latching systems may be exposed in order to save weight.

02.05.01     _Stbd Lazarette Hull Door_

See drawing: _Gem_T09_stbd_transom_arrangement_ and details in Bid Package phase II

The stbd hull door will open up, hinged on the upper edge. It will be used for access to launching the secondary tender. The tender will be launched with two C-Quip, or equal, beam cranes.

*   Opening width or length:          4750 mm
*   Opening height:                   1600 mm
*   Height above WL:                  500 mm

02.05.02     _Port Transom Door_

See drawing: _Gem_T04_aft_passerelle_ and details in Bid Package phase II

The port passerelle transom door will open up, hinged on the forward edge. This door will allow for full head room in the lazarette serving as the diving compartment.

*   Opening width:                    approximately 3550 mm

*   Opening length:                   approximately 1350 mm

02.05.03     _Tender Hatches_

See drawing: _Gem_T01_tender_compartment_ and details in Bid Package phase II

Tender hatches will be hinged on the outboard sides and lower for launching and recovery of the main tender. There should a mechanical locking device, with manual override, to lock the doors into closed position. There should also be a locking system to hold the tender in position. Crew access will be from the main deck cockpit from two lateral hatches (see Deck Hatches and lockers) and lead to two platforms fitted inside the tender compartment.

* Opening length both door:        8900 mm
* Opening width, both door:        3150 mm (2 x 1575mm)
* Height above WL:        2000 mm
* Other equipment:        Hydraulic hoisting system for tender

## 02.06    Chainplates

Chain plate size is to be determined. All chain plates are to be specified by the Architect.

## 02.07    Tankage

### 02.07.01    Fuel Tanks

See drawing: Gem P03 & P06.

The fuel system will comply with Bureau Veritas Rules, Part C, Machinery.

Tank volumes will be maximized for the space permitting in accordance with the construction plans.

Six (6) integral fuel tanks with a total estimated capacity of approximately 31,450 liters, located between 17950 and 26300 in the cross deck with inspection hatches, fill & vent pipes and other necessary fittings. There will be a passageway between the fuel tanks for controlling the filling manifold. These tanks will be provided with top manhole access for maintenance.

### 02.07.02    Fresh Water Tanks

Water tankage will be maximized. There will be two (2) integral water tanks with a total estimated capacity of approximately 8,600 liters, located in the cross deck, fitted with manholes, filling and vent pipes and connections.

### 02.07.03    Waste Water Tanks

Two (2) integral holding tanks of approximately 4000 liters each are to be located in the keels with manholes for inspection hatches and tank connections. These tanks will be provided with top manhole access and side manhole access for dry dock maintenance.

Four (4) non-integral black water collection tanks of approximately 350 liters each are to be located in the bilges with manholes for inspection hatches and tank connections. These tanks will be provided with top manhole access for maintenance.

The tanks will be specially constructed and coated for waste water.

### 02.07.04    Slop Tanks

Two (2) integral slop tanks of approximately 550 liters each are to be located in the bilges with manholes for inspection hatches and tank connections.

### 02.07.05    Spa Water Tanks

GEMINI Project Contract Specifications             Van Peteghem & Lauriot Prévost Naval Architect

One (1) spa water tank of approximately 2000 liters is to be built in the port bilge located between 16000 and 18000. It should be fitted with manholes for inspection hatches and required connections.

02.07.06    *Lube Oil Tanks*

Two (2) integral hydraulic tanks of an approximate capacity of 500 liters each, are to be fitted as per the drawings.

02.07.07    *Dirty Oil Tanks*

Two (2) integral dirty oil tanks of an approximate capacity of 960 liters each are to be built in the bilges between frames 24 and 25. They should be fitted with manholes for inspection hatches and tank connections.

02.07.08    *Hydraulic Oil Tanks*

One (1) integral hydraulic storage tank will be fitted. Size and location to be determined.

Hydraulic reservoirs for the port and stbd thruster systems and main hydraulic pack are to be determined.

02.08    *Anchor Hardware*

Two (2) anchor chain attachment points are to be installed in the lower chain locker with release pins accessible via an opening hatch of pull mechanism.

The windlasses and chain stoppers will be installed in deck lockers with locking deck hatches.

02.09    *Foundations for Deck Equipment*

The structural reinforcement in way of all deck hardware will be determined by the Builder.

02.10    *Foundations/Reinforcements*

Engines and variable pitch propeller foundations are calculated in accordance with Class Rules with consultation from the noise and vibration consultant.

02.11    *Hull Openings*

The following is a provisional list of machinery space hull fittings.
Please see drawing: *Gem_C03_freeboard_drawing*

Port Hull

- 1" Overboard Lazerette
- 1" Overboard Aft Guest Accommodation Bilge
- 1" Overboard Engine room fwd
- 2" Overboard Engine room Fwd (Emergency Bilge Discharge)
- 1" Overboard Fwd Guest Accommodation Bilge
- 1" Overboard Fore Peak
- 2" Overboard Aft Guest Accommodation Bilge
- 1" Overboard Engine Room Fwd (Hydraulic oil cooling)
- 1" Overboard Engine Room Midship (Water Maker Back-flush)

- 4" Sea Chest Suction Engine Room Fwd (Inboard & Outboard Hull)
- 3" Overboard Engine Room Aft Outboard Shell, Below Waterline (Main Engine Wet Exhaust)
- 6" Overboard Engine Room Aft Outboard Shell, Above Waterline (Main Engine Dry Exhaust)
- 2" Overboard Engine Room Aft Outboard Shell, Below Waterline (Inboard Generator Wet Exhaust)
- 3 1/2" Overboard Engine Room Aft Outboard Shell, Below Waterline (Inboard Generator Dry Exhaust)
- 2" Overboard Engine Room Aft Outboard Shell, Below Waterline (Outboard Generator Wet Exhaust)
- 3 1/2" Overboard Engine Room Aft Outboard Shell, Below Waterline (Outboard Generator Dry Exhaust)

Stbd Hull:

- 1" Overboard Lazerette
- 1" Overboard Aft Crew Accommodation Bilge
- 1" Overboard Engine room Fwd
- 2" Overboard Engine room Fwd (Emergency Bilge Discharge)
- 1" Overboard Engine room Midship (Oily Water Separator)
- 1" Overboard Fwd Crew Accommodation Bilge
- 1" Overboard Fore Peak
- 2" Overboard Aft Crew Accommodation Bilge
- 2 1/2" Overboard Engine Room Aft (A/C Chiller Cooling)
- 1" Overboard Engine Room Midship (Water Maker Back-flush)
- 4" Sea Chest Suction Engine Room Fwd (Inboard & Outboard Hull)
- 3" Overboard Engine Room Aft Outboard Shell, Below Waterline (Main Engine Wet Exhaust)
- 6" Overboard Engine Room Aft Outboard Shell, Above Waterline (Main Engine Dry Exhaust)
- 2" Overboard Engine Room Aft Outboard Shell, Below Waterline (Outboard Generator Wet Exhaust)
- 3 1/2" Overboard Engine Room Aft Outboard Shell, Below Waterline (Outboard Generator Dry Exhaust)

Wet deck:

- Cockpit, deck lockers, tender compartment, passageway and forward locker drains as required by the Rules.

02.13      _Stern Tube_

Two (2) Amartech "Easy Stern Tube™" shaft systems with seals will be constructed into keel as per the drawings.

02.14      _Watertight Bulkhead Penetrations_

All watertight and gas tight penetrations of pipes, cables and wiring are to be as light as possible.

- Type:                    Rise or equal
- Approval.                BV approved

## 03          STEERING INSTALLATION

### 03.01          General

The yacht is to be provided with an electro-hydraulic steering system with helm wheels and lever steering located at the port and stbd flybridge steering stations and lever control steering from the salon control station in accordance with Class requirements.

The steering system is engineered and specified by Jastram Engineering, Ltd. The following main components are listed and details specified in quotation JQ041237A are attached in (Appendix A)

A walk around manoeuvring plug-in device to be provided from the upper deck.

* Manufacturer:            Jastram Engineering Ltd
* Jastram specification:    B2-300-9-1-35
* Type:                    Electro-hydraulic
* Rudder angle:            35/35
* Rudder torque:           4874 ftlb per rudder
* Turning rate:            12.0 sec (35/35)

### 03.02          Steering Principle

The two flybridge helm stations will be operated by digital control helm units with supply information to the digital steering controller. The interior steering system will consist of a full follow-up and non-follow-up lever integrated with the digital steering controller.

### 03.02.01          Exterior Helms

Two (2) custom built steering wheels will be installed at the flybridge helm stations and constructed to the Owner's selection of style.

* Manufacturer:            TBD
* Material:                TBD
* Diameter:                1000 mm
* Type:                    Spokeless
* Helm actuators:          DH36 digital helms

### 03.03          Rudders

The rudder blade will be built of carbon fiber. The stock will be built of Aquamet 22 HS and the internal foil diaphragms will be built of ANSI 316L, or as determined by the Architect. The lower stock diameter is 2000 mm and the upper stock diameter is to be determined.

### 03.04          Wheel/Rudder Transmission

The maximum rudder deflection will be 70°, hard over to hard over with a maximum steering wheel transmission will be adjustable.

* Tillers:                 Two (2) B-300
* Cylinders:               Two (2) B-300-12-37-2

### 03.05          Power System

The system will be an electro-hydraulic system with dual steering motors and cross-over valves. Steering motors will be located in each lazarette above the rudder and out of the bilge area in the rudders. Attention will be taken to eliminate noise and vibrations from the steering system.

- Hydraulic Pack:          Two (2) 2 hp @ 208/3/60
- Weight:                  TBD
- Controller:              Two (2) motor starters
- Weight:                  TBD
- Alarm Panel:             Four (4) AP-60
-

03.06        _Rudder Shaft Bearings_

Each rudder is to be supported by a minimum of two (2) self-aligning bearings.

- Upper bearing :          TBD JP3
- Lower bearing:           200 mm JP3

03.07        _Piping Systems_

Piping systems will be high pressure stainless steel tubing. Tubing will be bead blasted in visible areas.

- Tubing grades:           AISI 316/ASTM A269-04 or equal

03.08        _Emergency Steering_

Emergency steering is provided by means of a hydraulic steering pump system with connecting valves to each rudder system. The steering pump is to be located in an aft main deck locker.

03.09        _Autopilot & Gyro System_

Subject to integration with steering system and latest equipment models, the autopilot system will consist of:

| Component | Manufacturer & Model |
|---|---|
| Gyrocompass | Anschutz Standard 22 G/GM |
| Autopilot | Anschutz Pilotstar D |

For further details, please see the attached Leary Smith Electronics proposal.

GEMINI Project Contract Specifications                    Van Peteghem & Lauriot Prévost Naval Architects

## 04     MAIN ENGINE INSTALLATION

### 04.01     General

The concept of the machinery space is to be executed with a high level of finish detail, including glossy paint and highly polished or bead blasted metal finishes. As such, the engines will be ordered as "Detailed" engines, complete with chrome and polished stainless steel finishes.

The Builder, with approval by the Architect will confirm the final engine specification, reduction gear ratio and propeller size prior to construction of the vessel.

The engines will be IMO MARPOL Annex VI compliant and arranged in accordance with Class and SOLAS regulations II-1/Part E and additional requirements for periodically unattended machinery spaces.

The propulsion system will be a twin engine, variable pitch propeller system. The system will be designed with a "maneuvering" mode in which the engines will run at a constant rpm, with ahead/astern maneuvering provided by the variable pitch propeller control. The builder will work with the Architect with the sizing of the thruster hydraulics to determine the power demand so that sufficient power is provided.

The engines will be arranged with maneuvering controls from all helm positions. The engine instrumentation for the helm stations will be provided on an electronic monitoring system.

The Builder will consult with a noise and vibration consultant to assure that the entire propulsion package (engine, reduction gear, propeller system, mounts and exhaust system) use optimum for noise and vibration control.

### 04.02     Main Engines

The main engines are as follows:

- Manufacturer:        Caterpillar
- Model:               C-12
- Specification:       Inline 6 cylinder, 11.95L 4-Stroke
- Power:               454 hp @ 2300 rpm
- Rating:              "C" Rated
- Weight:              1177 kg

### 04.03     Engine Equipment

The engines will be fitted with specified Standard Equipment, plus:

- Engine monitoring system with interface to the vessel monitoring system
- Local engine instrument display system in each engine room
- Throttle position sensor
- Gear box PTO with remote activated clutch
- Airseph oil vapor trap and air filter
- Expansion tank
- Cupronickel heat exchanger
- Seawater pump and inlet and outlet connections

- Crankshaft puller
- Gear oil cooler
- Lube oil cooler
- Double wall oil lines
- Fuel oil cooler
- 24 VDC starter motors
- SAE-1 flywheel housing or as required
- Primary fuel filler and water separator
- Connections to oil change system
- Spare parts kit (2 each)

## 04.04    Gearbox

The reduction gear does not need to be a reversing gear as the pitch control will provide maneuvering. The following gear is listed as a guide only:

- Manufacturer:                    Twin Disc
- Model:                           MG 5114-A, or as appropriate
- Ratio:                           TBD: preliminary data: 2,5:1
- Weight:                          266 kg dry
- SAE bell housing:                TBD
- Electronic clutch control
- Engine-matched torsional coupling
- Heat exchanger
- Connections to oil change system

## 04.05    Instruments

The each helm station will be equipped with monitor panels that display full engine and gear data and propeller pitch data and alarm status. This will be part of the vessel monitoring system.

Each engine location will also have a mechanical gauge package, including pitch position indicator. This display will be independent of the monitor system.

## 04.06    Controls

Engine controls are to comply with Class and MCA requirements.

Engines are to be started & stopped from local engine room control and the flybridge aft of helm position (TBD).

Primary engine, gearbox and propeller pitch controls are to be available from all helm steering stations by an electronic system.

- Manufacturer:                    Bosch Rexroth Mini-Matox

As required by the Rules, back-up engine control systems are to be provided for local engine room control.

The variable pitch propeller control system will be approved by the pitch system manufacturer. Control is an electro-hydraulic system driven by the Lowmar Commander HPU or hydraulic power pack as specified in Part 07H Hydraulic Systems.

The engines and controls will still be provided with a reverse reduction gear controls in event of the pitch system to fail.

**04.07        Elastic Couplings**

The main propulsion installation to be equipped with elastic couplings:

Between motor and gearbox:
- Manufacturer:                    TBD
- Type:                            TBD

Between gearbox and pitch system installation:
- Manufacturer:                    Amartech
- Type:                            SE2840 DA

The specific model number will be decided after calculations.

**04.08        Isolation Mounts**

The engine/gearbox will be flexible mounted on four (4) rubber mounts.
- Manufacturer:                    TBD
- Type:                            TBD
- Weights:                         TBD

**04.09        Propeller Installation**

The propeller shall be a variable-pitch prop. The gearbox will be sized to have a maximum of 909 shaft RPM with a 900 mm diameter propeller. The propeller tip clearance will be maintained at a minimum of 20% of the propeller diameter.

Line cutters will be provided for each propeller.

System quotation information is attached.

- Manufacturer:                    West-Mekan (supplied by Amartech)
- Type:                            80 EHWS
- Propeller:                       4 blade dia TBD
- Designed operating pitch:        TBD
- Shaft diameter:                  80 mm
- Shaft length:                    4000 – 5000 mm estimated
- Propeller material:              Ni.Al.Br.
- Shaft material:                  1.4460
- Pitch control:                   Lewmar Commander HPU controlled

**04.10        Shaft System**

The shaft system is to be provided by the pitch system supplier. The propeller shaft provided with a Profiseal, or equal and standby shaft seal.

Cathodic protection will be provided for the shaft system.

**04.11        Exhaust System**

The main engine exhaust to consist of a by-pass, water drop system as specified by Soundown Corporation. The exhaust by-pass will exit above the waterline with the main exhaust exiting below the waterline. Both silencers will be fitted with water drops and drain lines if appropriate.

The exhaust system will be provided with all the necessary appendages, soft mounts, compensators and silencers for optimal results including taps to measure temperature and backpressure.

- Riser: Metcalf Marine Exhaust
- Material: TBD
- Weight: TBD
- Silencer: Soundown
- Model: ED19 x 32G water drop
- Hoses: Trident Red Stripe
- Hull valves: Tyco; ARI

## 05.     GENERATOR

### 05.01     General

The Builder, with approval by the Architect will confirm the final generator specifications pending final load analysis before construction.

The engines will be IMO MARPOL Annex VI compliant and arranged in accordance with Class requirements.

The Builder will consult with a noise and vibration consultant to assure that the entire generator package (engine, sound shield, mounts and exhaust system) are optimum for noise and vibration control.

Primary electrical service will be 208 volts, 3 phase, 60 Hz.

### 05.02     Generator Sets

The generator installation will utilize three (3) identical generators with electronic control which are to be integrated with an automatic power management system as provided with the electrical panels.

Due to the space requirements the two generators mounted in the port engine room, will be mounted in a single custom enclosure.

### 05.02.01     Generators:

- Manufacturer:          Northern Lights
- Type:                  M1064B
- Rated:                 40 kW (60 Hz, 1800 rpm)
- Weight:                847 kg (dry)
- Sound Shield:          Northern Lights
- Sound shield weight:   285 kg
- Sound shield dimensions:   2054L x 965W x 1159 H

### 05.03     Equipment on Generator Sets

The generators will be provided with the following equipment:

- Raw water pump for cooling
- Wet exhaust elbow
- 24 volt isolated ground system
- 24 VDC starting system
- 24 VDC electric gauges
- Electric shutoffs for Oil press, Water temp and over-speed
- Oil level gauge and sender
- Solenoid shutoff
- Paralleling kit
- Cupro-nickel heat exchanger
- Lube oil cooler
- Connections to oil change system
- Fuel filter and water separator
- Digital tachometer

- Double wall fuel lines and drain
- Resilient mount system as specified by Silent Line B.V.
- Spare parts kit; 1 total

### 05.04        Instruments and Controls

The generator sets are to be controlled at the electrical panels constructed by Atlas Marine Systems with an automatic starting & paralleling function.

The engines and electrical system and their alarms are to be monitored by the vessel monitoring system and also by gauges mounted at the generators.

### 05.05        Exhaust System

The generator exhaust systems are to consist of the components specified by Soundown Corporation. The exhaust systems will a water drop system with gas exit above the waterline. The low points and silencers will be fitted with a drain. The overhead silencer will be fitted with water drop.

The exhaust system will be provided with all the necessary appendages, soft mounts, compensators and silencers for optimal results including taps to measure temperature and backpressure.

## 06          THRUSTER INSTALLATION

### 06.01          General

The vessel will be provided with retractable bow and stern thrusters , located as per the drawing T_13. The thrusters will be controlled from both the port and stbd flybridge steering stations.

The port thruster(s) will be powered by the port main engine PTO hydraulic pump(s) and be independend of the starboard side thrusters. Likewise, the stbd side thruster(s) will be independent of the port side thrusters, be powered by the stbd main engine PTO hydraulic pump(s). Pending final location of the hydraulic power pack for the sailing systems, one thruster system will share a common reservoir with the Lewmar Commander MPU.

The Builder, with approval by the Architect and Project Manager will confirm the final thruster specification prior to construction of the vessel.

### 06.02          Thrusters

The four (4) thrusters will be retractable:

| | |
|---|---|
| • Manufacturer: | Lewmar |
| • Model forward: | 500 SVTAH |
| • Power: | ≥75 hp |
| • Weight: | 310 kg each |
| • Model aft: | 400 SVTAH |
| • Power: | ≥60 hp |
| • Finish: | Aluminum |
| • Weight: | 230 kg each |

### 06.03          Controls

Main activation will be centralized from the flybridge stbd helm station. Each maneuvering station will be provided with control stations.
See also Steering for third control.

All thrusters will have variable power, full-follow-up control and have independent operation between bow and stern.

### 06.05          Power Supply

The port side thrusters will be powered by port main engine driven PTO pumps. Likewise, the stbd side thrusters will be powered by the stbd main engine driven PTO pumps.

The Builder shall assure that the pressure and flow requirements are consistent with the required power.

| | |
|---|---|
| • Manufacturer: | TBD |
| • Number: | X |
| • Specification: | Size 120 |
| • Weight: | X |
| • Port reservoir: | X |
| • Stbd reservoir: | X |

GEMINI Project Contract Specifications                    Van Peteghem & Lauriot Prévost Naval Architects

## 06.06        Filtering

In-line filtering will be provided for each hydraulic reservoir as provided in the Hydraulic section.

GEMINI Project Contract Specifications          Van Peteghem & Lauriot Prévost Naval Architects

## 07A      ANCHOR SYSTEM

The ground tackle is to meet Bureau Veritas Rules Nr 381 Section 5.3 Part III. The preliminary Equipment Number is 243. The Builder is to confirm the Equipment Number and size of the equipment with Class.

The anchors and chain handling systems are to be installed in well decks under the forward deck and fit with flush hatches. The windlasses will sit over the chain lockers at the hulls with 90° rollers to lead to the anchors at the centerline. Compression type chain stops will be provided. While at anchor, the vessel will lay on a bridle system attached to the forward beam ends.

The Builder will mock-up the anchor handling arrangements to assure function of the system.

### 07A.01      Anchor Winches

### 07A.01.01      Primary Winches

Two (2) hydraulic anchor winches with chain gypsies (only) will be installed in recessed foredeck wells with hatches. The windlasses will not have capstans. Controls will be on the foredeck only. The windlasses are to be reversing. The Builder will assure that the windlasses are capable of handling the anchor and chain.

| | | |
|---|---|---|
| • | Manufacturer: | Muir |
| • | Type: | VRC 11000 |
| • | Weight: | 275 kg |
| • | Power: | Hydraulic |
| • | Flow: | 53 lpm @ 175 bar |

### 07A.01.02      Chain Equipment

Chain compressor stoppers are to be provided and are to be of like quality to the anchor windlasses.

### 07A.02      Chain Lockers

Two (2) reinforced chain lockers with chain pipes are to be fabricated inboard on each hull as per the drawing: 702_Anchoring Arrangement. The lockers are accessed via side hatches within the hull and provided with drains in the lower corners.

The chain lockers are to be lined with a replaceable and sacrificial protective lining.

There will be a quick release pin or link at the bitter end to release the rode in event of emergency. This pin will be accessed without opening the chain locker.

### 07A.03      Anchors

### 07A.03.01      Primary Anchors

| | | |
|---|---|---|
| • | Manufacturer: | Manson or equal |
| • | Number: | Two (2) |
| • | Type: | Plough; High Holding Power |
| • | Weight: | 412 kg |
| • | Material: | Bead blasted stainless steel |

GEMINI Project Contract Specifications                     Van Peteghem & Lauriot Prévost Naval Architects

- Certification:                          BV Class or type approval

### 07A.03.02    Third Anchor

A third anchor will be carried in the dive locker with rode stowed on a reel.

- Manufacturer:                          Fortress
- Weight:                                FX-125

### 07A.04    Chains

For the primary anchors:

- Manufacturer:                          Hommetaler or equal
- Material:                              Stainless steel
- Chain size:                            20.5 mm stud link
- Grade:                                 V2
- Length each rode:                      150 m (492') per anchor
- Certification:                         BV Class or type approval

For the third anchor:

- 25' ¼" SS Proof coil chain x 300' 1 ¼" nylon rode

### 07A.05    Chain Wash System

The chain wash system will operate from the fire main system. In addition, there will be a fresh water system hose in the foredeck locker.

GEMINI Project Contract Specifications     Van Peteghem & Lauriot Prévost Naval Architects

## 07B          BILGE & FIRE PUMP SYSTEM

### 07B.01          General

The bilge and fire pump system is to comply with Class requirements.

The piping systems are to be designed for maximum life cycle. Thus, we have selected 90/10 Copper Nickel as the metallic piping material.

The bilge pumping system will consist of eight (8) independent pumps, one in each compartment. The bow compartment (forward of collision bulkhead) will drain into the bow locker compartment by a manually operated valve with reach rod to the upper level of the bow locker. Emergency pumps will consist of engine driven pumps or the fire pumps with engine room suction. Pumps are to be located in a way to minimize standing water.

The fire main will consist of two independent pumps, one located in each engine room.

The vessel will also be provided with independent engine room FM-200 fixed fire fighting systems. Schematics of the bilge and fire systems and operation procedures shall be posted at each operating area.

### 07B.01.02          Hull Watertight Compartments

Each hull is divided into five (5) watertight compartments:

- Forepeak
- Forward cabins
- Machinery space
- Aft cabins
- Lazarette

### 07B.02          Bilge Alarms

Each compartment will be fitted with a High / High-High bilge water alarm connected to the mimic panel. The operating system will be provided for within the vessel monitor and Mimic system. The pumps will be manually operated.

- Level Alarm Manufacturer:     GEMS
- Type:     LS-240-3
- Number:     10

### 07B.03          Pumps

### 07B.03.01          Bilge Pumps

- Manufacturer:     Grundfos
- Number:     8 (eight)
- Type:     Series II TP 75
- Rating:     63 gpm @ 7.9 m head
- Power:     3/4 hp; 208/60
- Weight:

#### 07B.03.02    Fire Pumps

The fire pumps will be titanium, vertical centrifugal pump as follows:

* Manufacturer:                Grundfos
* Number:                      2 (two)
* Type:                        CRT 16-30
* Rating:                      14.75 m3/hr @ 54.85 M (65gpm@180ft)
* Power:                       7.5HP motor; 208/3ph/60hz
* Weight:                      63.5 kg

#### 07B.03.03    Emergency Bilge Pump

A portable pump will be provided, in accordance with the Rules.

* Type:                        Grundfos
* Model:                       Series B BF 75

### 07B.04    Piping

All piping is to be metallic within the machinery space. Bilge piping outside of the engine rooms, where permitted by the Rules, will be plastic or composite. All fire main piping will be metallic with remote operated isolation valve at each engine room bulkhead as required.

As noted in 07A, the anchor wash system will be provided by a piping connection to the fire main system.

An international shore connection will not be provided.

#### 07B.04.01    All Engine Room & Fire Main Piping

* Manufacturer:                Yard choice
* Alloy:                       90/10 CuNi
* Standards:                   Class 200, ASTM B466
* Working pressure:            13.7 bar (200 psi)

Note the larger diameter from the sbd fire pump to the anchor wash section. This diameter is larger as this pipe section will be highly used and the purpose is to minimize water velocity (impingement corrosion).

#### 07B.04.02    Bilge Piping Outside Engine Room

* Manufacturer:                Yard choice
* Type:                        Aluminum or ASTM B466 ABS Plastic as appropriate

### 07E.05    Hoses and Nozzles

Hoses, hose storage and nozzles will as specified in 07E.04

### 07B.06    Oily Water Separator

An oily water separator will be provided for each engine room as required by the Rules. The separator will discharge to the slop tank.

- Manufacturer:                  Coffin World Water Systems
- Type:                          Heli-Sep 1000-OCD
- Power:                         .45 kW; 120/1/60
- Weight:                        144 kg
- Dimensions:                    785 L x 560 D x 1220 H

### 07B.07    Controls & Monitors

Controls and monitors will be provided as required by the Rules.

Bilge pumping will be provided remote operation from the salon helm station.

Fire pumps will be activated from any control station. Each fire pump and will be provided with discharge pressure gauges with remote display to the monitor system.

GEMINI Project Contract Specifications               Van Peteghem & Lauriot Prévost Naval Architects

## 07C          SEA WATER SYSTEM

The installation of the sea water system should meet the Class Rules.

The piping systems are to be designed for maximum life cycle. Thus, we have selected 90/10 Copper Nickel as the metallic piping material. If the Builder proposes a different material, the cost difference and life cycle design will be provided.

### 07C.01      Sea Chests

There will be two integral, vented sea chests in each engine room, fitted with hull screens and sea valves as per the drawings and schematics.

### 07C.02      Sea Strainers

Sea Strainers will be fitted to the hull valves. All strainers will be provided with a blow-back connection from the compressed air system and vent pipes.

- Manufacturer:         Glentech or equal
- Type:                 Simplex with hinged cover
- Model:                S20 – 4"
- Material:             90/10 CuNi body with 30/70 CuNi (mono) basket

### 07C.03      Hull Valves

Hull valves are to be butterfly valves.  Materials are to be the best properties for life cycle and resistance to corrosion:

- Manufacturer:         Keystone
- Type:                 Butterfly; lug type
- Diameter:             4"
- Body Material:        Nickel aluminum bronze or iron
- Stem Material:        316
- Disc Material:        AlBr

### 07C.04      Piping

The builder will use the following guidelines for the piping system:

- All seawater piping and valve arrangements are to be in accordance with Class Rules.
- Flexible connections to pumps and machinery to isolate vibrations will be provided.
- Where possible, isolation or flexible connections should be made with factory hose and fittings or bellows sections. The use of hose clamps will be minimized.
- Metallic piping will be provided to all distribution valves connected to the sea chest and overboard discharges. Where permitted by the Rules, thermoplastic pipe is to be used for branch systems to air conditioning, water makers and auxiliary systems.
- Fluid velocities are not to exceed 3.6 m/s (12 ft/s)
- Piping system to be function tested in accordance with BV Rules for the Classification of steel ships, Class E, Chapter 2 I, Section 3. The maximum test pressure to be 1.5 times the working pressure.
- Strainer mesh holes to be a maximum of 3 mm (1/8")
- Spindles of sea suction valves and discharge valves below the load line are to extend above the floor plates or by other means be easily accessible.

---

GEMINI Project Contract Specifications                    Van Peteghem & Lauriot Prévost Naval Architects

- All pipe work is seamless 90/10 cupro-nickel to MIL-T-16420 Class 200 unless noted otherwise.
- All pipe sizes specified in the schematics are nominal bore in inches & class or schedule.
- All pipe connections to be 90/10 class 200 cupro-nickel butt welded fittings unless pipe section is required to be removed for maintenance.
- All pipe connections in removable segments to be ANSI 150 flanges or as noted.
- All pipe work to be adequately protected and supported.
- All flexible hoses and bellows are to be RV type approval.
- All sea water piping shall be marked with the name describing the system.

## 07C.04.01    Metallic Piping

- Manufacturer:           Yard choice
- Alloy:                  Copper Nickel 90/10
- Standards:              MIL-T-16420 Class 200, ASTM B466
- Working pressure:       13.7 bar minimum

## 07C.04.02    Thermoplastic Pipe

- Manufacturer:           Georg Fischer or other
- Type:                   ABS plastic or Beta Polypro (thermoplastic)
- Standards:              DIN: 8077/8078 type F
- Working pressure:       13.7 bar minimum

## 07C.05    Water Makers

See 07D Freshwater systems.

GEMINI Project Contract Specifications                Van Peteghem & Lauriot Prevost Naval Architects

---

## 07D          FRESH WATER SYSTEM

The fresh water system will comply with Class Rules as applicable and the World Health Organization and US Public Health standards for water quality.

If the Builder proposes alternative equipment and piping system, the Builder will provide cost and weight differences.

### 07D.01          Fresh Water Tanks

There will be two (2) freshwater tanks located in the center hull. Total capacity will be approximately 8600 liters. Tanks will be internally coated with a Ceramkote paint system.

### 07D.02          Fresh Water Pumps

Two (2) fresh water pumps will be mounted, one in each water tank. The pumps will be provided with the Headhunter control panel.

- Manufacturer:          SUBPAQ
- Number:                two (2)
- Model:                 SPX-2273-230
- Rating:                91 lpm @ 2.7 bar (24 gpm @ 40 psi)
- Power:                 4.9 amps @ 208/3/60
- Dimensions:            X
- Weight:                8 kg

Control Panel:

- Manufacturer:          SUBPAQ
- Number:                one (1)
- Model:                 CU-300
- Dimensions:            X
- Weight:                _ kg

### 07D.03          Water Heating System

The vessel will be supplied with two (2) water heaters, one located in each hull.

The Builder will propose utilizing a waste heat recovery system from the generator closed cooling systems.

A re-circulation system will be fitted in the hot water delivery in each hull. The upper deck hot water supply will be from an electric, instant hot water heating element.

Hot water heaters:

- Manufacturer:          Hubbell Heaters
- Number:                two (2)
- Type:                  ME 50-5-5CSR
- Capacity:              50 gal (190 l)
- Power:                 dual 5 kW element

---

- Dimensions:                    TBD
- Weight:                        TBD

07D.04    _Piping_

All fresh water piping to be an ABS plastic, or equal system.  All hot water piping will be insulated to protect against heat loss and prevent sweating.

- Manufacturer:                 Yard choice
- Type:                         ABS
- Working pressure:             13.7 bar (200 psi)

07D.05    _Accessories_

Mixtures and fixtures for guest, officer cabins and luxury areas are detailed in Part 12 Exterior Concepts, and include:

| Area | H/C sink | H/C shower | Toilet | H/C tap | Cold hose bib |
|---|---|---|---|---|---|
| Owners suite: | x | x | x | | |
| VIP cabin: | x | x | x | | |
| Fwd guest: | x | x | x | | |
| Mid guest: | x | x | x | | |
| Aft guest: | x | x | x | | |
| #1 crew: | x | x | x | | |
| Laundry: | x | | | 3 | |
| Galley: | 2 | | | 3 | |
| #2 crew: | x | x | x | | |
| #3 crew: | x | x | x | | |
| Capt cabin: | x | x | x | | |
| Port eng room: | | | | x | x |
| Stbd eng room: | | | | x | x |
| Salon Bar: | x | | | | |
| Flybridge bar: | | | | Cold only | x |
| Foredeck locker: | | | | | x |
| Main aft deck | | | | | x |
| Port lazarette: | | | | | x |
| Stbd lazarette: | | | | | x |
| Port transom: | | x | | | |
| Stbd transom: | | x | | | |

Notes:
1. Hose connections will be concealed in lockers with the ability for hose connection to be made with the locker closed (hose lip in hutch cover).
2. Transom shower details to be decided with Owner's Representative.
3. Whether listed or not, the Builder will provide required hook-ups for all appliances.

07D.06    _Water Filter_

One water filter will be mounted at the discharge of the water pumps.

- Manufacturer:                 Headhunter
- Type:                         NHF-7304L

- Weight:                          15 kg (dry); 36 kg (wet)
- Dimensions:                      —

### 07D.07    UV Sterilizer

A UV sterilizer will be mounted at the discharge of the water filter.

- Manufacturer:                    Headhunter
- Type:                            UV-4b
- Power:                           140 watts @ 208/1/60
- Weight:                          16 kg (dry); 22 kg (wet)
- Dimensions:                      X

### 07D.08    Tank Filling

The tank fills are to be located on the side deck in the fuel tank fill lockers. The fills will be closed with a screw cap and be 32 mm ID.

### 07D.09    Water Makers

There will be two (2) water makers, located in one engine room, installed with proper connections to electrical supply, water intake, cleaning system, product distribution and brine discharge.

- Manufacturer:                    Sea Recovery
- Model:                           AWF 1800-2
- Capacity (each):                 6814 lpd (1800 gpd); 284 lph (75 gph)
- Power:                           FLA: 8 @ 208/3/60
- Dimensions:                      845 w x 508 d x 432 h
- Weight:                          77 kg each

The units are to be fitted with all necessary components per manufacturers' standard supply. Optional equipment is to include:

- Fresh water flush
- Media Filter assembly
- Soft meter start
- Clean rinse panel
- UV sterilizer
- pH neutralizing filter
- Chemical rinse

## 07E          FIRE FIGHTING SYSTEM

The fire fighting inventory will comply with Class and MCA Large Yacht Code (LY2), as appropriate to the vessel and its equipment.

### 07E.01          Fire Detection System

The fire detection system is to comply with Class and MCA requirements. Fire and smoke detectors are to be fitted in each separate zone, with audio/visual alarm and display panel on the mimic panel and other areas as required by regulations.

- Manufacturer:          DMP or Consilium Marine (?)
- Type:          CS400
- Detectors:          As required by the Rules

### 07E.02          Sea Water Fire System

A fixed fire main system with three (3) fire stations with combination nozzles and hoses is served by two independently driven fire pumps located in each engine compartment as specified in section 07B of this specification.

Hydrants are to be aft connection type, fitted with hoses on stainless steel racks, the size and quantity as required by the regulations.

The number of hoses with nozzles required shall be provided to the satisfaction of the Administration.

Fire stations are listed in part 07B Fire & Bilge System and Schematic and are as follows:

| Station | Location |
|---------|----------|
| 1 | Main aft deck |
| 2 | Main forward deck |
| 3 | Upper deck |

### 07E.04          Sea Water Fire Stations

The fire stations will be provided with the following equipment:

- Manufacturer:          Pawhatan or Acron
- Type:          02-464 1½"
- Length:          18 m (59") maximum
- Diameter:          45 mm hose
- Nozzles:          19 mm jet/spray
  12 mm jet/spray for interior areas

### 07E.05        Engine Room Fixed Fire-Fighting Systems

The vessel will be fitted with independent fire fighting systems for each engine room.
The each engine room will be arranged with independent automatic fuel, air and engine shut-downs, with manual stops as required by the regulations or system manufacturer.

- Manufacturer:                Sea-Fire
- Type:                        FM-200
- Capacity:                    51 m$^3$ (1800 ft$^3$) each compartment
- Unit Weight:                 136 kg

### 07E.06        Portable Fire Extinguishers

Accommodation, service and machinery shall be provided with portable fire extinguishers of appropriate types and in sufficient number to the satisfaction of the Administration.

The locations are to be listed and described in the 'Fire & Escape Plan'.

Preliminary inventory:

| Location | Quantity | Type | Model |
|---|---|---|---|
| Upper deck at bar | 1 | FM-200 | C-20 |
| Salon | 1 | FM-200 | C-50 |
| Owner's suite | 1 | FM-200 | C-20 |
| VIP suite | 1 | FM-200 | C-20 |
| Laundry | 1 | FM-200 | C-50 |
| Galley | 1 2 Fire blanket | FM-200 | C-100 |
| Crew quarters aft | 1 | FM-200 | C-50 |
| Port Engine room | 2 | FM-200 | C-100; C-20 |
| Stbd Engine room | 2 | FM-200 | C-100; C-20 |
| Port Cabin forward | 1 | FM-200 | C-20 |
| Port cabins aft | 1 | FM-200 | C-20 |
| Port lazarette | 1 | FM-200 | C-20 |
| Stbd lazarette | 1 | FM-200 | C-20 |
| TOTAL | 15 fire extinguishers | | |

### 070          PNEUMATIC SYSTEMS

There will be two independent pneumatic systems on board, one for the dive compressor system and one for the horn installation. In addition, there will be an emergency cross-over between the air horn receiver and dive compressor system.

* Air horn system
* Dive compressor systems
* Distribution piping

#### 07F.01          Air Horn

The air horn will be a Kahlenberg supplied system.

| | | |
|---|---|---|
| • | Manufacturer: | Kahlenberg |
| • | Model: | T-2 |
| • | Horn Controller: | M-511A |
| • | Remote stations: | (2) M-431A |
| | | |
| • | Compressor: | Kahlenberg |
| • | Model: | KA2000 Oil-less |
| • | Power: | .9 kW 208/1/60 |
| • | Delivery: | FAD @ 8 bar: 88 lpm (3.11 cfm) |
| • | Air Receiver: | M-188 |
| • | Capacity: | 2.65 ft³ (19.7 gal) |
| • | Total Weight: | 50 kg |

#### 07F.02          General Pneumatic System

A general pneumatic system will be provided with air distribution system located to all technical areas of the vessel. The air supply will come from the air horn receiver. Hoses connections will be by Parker quick connect fittings. Air delivery locations:

* Upper deck locker
* Foredeck locker
* Port engine room
* Stbd engine room
* Port lazarette
* Stbd lazarette
* Cross over alley

#### 07F.03          Diving Air Systems

The dive air systems will be supplied by the Builder and is to be as specified by the Owner's Representative.

## 07G    WASTE WATER TREATMENT SYSTEM

The waste water treatment system will comply with MARPOL Annex V and 33 CFR 151 regulations.

The concept of the waste water treatment systems are as follows. Please see the attached schematics for layout.

+ In each hull, black water will be collected in two receiving tanks (one fwd, one aft) and transferred to a holding tank in the keel. From the holding tank, the treatment system will treat waste before discharge. The holding tank can also direct discharge overboard or to a deck pump out station.
* In each hull, grey water will be a gravity system, collected in two receiving pump units and transferred to the holding tanks in each respective hull. The holding tank can also direct discharge overboard, to the other hull or to a deck pump out station.

### 07G.01    Piping System

The waste water systems are to be installed according to the schematics. Requirements are as follows:

* The slope on gravity drains is to be a minimum of 1:90
* Piping to be in accordance with BV 2000 Rules: Part E, chapter 11, section 3
* Test pressure to 3 bar
* All piping to have solvent welded joints unless connected to equipment or providing for service access.
* All drains will be provided with vent traps.

Piping System will be:

* Type:                ABS
* Schedule:            40
* Connections:         Solvent weld or Socket unions

### 07G.02    Sump Pumps

Sump pumps will be isolated from the hull and provide transfer of gray water. Each pump will have a level sensor and control system for transfer to the holding tank.

* Manufacturer:        HeadHunter
* Model:               Chinook CHK-AC
* Number:              Four (4)
* Capacity:            166 lpm
* Power:               3.5 amp @ 208/60/1
* Weight:              14 kg

### 07G.02.02    Sump Tank Pump Control

The sump pumps are to be fitted with both automatic and manual switch control from the vessel's control and monitor system.

### 07G.03    Galley Sink System

The galley sink drains will be provided with a macerator and grease containment system. The macerators will be located at the sink. The grease grouper will be mounted in the stud engine room with easy access for cleaning.

* Manufacturer:              Headhunter: Greasegrouper
* Model:                     GG135
* Power:                     20 amps @ 120/60
* Weight:                    10 kg (22 lb)

Macerator:

* Manufacturer:              TBD
* Model:                     TBD
* Power:                     2 amps @ 120/60
* Weight:                    10 kg (22 lb)

## 07G.05    Toilet system

The toilet system will be a jet flush system, supplied by the pressure fresh water system.

* Manufacturer:              Headhunter
* Number:                    Ten (10)
* Type:                      RFA-02:Aero Wall Mounted
* Flush units:               AK-24
* Weight:                    23.4 kg

Note: the owner's suite and VIP suite will have the bidet accessory provided.

## 07G.06    Black Water System

Each hull will have non-integral black water collection tanks as per the drawings. The tanks will be provided with linear blowers for pre-treatment and aeration. The collections tanks will transfer to the holding tank prior to the treatment system.

Control systems and monitors will be supplied by Headhunter.

The Builder will be responsible for:

* Proper flow of waste water
* Supply of non-integral tanks
* Internal coating of all tanks with Ceramkote

## 07G.07    Waste Treatment System

Each hull will have independent waste water treatment systems.

* Manufacturer:              Headhunter
* Type:                      Tidal Wave
* Model:                     TW-50LP
* Dimensions:                18" high x 32" deep x 48" long
* Power:                     4.8 amps @ 208/1/60
* Weight budget:             82 kg dry, 264 kg operating

## 07G.87      Waste Water Pumps

Black/Gray water discharge pumps:

- Manufacturer:              Headhunter/Grundfos
- Model:                     EF 75
- Number:                    Four (4)
- Power:                     ¾ hp @ 208/1/60
- Weight:                    TBD

Black water transfer pumps:

- Manufacturer:              Headhunter
- Model:                     Mako M1-230
- Number:                    Four (4)
- Power:                     3.2 amps @ 208/1/60
- Weight:                    20 kg.

Black water aeration pumps:

- Manufacturer:              Headhunter
- Model:                     BLR L80-230
- Number:                    Four (4)
- Power:                     0.25 amps @ 208/1/60
- Weight:                    TBD
- Diffuser:                  QDJFP-24

## 07H        HYDRAULIC SYSTEMS

### 07H.01        General

The yacht will be outfitted with four (4) independent hydraulic systems. For design purposes, we have divided the systems in groups as follows:

* Port hull thruster system          Group 1
* Stbd hull thruster system          Group 2
* Main hydraulic system              Group 3
* Steering system                    Group 4

Groups 1 & 2, thruster systems, will be independent in each hull, i.e.: Group 1, the port main engine will drive the port side thrusters and Group 2, the stbd main engine, will drive the stbd side thrusters.

As indicated in part 04 Main Engines and part 06 Thrusters, the thruster systems will be designed to operate with the engines in a 'maneuvering' mode. The engines will run at a constant rpm with ahead/astern maneuvering provided by for variable pitch propeller control. The purpose of this method is that the operator will be able to provide sufficient thruster and engine power without needing to (dis)engage the gear box.

Group 3, the main hydraulic system, will be a load sensing system, powered by the generators, consisting of a custom power pack located in the port engine room. The exact configuration is to be determined.

The steering system will not be discussed further in this section. Please refer to part 3 Steering Systems for information. However, all system engineering, part 07H.07, is applicable.

All power ratings are provisional pending final design requirements.

As applicable, control functions will be mounted adjacent to the given service, with easy access and visual contact if operated manually.

The Builder may propose alternative equipment and design that will decrease the system weight, improve efficiency and life cycle of the equipment.

### 07H.02        Group Functions

### 07H.02.01        Group 1

Group 1 will be powered by the port main engine with control valves located forward of the engine for:

* Port bow thruster
* Port stern thruster

### 07H.02.02        Group 2

Group 2 will be powered by the stbd main engine with control valves located forward of the engine for:

* Stbd bow thruster

* Stbd stern thruster

### 07H.02.03    Group 3

Group 3 will be powered by the main hydraulic pack located in the port engine room. Main feed and return lines will be run to the respective local control valves and blocks as per the schematic.

* Forward distribution will be from the fore deck anchor locker area:
    * Port windlass
    * Stbd windlass
    * Port mooring and spinnaker winch
    * Stbd mooring and spinnaker winch
    * Gennaker furler
    * Inner headstay furler
    * Outer headstay furler
    * All mast hydraulics
    * Main halyard winch
    * Mast winch 1
    * Mast winch 2

* Upper deck distribution will be from upper deck technical space:
    * Genoa captive reel port
    * Genoa captive reel stbd
    * Staysail captive reel port
    * Staysail captive reel stbd
    * Main sail traveler
    * Port gennaker winch
    * Stbd gennaker winch

* Aft distribution will be from each lazzaretta area
    * Stbd hull side door
    * Aft stbd mooring capstan
    * Stbd lazzarette tender beams
    * Port transom passerelle
    * Port transom platform
    * Port transom step door
    * Aft port mooring capstan
    * Main hull tender doors

### 07H.02    Hydraulic Controls & Monitors

### 07H.02.01    Groups 1 & 2

Groups 1 & 2 will operate independently of each other. Each group will be activated from the main bridge station with full operating control from the main bridge and both flybridge helm stations.

The thrusters systems will be monitored on the vessel monitoring and alarm system. The monitor functions are:

* Oil temperature*
* High oil temperature, Alarm*
* Low oil level alarm, Warning*

- System pressure

Engine room monitors and gauges, port and stbd:

- Pressure filter clogging indicator
- Return filter clogging indicator
- Pressure: visual indication at the pumps and at external console positions

- Note: Due to the common oil reservoir, Group 1 monitors are common with Group 3 monitors

## 0711.02.02    Group 3

The main power pack will be a Load Sensing system.  With this type of system, a pump will deliver the amount of oil required by that particular valve, with the added feature that a number of services can be run at any one time, from one or more pumps as the demand requires.

The pump controller will rotate the three pumps in service between primary and stand-by service.

There will be an emergency stop mounted at each exterior helm station for the sailing functions.

The main hydraulic power pack will be monitored on the vessel monitoring system. The monitor functions are:

- Oil temperature
- High oil temperature, Alarm
- Low oil level alarm, Warning
- System pressure
- Low system pressure, Alarm

Local monitors and gauges:

- Pressure filter clogging indicator
- Return filter clogging indicator
- Pressure: visual indication at the pumps and at external console positions

## 0711.03    Power Supplies

The following power supplies will operate the hydraulic systems.

The Builder will design and supply the hydraulic oil cooling systems.

## 0711.03.01    Group 1 & 2 Thruster Power Supplies

The main engines will drive a single pump or set of tandem pumps for the bow and stern thrusters.  The pumps will be fitted with remote activated clutches.

- Manufacturer:           TBD
- Number:                 TBD
- Type:                   TBD
- Power:                  TBD
- Operating pressure:     TBD

| • | Flow rate: | TBD |
| • | Weight: | TBD |
| • | Dimensions: | TBD |

### 0715.03.02    Group 3; Main Power Pack

One triple motor, custom power pack will be provided for the main hydraulic system.

| • | Manufacturer: | Lewmar |
| • | Type: | Custom Commander 10+10+200 |
| • | Operation: | Load Sensing |
| • | Power: | 3 x 3 kW (estimated) |
| • | Operating pressure: | 140 bar (2800 psi) |
| • | Flow rate: | Variable |
| • | Weight: | 300 kg Estimated |
| • | Dimensions: | (non-integral hull tank with top mounted pumps) |

### 0715.04.01    Hydraulic Oil Filtering System

In addition to the standard inline particle filters, the main power pack will be arranged with an off-line filter system. The system will have start/stop control manually by the engineer with alarms and pressure system stops as recommended by the manufacturer.

| • | Manufacturer: | CC Jensen A/S |
| • | Model: | HDU 15/25 PV |
| • | Flow rate: | 120 l/h |
| • | Power: | 208/3/60; 1 kW |
| • | Dimensions: | 425 h x 345 w x 240 d |
| • | Weight: | 22 kg. |

### 0711.05    System Engineering

The Builder must carefully review the hydraulic system design for this yacht in order to provide the best solution for the high number of services required.

The Builder will calculate the final capacities of the reservoir tanks.

The system should be designed for:

- Ease of maintenance
- Flexibility
- Safety
- Reduce pipe work
- Maximize life cycle of the components

### 0711.05.01    Mounting of Pumps, Valves & Components

- All pumps to have flexible tails connecting to rigid pipe work.
- The valve blocks and all other ancillary units relating to, or connected to pipe work shall be isolated to the structure for noise and vibration.
- The stbd reservoir must be suitably isolated to the structure for noise and vibration.
- All deck machinery such as winches, windlasses, etc. to be mounted on sound deadening material.

### 0711.05.02    Pipe Work & Mounting Brackets

All pipe work is to be stainless steel high pressure tubing. Tubing will be highly polished in areas where visible. Parts that cannot be obtained in stainless steel shall be properly coated with an application of epoxy paint. The manufacturer of the pipe supplies is to be agreed upon with the Owner's Representative before installation.

* Manufacturer:                Builders supply
* Pipe standard:               ASTM 269 or DIN 24131 as applicable
* Pipe fittings:               Stainless steel compression fittings are to be used on all pipe work of 1" and below, the same manufacturer to be used throughout the vessel's hydraulic system.

* Correct pipe size to be selected to minimize turbulent flow
* All pipe runs to be kept as straight as possible
* Long radius elbows are to be used only unless there is no other solution.
* Piping is to be secured in brackets using UCC or RSB type rubber isolation
* All watertight bulkhead penetrations are to be pipe sections (not hose).
* Bulkhead penetrations will be as specified in part 02.15 Watertight Penetrations
* Pipe clamp spacing is to be as follows:

| Pipe Size | Spacing |
|-----------|---------|
| < 10 mm | 1000 mm or every frame, which ever is less |
| 10 to 25 mm | 1500 mm or every frame, which ever is less |
| > 25 mm | 2000 mm or every other frame, which ever is less |

### 0711.05.03    Hoses & Mounting Brackets

Hose installations are to be as follows:

* Flexible hose are to be specified having a minimum 4:1 safety factor.
* Flexible hose bills to be in, in general, a maximum of 1.5 meter long.
* The ends to be of stainless unless otherwise stated.
* Hoses are to be R7 / R8 above deck with stainless swage ends.
* When flexible hoses are used, they must be shielded and/or secured at chafe points
* Hoses will be clamped at every frame spacing or chafe points
* Where there is a fire/heat potential in close proximity to a hose, a fire sleeve must be fitted.
* Flexible hose may be used when trying to hard pipe in confined areas, thus saving too many complicated bends.

#### 07H.05.04    Noise Control

The hydraulic system will be designed for maximum noise control. Of primary importance is the operation of the Main Hydraulic System for Groups 3. The Builder will work with a noise and vibration specialist to minimize noise from the hydraulic system.

Fluid borne noise is the major problem and normally generated within the pump. Consideration will be considered for:

* Pump selection
* Select the correct size of pipe to reduce turbulent flow
* Minimize the number of pipe bends
* Use of the correct pipe clamp and location
* Use of reactive silencer
* Isolate mount all items in the system such as winches, piping, valve blocks and equipment.
* Always terminate rigid stainless steel pipes with flexible tails when above 16 mm in diameter, it is acceptable to rigid mount some of the smaller pipes below 16 mm.
* Use proper isolation mounts for equipment.

#### 07H.06    Safety

* Emergency stop is to be provided at each Flybridge helm station
* All equipment installed is to be operated within the stress limits laid down by the manufacturer.
* System to be designed so that all components are easily accessible for adjustment and service.
* All valves with manual override facilities should be located within sight of the service being operated.
* No stop valves are to be fitted in return lines.

#### 07H.07    Documentation

The vessel will be supplied with full technical documentation will be provided in separate binders and on CD; to include:

* Two (2) copies of manuals and service schedules
* Two (2) sets of drawings
* Pipe drawings
* Schedule of parts
* Service literature on each pump, valve, filter, etc
* Basic service instructions
* Electrical/control circuit
* Hydraulic deck machinery data

#### 07H.08    Testing and Commissioning

* A full test and commissioning program will be proposed by the Builder for the approval of the Owner's Representative.

## 071        FUEL SYSTEM

There will be a total of six (6) integral aluminum fuel tanks, including the service tank, located as per the drawing: T07 Tanks Position & Geometry. The tanks will be located in the midships section of the wet dock. Tank capacities to be displayed on the monitor system. The tanks will be constructed and provided with fills, vents and service connections in accordance with Class Rules and MCA requirements. The fuel system will be arranged according to the drawing: S_03 Fuel System Schematic.

The fuel fill and transfer system will be installed in the tank space for control of filling and transfer operations. Filling will be from the port and stbd deck lockers with remote actuated fill valves, directing fuel to individual tanks. The fuel transfer system will utilize remote actuated suction valves and discharge via the fill valves.

The fuel supply system for each engine room will draw fuel from a single service tank, located in the tank compartment. Each engine room will have remote stop valves on both the supply and return lines.

The fuel purifying system will be mounted in the stbd engine room. The system will draw fuel from any tank and discharge to any tank.

Fuel delivered to each engine room will have a booster pump mounted in parallel for priming of engines and filters. There will be a fuel conditioner installed to each engine room supply. Individual filters will be installed for each engine.

### 071.01        Storage Tanks

Each storage tank and the service tank will be provided with:

* Each with its own electronic level indicator.
* Each with its own magnetic level indicator.
* Each tank with piping connections as per drawing: S_03 Fuel System Schematic.
* Docking plugs.
* Top mounted manholes clear of any permanent equipment or pipe installations.

### 071.02        Transfer Pumps

Two (2) bronze gear fuel transfer pumps will be installed in the tanks space, as per the schematics.

* Manufacturer:        Oberdorfer
* Type:               OB-N970H-S3-30T18BCT-BR
* Power:              1.5 hp; 208/3/60
* Motor class:        TEFC, TEEB45
* Flow:               4360 lph @ 2.75 bar (19.2 gpm @ 40 psi)
* Weight:             24 kg

GEMINI Project Contract Specifications                    Van Peteghem & Lauriot Prévost Naval Architects

## 071.03        Fuel Purifier

One (1) fuel centrifuge system will be installed in the xbd engine room as per the schematics.

- Manufacturer:                CC Jensen
- Model:                       PTU 27/27 F-EW
- Power:                       208/3/60
- Performance:                 1 gpm
- Weight:                      76 kg (dry)

## 071.04        Fuel Priming pumps

One (1) fuel priming pump will be installed in each engine room as per the schematics.

- Manufacturer:                Walbro
- Model:                       6806
- Power:                       1 amp; 24 VDC
- Performance:                 7300 kph @ .275 bar (33 gpm @ 4 psi)
- Weight:                      3 kg

## 071.05        Piping & Valves

The Builder will use the following guidelines for the installation of the fuel system:

- All tube to be seamless annealed stainless steel grade 316L to ASTM A269 standards.
- All stainless steel piping and fittings are to be bead blasted finished.
- All pipe sizes specified are OD.
- Flexible pipe couplings and their installation are to comply with the requirements of BV Rules.
- All pipe connections are to be 316 grade stainless steel butt welded fittings unless pipe section is required to be removed for maintenance or attached to equipment.
- All fittings in removable sections are to be Swagelock or flanged manufactured from 316 grade stainless steel.
- All valves are to be of fire safe stainless steel construction to API 607.
- All ball valves are to be of 3-part construction.
- Pneumatically operated valves will operate at 7 bar (100 psi).
- All pneumatically controlled valves are to be arranged for local manual operation. These valves are also to be provided with a means of indication of open and closed position at each control position. In addition, local indication of valve position is to be provided at the valve position where direct manual operation is required.
- Where fuel tanks are fitted with inlet or outlet pipes below the level of the associated overflow pipe, shut-off valves are to be located directly on the tank. Stub pipes not longer than 1.5 of the pipe diameter, between the tank and the valve, may be accepted.
- Pipe work will be color coded and marked with the description, i.e.: Diesel supply, Diesel return, etc.

## 071.06        Fuel Conditioners

Magnetic fuel conditioners will be installed in each engine room supply line so as to serve all engines.

- Manufacturer:                Algae-X or equal
- Series:                      LGX-1500
- Port size:                   3/4"

- Flow rate:              350 gph
- Weight:                 .9 kg


### 071.07      Fuel Filters

The fuel filters will be provided as follows:

| Engine | Generator | Main Engine |
|---|---|---|
| Filter Model: | 500 MAX-P | 75/900 MAX-P |
| Number of : | 3 | 1 |
| Filter Element | 2 micron | 2 micron |
| Height | 592 | 432 |
| Width | 147 | 476 |
| Depth | 122 | 279 |
| Weight | 1.3 | 10.4 |

### 07.1     LUBE OIL SYSTEM

Independent lube oil systems will be installed in each hull. Each system will consist of a dirty oil tank and a clean oil tank. Refer to the attached schematic: Lube Oil System schematic.

- An independent dirty oil pump will drain the engine sumps to the dirty oil tank and also discharge the dirty oil tank to deck.
- An independent clean oil pump with hose reel will provide clean oil for distribution.

### 07.1.01     Clean Lube Oil Tank

The clean lube oil storage tanks will be 500 liters each, located as per the drawings.

The clean oil supply will be filled from the respective oil lockers on the port and stbd decks.

### 07.1.02     Dirty Lube Oil Tank

The dirty lube oil storage tanks will be 850 liters each, located forward of the engine room as per the drawings.

The dirty oil will be discharged by the dirty oil pump to the respective fill lockers on the port and stbd decks.

The Builder will provide a 10 m hose with quick connect fitting to discharge the dirty oil ashore.

### 07.1.03     Oil Pumps

The dirty oil pump will be used to empty the selected engine sump and discharge the dirty oil tank to deck using a 3-way valve system.

The clean oil pump supply the hose reel system. The hose reel system will provide oil to the engines via a metering nozzle.

Pumps will be provided with a pressure limit switch or relief valve to prevent over-pressure of piping and hoses.

- Supplier:                          Depco
- Manufacturer:                     Oberdorfer
- Number:                           Four (4)
- Model:                            OB-N990J-30N12BTC-W
- Power:                            .75 kW[288/60]3
- Weight:                           27.4 kg each

### 07.1.04     Piping & Valves

The following shall apply to the delivery piping systems:

- All tubing to be seamless stainless steel 316L to ASTM A269 or equal.
- All fittings in removable sections are to be Swagelock or flanged manufactured from 316 grade stainless steel.
- Tubing bends will be long radius.

- All valves are to be full bore ball valves
- Engine sump connections to be flexible Aeroquip FC234-12, SAE 31942 hose with heat jackets in accordance with the Rules.

All valves will be full bore bronze valves.

- Manufacturer:                    Conbraco, or equal
- Type:                            Full bore ball valves

### 072.06        Oil Reel

An oil reel will be provided in each engine room for adding oil to the engines. The nozzle will be equipped with a metering device.

- Manufacturer:                    Reelcraft
- Type:                            5600 OLS
- Hose ID:                         ½"
- Hose Length:                     30 feet
- Dimensions:                      TBD
- Weight:                          10 kg (est)

Metering Nozzle:

- Manufacturer:                    Liquid Dynamics
- Type:                            BM-20
- Part No:                         530109

### 072.07        Tank Monitor System

Clean and dirty oil tank monitoring will be provided and will display on the vessel monitoring system.

The Builder will finalize specification details of the monitoring system.

Dirty Oil:

- Manufacturer:                    Headhunter
- Type:                            TSi
- Control Unit:                    SYM3Q
- Output signal:                   TBD

Clean Oil:

- Manufacturer:                    Gems
- Type:                            Save site minni alloy
- Control Unit:                    TBD
- Output signal:                   TBD

GEMINI Project Contract Specifications                    Van Peteghem & Lauriot Prévost Naval Architects

## 07K    BAR, GALLEY & LAUNDRY EQUIPMENT

At this time, a design consultant is reviewing the design, layouts and equipment for the galley and laundry. The following is provided as a preliminary list and data form of an initial proposal what was to the client's wishes.

### 07K.01    Convection oven

| | | |
|---|---|---|
| ▪ | Manufacturer: | Gaggenau |
| ▪ | Model | EB 388 |
| ▪ | Dimensions: | 800 x 560 475 |
| ▪ | Power: | 5,8 kW 2 NPEAC 400 V |
| ▪ | Weight: | TBD |

### 07K.02    Cook top

| | | |
|---|---|---|
| ▪ | Manufacturer: | MKN Küchenmeister |
| ▪ | Model: | 2 piece induction range with 2 zones @ 7 kW |
| | | 1 induction wok @ 5 kW |
| | | 1 griddle plate @ 7.2 kW |
| ▪ | Weight: | 199 kg |

### 07K.03    Combi Oven

| | | |
|---|---|---|
| ▪ | Manufacturer : | Haus Dampf. |
| ▪ | Model: | Geld 6 1/1 GN |
| ▪ | Power: | 10,9 kW 3 NPEAC 440 V |
| ▪ | Weight: | TBD |

### 07K.04    Microwave

| | | |
|---|---|---|
| ▪ | Manufacturer: | Panasonic |
| ▪ | Model: | NE 1037 |
| ▪ | Power: | 13 amps |

### 07K.05    Ice Maker

| | | |
|---|---|---|
| ▪ | Manufacturer: | Scotsman Ice |
| ▪ | Model: | ACS 125W |
| ▪ | Dimensions: | 675 x 521 x 897 |
| ▪ | Weight: | 48 kg |

### 07K.06    Under Counter Frig

| | | |
|---|---|---|
| ▪ | Manufacturer: | Foster |
| ▪ | Model: | LR 150 |
| ▪ | Power: | 120V, 13amp |
| ▪ | Weight: | TBD |

### 07K.07    Under Counter Freezer

| | | |
|---|---|---|
| ▪ | Manufacturer: | Foster |
| ▪ | Model: | LR 140 |
| ▪ | Power: | 120V, 13amp |

- Weight:                          TBD

## 07K.08     Trash compactor

- Manufacturer:                Insinkerator
- Model:                       825153
- Dimensions:                  310 x 510 x 840
- Power:                       120 VDC
- Weight:                      61 kg

## 07K.09     Dish Washer

- Manufacturer:                Miele
- Model:                       G7855 or 7859
- Dimensions:                  H 85cm, W60cm, D 60cm
- Power:                       9 A kW 3NPEAC 400V
- Weight:                      TBD

## 07K.11     Sinks

All sinks are to be selected by the interior design or galley consultant. All sinks are to be fitted with waste disposal units and drain to a Headhunter Grease Grouper system located in the inlet engine room.

- Type:                        Insinkerator brand 3/4hp motor- continuous feed
                               Or Viking VCFW 1020 -continuous feed model

## 07K.12     Washing Machines

There will be two washing machines. Washing machines will require remote liquid dispenser for detergents, due to the dryers being fitted above and blocking the regular BR drawers.

- Manufacturer:                Miele professional 7.5kg
- Model:                       WS 5073-MC23
- Dimensions:                  H 102cm, W 73cm, D 71cm
- Power:                       3 phase @ 8.5kw
- Weight:                      147 kg

## 07K.13     Drying Machines

There will be two dryers.

- Manufacturer:                Miele professional 7.5kg
- Model:                       T6185
- Dimensions:                  H 102cm, W 73cm, D 71.5cm
- Power:                       3 phase @ 8.5kw
- Weight:                      75 kg

## 07K.14     Rotary Iron

- Manufacturer:                Miele

| | | |
|---|---|---|
| • | Model: | HM 16-K3 |
| • | Dimensions: | H 96cm, W 105cm, D 38cm |
| • | Power: | 3 kW @ 208/60 |
| • | Weight: | 38 kg |

## 07K.15    Main Salon Bar Equipment

The salon bar will be arranged with the following equipment. Final design is to be determined by the interior designer.

### 07K.15.01    Ice Maker

| | | |
|---|---|---|
| ■ | Manufacturer: | Scotsman Ice |
| • | Model: | ACS 125W |
| ■ | Dimensions: | 675 x 521 x 89? |
| ■ | Weight: | 48 kg |

### 07K.15.03    Bar Fridge

| | | |
|---|---|---|
| ● | Manufacturer: | Gamko, or equal |
| • | Model: | ECO/220YS with remote compressor |
| ● | Dimensions: | 840 h x 516 w x 513 d |
| ■ | Weight: | TBD |
| • | Capacity: | Storage:    x kg (x lb) |

### 07K.15.04    Wine Cave

| | | |
|---|---|---|
| • | Manufacturer: | Euro Cave |
| • | Model: | SG64T |
| • | Dimensions: | 874 h x 654 w x 698 d |
| ● | Weight: | 48 kg |

### 07K.15.05    Bar Glass Washer

| | | |
|---|---|---|
| ■ | Manufacturer: | Miele Professional |
| • | Model: | G7855 |
| • | Dimensions: | 850 h x 600 w x 600 d |
| • | Power : | 3 kW ; 3 phase option |
| • | Weight: | 70 kg |

### 07K.15.06    Bar Coffee Machine

| | | |
|---|---|---|
| • | Manufacturer: | Jura/Capresso |
| • | Model: | S9 automatic |
| • | Dimensions: | 356 h x 356 w x 387 d |
| • | Power : | 1250 W ; 120 |
| • | Weight: | 11.8 kg |

### 07K.16     Fly Bridge Bar Equipment

#### 07K.16.01     Ice Maker

- Manufacturer:        Scotsman Ice
- Model:               ACS 175W
- Dimensions:          675 x 521 x 897
- Weight:              48 kg

Smaller option:

- Manufacturer :       Scotsman, Ice
- Model :              ECM 45
- Power :              450 watts ; 220/1/60
- Dimensions:          790 h x 457 w x 523 d
- Weight:              43 kg
- Production:          28 kg per day
- Storage:             15 kg

#### 07K.16.02     Bar Fridge

- Manufacturer:        Gamko, or equal
- Model:               MG/150G
- Dimensions:          840 h x 116 w x 513 d
- Power :              208/60
- Weight:              TBD
- Capacity:            144 bottles

#### 07K.16.03     Wine Cave

- Manufacturer:        Euro Cave, or equal
- Model:               S264T "Visionpack"
- Dimensions:          874 h x 654 w x 698 d
- Weight:              72 kg
- Capacity:            195 bottles

## 08        BUILT-IN REFRIGERATION AND FREEZER SYSTEMS

### 08.01        General

In addition to the galley refrigerators, there will be a walk-in chilled room with freezer room inside, located at the forward end of the galley. The boxes are to be custom designed by the Builder and constructed in stainless steel, to utilize the available volume with consideration to other technical services in the area.

There will be a frozen garbage compartment located in the aft stbd hull below the crew deck. Construction details to be determined.

All refrigeration systems will be provided with dual independent compressor and evaporator systems for redundancy.

Other requirements as follows:

*   The refrigeration systems will operate between 1.5 to 3.5°C (35 to 39° F).
*   The freezer systems will operate between -15 to -18°C (+5 to 0° F).
*   The chilled garbage systems will operate between -3.3 to -1.6°C (26 to 29° F).

*   Dimensions are as per the General Arrangement drawings.
*   High efficiency insulation will keep compressor sizes reduced.
*   All units will be AC powered.
*   All compressors will be located in stbd engine room with water cooled condensers.
*   All boxes to have interior light.
*   Freezer and garbage compartment door gaskets are to have heaters.
*   All boxes to have drain plug with plumbed drain system and/or a means to clean and are to have heaters.
*   All boxes to have individual temperature control, with remote thermometers (C/F) for local display.
*   All boxes to have individual shut-off switches when not in use.
*   All boxes to have storage rack systems of food grade stainless steel.
*   Temperatures will be monitored by the vessel monitoring system.

GEMINI Project Contract Specifications                Van Peteghem & Lauriot Prévost Naval Architects

## 09          HEATING, VENTILATION & AIR CONDITIONING          (HVAC)

**Of primary importance to the Client is the quality of the HVAC systems.** It is important that the system provide adequate cooling in all climates and that make-up air be sufficient for maximum air quality. In addition, the aft main deck will have provisions for enclosing a large area with eisenglass, and this area is to be provided with fan coil cooling. The details, discussions and volume of this area is to be finalized.

The ventilation systems are to comply with applicable Bureau Veritas Class Rules, as applicable. All vent and duct systems will be provided with necessary controls and air dampers and insulated for fire protection as required by the Rules. All intake vents will be insulated for thermal just fire protection as required and attention will be given for maximum sound dampening in all aspects of the installations.

We are presenting a preliminary proposal from AquaAir for a fan coil system with make-up and extraction air systems. Delta T has specified the engine room ventilation systems. The Builder may propose alternative equipment and arrangements provided it saves weight, cost and efficiency. The Owner's Representative will have final approval for alternative proposals.

### 09.01          Air Conditioning System Design

We have worked with AquaAir Marine Air Conditioning Systems, Hialeah, FL for the design and supply of the air conditioning systems for the vessel. The air conditioning system will be a chilled water, fan coil system.

The Builder will consult with the system supplier on the use of a ducted system for the upper deck salon, bridge and main salon.

The temperature in each compartment will be controlled by digital thermostats. Make-up air and extraction air will be from centralized units.

The yacht is intended for use in tropical and temperate climates and is to perform to the following conditions:

- Design Conditions:

| | | | |
|---|---|---|---|
| Summer | Outside | 35°C @ 85% RH | 95°F |
| | Inside | 23°C @ 50% RH | 73.5°F |
| | Seawater | 30°C | 86°F |
| Winter | Outside | 10°C | 41°F |
| | Inside | 21°C | 69°F |
| | Seawater | 5°C | 41°F |

### 09.01.01          Chilled Water Pipe Systems

All chilled water distribution piping is to be a light weight system. Tubing design is to be in accordance with the system supplier design requirements. Required data points will be provided for control by the vessel control and monitor system.  All piping will be insulated to protect against heat loss and prevent sweating.

- Type:                          Copper
- Standards:                     Type M
- Working pressure:              TBD

---

GEMINI Project Contract Specifications                    Van Peteghem & Lauriot Prévost Naval Architects

---

#### 09.01.03      Duct Systems

The ducting systems design is to be in accordance with the system supplier design requirements. Where required, all ducting will be insulated to protect against heat transfer and prevent sweating.

The duct systems will be provided with sound dampeners or chambers to minimize noise from fan coils or air change systems.

Provisions will be provided for access to ducting for adjustment of flow control valves and access points for cleaning and replacement shall be considered by the Builder.

Note that the interior design has limited space available between the structure and overheads. Ducting in many areas will be required to be flat rectangular sections to accommodate the limited space.

#### 09.02      Galley Air Systems

The Builder will design and provide the galley air systems to comply with the provisions of MCA section 14a.4. In addition to the fan coil systems, the galley will be provided with:

* Extraction air stove hood with air balance fresh air intake system.
* Estimated maximum capacity of 1500 m³/h.
* Variable speed extraction air system.
* Stove hood extinguishing system with electrically operated fire damper.
* Required emergency shut-offs and control systems.

#### 9.03      Engine Room Ventilation System

We have worked with Delta "T" Systems of Palm Beach, FL for the design and specifications of the engine room ventilation systems. It is requested that the Builder work with these companies for the supply and installation of the ventilation systems.

The ventilation systems are to comply with Class Rules and MCA section 144.a as applicable.

The port and stbd ventilation system pass up through the cabin deck, up through the salon with intake and exhaust air mist eliminators on the upper deck coamings. Components are as specified in the attached spreadsheet Delta "T" Systems quotation.

#### 09.04      Forward Lockers, Lazarette and Tender Compartment Ventilation Systems

The lazarette and tender compartment ventilation systems are included with the air conditioning system. As these compartments will contain hazardous materials, i.e. petrol and battery systems, the ventilation systems will provide a minimum of 6 air changes per hour. We have selected make-up air handlers to provide fresh air to the compartments to control humidity.

---

GEMINI Project Contract Specifications                Van Peteghem & Lauriot Prévost Naval Architects

10          ELECTRICAL

114.01          General

The electrical equipment and its installation should meet the standards of BV Class and the standards and recommended practices of the American Boat & Yacht Council.

Atlas Marine Systems has performed preliminary electrical design work and a load study for the electrical system. Electrical panel dimensions and one-line diagrams are provided. In addition, calculations, studies and descriptions will be provided as part of the vessel electrical system agency classification documentation.

The AC electrical system will be a 120/208 VAC, 3-phase, 60-Hertz system with a grounded neutral. Circuit breakers will be 1, 2, or 3-pole as appropriate for the load. Ground conductors will be included in cables to all AC power users.

The main DC electrical system will be a 24VDC system with grounded negative. Circuit breakers will be 1-pole with two conductor circuits to each.

A 12VDC electrical system with grounded negative will be provided in the area of the wheelhouse to power computer monitors and other 12VDC instrument loads as required. The power supply will be thru a DC-DC voltage converter. Circuit breakers will be 1-pole with three conductor circuits to each user (positive, negative and ground).

When at sea, the electrical power will be provided by three (3) diesel engine-driven generators; two in the port engine room, one in the stbd engine room. The generator controls will allow automated or manual paralleling. The Main AC Switchboard will supply electrical power to large users and to sub-distribution panels located throughout the vessel. It will have a split bus and the bus tie switch will be normally closed when the generators are paralleled.

Two shore cables will be provided near the stern of the port lazarette to allow connection to shore generated electrical power when desired. The shore cables will be connected to an Atlas ShorPOWER frequency converter. Preliminary output power is estimated at 60kVA.

An Atlas uninterruptible power supply (UPS) will be provided to provide clean, spike and noise-free AC electrical power for audio-visual entertainment equipment, communications equipment and other noise sensitive users. As part of this system, a "critical load AC bus" with battery backup will be provided to supply devices that require uninterrupted electrical power. An example of this type load is programmed entertainment system tuners or videocassette recorders that lose their settings during power outages and must be reprogrammed by the crew after each electrical power outage. The output voltage of the UPS will be a (120/240 VAC, 60 Hertz) system. Preliminary output power is estimated at 12 kVA.

Ladder type cable trays will be provided in areas where large numbers of electrical power and control cables merge. Cables will be installed in a manner that prevents mechanical and corrosion damage and prevents electrical "crosstalk" and interference between electrical systems.

All electrical equipment, including junction boxes, is to be accessible for service and maintenance.

Bond all electrical equipment as required by Class. This includes bonding of metal enclosures to hull ground and high quality marine wiring practices.

Warning labels will be installed where appropriate.

Electric motors will be TEFC type, rated for continuous duty and have an ambient temperature rating of 45 degrees centigrade in engine rooms and 40 degrees centigrade elsewhere. Motors that are part of another system, such as air conditioner air handlers or other appliances, are exempt.

Emergency lighting will be automatically activated if main AC power is lost. There will be at least one emergency light in each major compartment and passageway.

## 10A.02    ELECTRICAL CONSTRUCTION PRACTICES

### 10A.02.01    General

Persons installing electrical will be trained marine electricians familiar with quality marine electrical construction practices.

### 10A.02.02    Electrical Cable Construction Practices

Electrical cable installation (General):

* All cables used are to be rated 85 degrees Centigrade minimum.
* Both ends of all electrical power, control and ground cables will be clearly identified with permanent identification tags based on cable ID numbers provided in the electrical system design documentation.
* The following types of cables will be segregated from each other throughout their entire lengths: control cables, instrumentation cables, entertainment system cables, AC power cables and DC power cables.
* Shielded cables will be used where specified in the electrical documentation.
* Cables specified by equipment manufacturers will be used.
* Electric cables connected to resilient mounted equipment will have sufficient length to allow free movement of the equipment.

Electrical cable installation (Class Requirements):

* All cables used in the construction are to be approved by the classifying society or constructed in accordance with Class rules or to a recognized standard.
* Cables runs are to be selected as to avoid mechanical damage, water, oil, fuel and excessive temperatures. Where cables could be exposed to mechanical damage, they are to be armored or protected by a conduit.
* Cables may not run under floors where practical.
* Where cables pass through watertight bulkheads or decks, watertight glands are to be fitted.
* Where cables pass through a non-watertight bulkhead, decks or other structural members, they are to be protected against chafing.
* Cable support trays, cable clips, glands and bushings are to be of corrosion resistant materials.
* The distance between cable supports is to be about $6d + 20$ where d is external diameter of cable measured in centimeters. The maximum allowed distance between cable supports for cables is 50 centimeters.
* The minimum bend radius for cables is 4 d for thermoplastic or rubber-like insulated cables without metal covering (5 d if $d > 25$ mm) and 6d for the same cables with metal covering.
* Cables are not to be spliced except in approved metallic junction boxes.
* Cables are not to be attached to any tank or pipe carrying fuel or oil.

#### 10A.02.03     Electrical Hazardous Areas

Electrical installations in the port and stbd faccrette and tender compartment will need to comply with MCA Rule 14.1.5 for stowage of petrol and other highly flammable liquids;

Electrical equipments should be located well clear of those areas where flammable gases are likely to accumulate within the space and be so constructed as to prevent the escape of sparks (ie IP54 as defined in BSEN 60529;1992 'Specification for Degrees of Protection Provided by Enclosures (IP Code)). Electrical equipments less than IP54 should each be provided with an easily accessible and identified means of double pole isolation outside the space, with a fixed flammable gas detector/detectors fitted in the compartment and comprising alarm features on the navigating bridge and elsewhere in the accommodation in accordance with 14B.3.14.2. Where any of these requirements are not practical, then the electrical arrangements should be installed to a suitably certified standard ie flameproof, intrinsically safe etc.

#### 10A.03     Attachments

The following documents are attached and considered part of this specification:

- AC One Line Diagram (Preliminary)
- DC One Line Diagram (preliminary)
- Main AC Switchboard, Physical Dimensions (Preliminary)
- Main DC Switchboard, Physical Dimensions (Preliminary)

## 10B      ENERGY SYSTEMS, AC

#### 10B.01     General

The electrical system control and operating panels will be of yacht quality, ergonomically designed and with crew friendly human interfaces. Consideration will be given to water entry avoidance, corrosion resistance and operation in a high humidity environment.

#### 10B.02     Main AC Switchboard (MACS)

The MACS will be designed and supplied by Atlas Marine Systems.

The MACS will be located in the port engine room and will have all necessary controls, metering and protective devices to control the operation of electrical generators, motorized circuit breakers etc. The following features will be provided:

- Automated and manual starting and stopping of generators based on load requirements.
- Automatic and manual generator paralleling.
- Seamless transfer of power from shore to generator, and generator to generator.
- Operation in single bus or split bus modes.
- Full metering per agency requirements.
- Synchroscope
- Ground current meter
- Automatic load shedding.
- Communication link to vessels alarm/monitoring system for remote monitoring and control of electrical system operation and switchboard functions.
- Connection points and circuit protection for load circuits.
- Plated copper line, neutral and ground buses.

GEMINI Project Contract Specifications          Von Petegham & Laujot Prévost Naval Architects

### 107.02.01    Main AC Switchboard (MACS)

- Manufacturer:        Atlas Marine Systems
- Model:               TP-MACS-1.400-6.3.120/208.GN-3.12.2-72x20.8x30
- Dimensions:          1829 w x 529 d x 762 h
- Weight:              159 kg (350 lbs)

### 108.04    AC Sub-Distribution Panels

It is planned that one AC sub-distribution panel will be located in each watertight compartment to minimize bulkhead penetrations. The Builder may opt to minimize the number of panels depending upon the actual number of distribution circuits required.

The AC sub-distribution panels in non-technical spaces will be installed in a manner that hides the enclosure from direct view (behind joiner work).

Note that the circuit numbers reflect live connections. I.E., a 3 phase circuit breaker requires 3 circuits in the panel, whereas a single phase circuit requires one pronal circuit.

Preliminary sub-distribution panels for AC circuits are as follows:

| | Location | Circuits | Circuit Amps |
|---|---|---|---|
| 1 | Port engine room | TBD | TBD |
| 2 | Stbd engine room | TBD | TBD |
| 3 | Port hull aft | TBD | TBD |
| 4 | Port hull fwd | TBD | TBD |
| 5 | Stbd hull aft | TBD | TBD |
| 6 | Stbd Hull fwd | TBD | TBD |
| 7 | Galley & Main Deck | *TBD | TBD |
| 8 | Flybridge & Main Deck | TBD | *TBD |

* It will have a split bus and the bus tie switch will be normally closed when the generators are paralleled

### 108.04.02    AC Sub-Distribution Panel Type

- Manufacturer:        MerlinGerin, or equal
- Model:               Pragma or equal
- Capacity:            TBD
- Main Breaker or Switch    None
- Cable Entry          Various
- Color                TBD
- IP Rating            As required
- Hinged door          TBD
- Branch Circuit Breakers    TBD

### 10B.05    Shore Power Systems

### 10B.05.01    Atlas ShorPOWER Frequency Converter

A shore power frequency converter will be supplied with the following features will be provided:

- The unit will deliver full output power from any three-phase or single-phase input, at any input voltage from 180-530 Volts AC, and at any input frequency, 50/60 Hertz (assuming adequate power from shore is available).
- The unit will automatically sense the incoming power characteristics and convert the power to the voltage and frequency required by the vessel.
- The output will be pure sine wave output.

- Manufacturer:        Atlas Marine Systems
- Model:               SPA
- Capacity:            60 KVA
- Dimensions:          1696 H x 833 W x 517 D
- Weight:              459 KG (1010 lbs)

### 10B.05.02    Galvanic Isolators

Galvanic isolators will be provided as per the electrical drawings:

- Manufacturer:        Dairyland Electric
- Model:               GI-J0kA-S-100-CC
- Number:              Two (2)

### 10B.05.03    Shore Cables

Shore cable features:

- Quantity             2
- Location             Stern of each hull
- Length               TBD
- Capacity             100Amp
- Conductors           4
- Cable reel           TBD

### 10B.06    Computer Power Source

Exact configuration is to be determined. Computers necessary for MCA compliance are powered from the 24VDC emergency batteries. Other computers are connected supplied by the Main AC, Main DC battery systems, or UPS as appropriate. Exact configuration will be determined later.

### 10B.07    Uninterrupted Power Source

The entertainment system, noise sensitive and other critical loads including computers will be supplied AC power from a 12 KVA uninterruptible power supply (UPS), which provides the following features:

- Continuously provides conditioned, clean, spike and noise-free AC power for sensitive electronic equipment and additionally provides uninterrupted power upon the loss of AC input power

GEMINI Project Contract Specifications                    Van Peteghem & Lauriot Prévost Naval Architects

- ► The output of the UPS will be configured into two separate outputs, one critical and one non-critical.
- • Upon loss of AC power, the non-critical load is disconnected from the UPS converter while the critical load continues to operate on the battery pack until AC power is restored or the battery system is depleted.
- • The UPS is sized to accommodate the total load requirement, and the battery pack is sized to accommodate the critical load only.
- • Meters are provided to monitor operation.

Power distribution from the UPS will be via dedicated sub-distribution panels. Size and location to be determined.

The UPS system will be designed and manufactured by Atlas Marine Systems, and consist of the following components:

- • Frequency converter
- • Battery
- • battery Charger

Frequency converter:

- • Manufacturer:            Atlas Marine Systems
- • Model:                   SPUL12K65I1L43-UD
- • Capacity:                12 kVA
- • Dimensions:              334 w x 914 d x 969 h
- • Weight:                  227 kg (500 lbs)

Battery:

- ► Manufacturer:            Atlas Marine Systems
- • Model:                   BP3
- • Dimensions:              760 w x 330 d x 760 h
- • Weight:                  163 kg (360 lbs)

Battery Charger:

- • Manufacturer:            Atlas Marine Systems
- • Model:                   BC3
- • Dimensions:              305 w x 152 d x 356 h
- • Weight:                  27 kg (60 lbs)

## 10C    DC SYSTEMS

### 10C.01    General

The one line diagram of the DC electrical system will be as specified in the Atlas Marine Systems drawing    105192

DC Electrical system - General:

- The main DC electrical system will be a 24 VDC system with grounded negative. Circuit breakers will be 1-pole with three conductor circuits to each zone; positive, negative and ground.
- 24VDC electrical system supplies house and emergency 24VDC loads.
- 12VDC electrical system supplies house and emergency 12VDC loads, if required. This voltage will be provided thru DC-DC converters.
- Generators and Main Engines will be 24VDC, isolated ground systems.
- Battery parallel switch will be installed in the port engine room to parallel 24VDC batteries for engine starting.

DC Electrical system - Class Requirements:

- Battery over-current protection and disconnect switches will be installed in metal enclosures rated IP22 and in compliance with ABYC standards.
- Battery spaces are to be ventilated to avoid accumulation of hydrogen gas generated during charging.
- Batteries are to be securely mounted to prevent movement due to the motion of the vessel.
- Batteries are to be installed in acid-resistant trays to prevent the possibility of spilled electrolyte reaching the boat structure or bilges.

### 10C.02    DC Distribution

### 10C.02.01    DC Distribution Panels

The Main DC Switchboard will be located as specified in the port engine room

The DC sub-distribution panels in non-machinery spaces will be installed in a manner that hides the enclosure from direct view (behind joiner work). Panels will have to be easily removable.

DC distribution panels will have the following features:

- Volt and current meters to show battery voltage and pertinent DC system currents. These meters will have over-current protection.
- Single pole branch circuit breakers will have a split bus and the bus tie switch will be normally closed when the generators are paralleled or each DC user circuit.
- Ground and Negative buses.

Sub-distribution panels for DC circuits will be as follows:

| | Location | Circuits | Circuit Amps |
|---|---|---|---|
| 1. | Main DC Switchboard in Port Engine Room | TBD | TBD |
| 2. | Port Eng Rm 24VDC Sub-Distribution Panel | TBD | TBD |
| 3. | Salon helm station 24VDC Sub-Distribution Panel | TBD | TBD |
| 4. | Salon helm station 12VDC Sub-Distribution Panel | TBD | TBD |

#### 10C.02.02    DC Distribution Wiring

The Builder will determine if the emergency lighting and alarm system wiring may be combined with the control and monitor system wiring.

The DC distribution wiring will be limited to:

* Engine room starting and control systems
* Emergency lighting and alarm systems
* Control and monitor systems
* Security systems
* Navigation instruments
* Communication equipment
* Toilet valves

### 10C.03    Batteries

#### 10C.03.01    Engine Room Start Battery Banks

Each engine room will have a starting battery bank consisting of two batteries in series.

| | | |
|---|---|---|
| • | Manufacturer: | North Star Battery Co. (Meridian Marine) |
| • | Type: | NSB130FT (AGM) |
| • | Number: | 4 total; 2 in 2 banks |
| • | Voltage: | 12 volt cell |
| • | Capacity: | 126AH 1500 Marine Cranking Amps |
| • | Weight: | 38 kg each; 152 kg total |
| • | Dimensions: | 560 l x 1251 w x 227 h (each battery) |

#### 10C.03.02    24 Volt House / Emergency Battery Bank

To be located in cross deck under the Salon helm station, one bank of two (2) volt cells connected in series:

| | | |
|---|---|---|
| • | Manufacturer: | Mastervolt |
| • | Type: | MVSV1200 (Gel) |
| • | Number: | 12 |
| • | Voltage: | 2 volt cells |
| • | Capacity: | 1200 amp-hours |
| • | Weight: | 97 kg each; 1,164 kg total |
| • | Dimensions: | 215 l x 277 w x 688 h (each) |

#### 10C.03.03    24 Volt GMDSS Radio Battery Bank

To be located in the Salon helm station, two 12 volt cells.

| | | |
|---|---|---|
| • | Manufacturer: | Mastervolt |
| • | Type: | TBD |
| • | Number: | 2 total; 2 in 1 bank |
| • | Voltage: | 12 volt cell |
| • | Capacity: | TBD amp-hours |
| • | Weight: | TBD kg each; TBD kg total |
| • | Dimensions: | TBD |

## 10C.04    CHARGING SYSTEMS

### 10C.04.01    General

* The 24VDC start battery banks in each engine room will be charged by a 50 amp AC powered battery charger.

* Two 100-amp battery chargers will charge the 24VDC house/emergency battery bank.

* One 50-amp battery charger will charge the 24VDC GMDSS Radio battery bank.

### 10C.04.02    Battery Chargers

Battery chargers will have the following features:

* Battery chargers will be the fully automatic type.
* Battery chargers will have internal over-current protection on the DC output.
* Battery chargers will have voltage regulation with temperature compensation.

### 10C.04.03    Engine Room Battery Chargers

| | |
|---|---|
| * Manufacturer: | Mastervolt |
| * Type: | MASS 24/30 |
| * Model: | 40020500 |
| * Number: | 2 |
| * Voltage primary: | 180-260VAC, 1 phase, 60 Hz |
| * Voltage secondary: | 26.5-28.8V DC |
| * Dual output | Yes |
| * Dimensions: | 343 h x 262 w x 120 d |
| * Weight: | 5 kg |

### 10C.04.04    24 VDC House/Emergency Battery Charger

If required, to be located in the Salon helm station:

| | |
|---|---|
| * Manufacturer: | Mastervolt |
| * Type: | MASS 24/100 |
| * Model: | 40021000 |
| * Number: | 2 |
| * Voltage primary: | 180-260VAC, 1 phase, 60 Hz |
| * Voltage secondary: | 26.5-28.8V DC |
| * Dimensions: | 422 h x 318 w x 150 d |
| * Weight: | 9.1 kg |

### 10C.04.05    24 Volt GMDSS Radio Battery Charger

To be located in the Salon helm station:

| | |
|---|---|
| * Manufacturer: | Mastervolt |
| * Type: | MASS 24/25 |
| * Model: | 40020250 |
| * Number: | 1 |

- Voltage primary:             180-260VAC, 1 phase, 60 Hz
- Voltage secondary:           26.5-28.8V DC
- Charge current:              25 amp
- Dust output                  Yes
- Dimensions:                  315 h x 221 w x 112 d
- Weight:                       2.8 kg

## 10C.05    Alternators

Each main engine and generator will not be provided. Charging will rely upon battery chargers as a means of saving weight.

## 100    LIGHTING AND PLUGS

The lighting systems will be state of the art, high quality, marine fittings and accessories, installed in accordance with the interior designers plans.

Lighting systems for interior compartments that are technical areas will be provided with switch controls only. Other interior and exterior lights, where indicated, will be dimmable.

"Luxury Areas" are considered to be the owner's suite, salons, guest accommodations, including upper deck and main aft deck. These lighting systems will be controlled by Light Touch® systems.

### 100.01    Switch Material

Bulkhead and wall switch plate materials will be as per part 13 Interior Concepts for luxury areas.

Switch material for interior compartments that are crew accommodations, bridge, machinery areas, galley, crew mess and service areas will be appropriate to the location. The Builder will provide the Owner's Representative with several options for selection.

|  | Luxury Areas | Other areas |
|---|---|---|
| • Manufacturer: | Light Touch or TBD | TBD |
| • Cover plates: | Light Touch or TBD | TBD |

### 100.02    Plugs & Socket Connectors

Plug and socket connectors will comply with Class Rules.

The number will be sufficient to provide for service areas, entertainment and personal use. The plugs will be as specified in the Part 13 Interior Concepts. Guidelines as follows:

- Each berth will have one plug.
- Each desk will have a minimum of two plugs and a CAT 5 plug for the computer network.
- Each bulkhead will have a plug for every 4 m in bulkhead length.
- A drawer or locker at the salon navigation station will be provided with a minimum of 6 plugs to charge radios and other small equipment.
- Plugs located in wet locations, such as heads, galley, engine rooms, tender compartment and protected deck locker locations are to be ground fault protected and will be provided with moisture proof or watertight covers in accordance with regulatory requirements.

| • Manufacturer: | TBD |
|---|---|
| • Model: | TBD |

Note that there may be floor plugs in the salon. These are to be flush mounted plates with covers. To be selected by the Builder.

### 100.03    Interior Lighting

Interior lighting is to be specified by the interior designer as laid out in the plans.

All lighting listed below is 120 VAC, 60 cycle with exceptions as noted.

Note that there may be some additional lamps required on the final design.

Bulb sizes are to be determined later by the Interior Designer. All lights are to be rated for the environment that they are in; e.g.: moisture proof, watertight, explosion proof.

For night vision, individual lamps, or lamps with dual bulbs are to be fitted in appropriate locations of the vessel. The total numbers of locations are to be determined. The probable list of areas is as follows:

- Fly bridge
- Navigation station
- Exterior stairways
- Aft main deck
- Salon
- Interior stairways
- All lower deck passageways and service areas.

The following interior lighting is offered for budgetary purposes:

### 100.03.01     Interior Lights

Particular attention should be paid to ensure that bathrooms and the galley are brightly lit. The interior light list is as follows:

### 100.03.01.01    Main salon

The main salon will be provided with 20 down lights on 4 circuits.

The bar will be provided with under counter lights (TBD)

The navigation station lighting will be appropriate for night use. Lighting is TBD.

Indirect lighting will be provided in ceiling recesses and at floor level under the bar, fixed side furniture and cabinets.

### 100.03.01.02    Entertainment Lounge (TV area)

The entertainment lounge will be provided with 8 down lights on 1 circuit.

Indirect lighting will be provided in ceiling recesses and at floor level under fixed side furniture and cabinets.

### 100.03.01.03    Forward Passageway & Entry Stairs

The forward passageway will be provided with 6 down lights on 1 circuit.

Indirect or floor level lighting will be provided at floor level under fixed side furniture and cabinets.

Stairs will be fitted with indirect lighting for each stair with an overhead landing area down light.

### 10D.03.01.04    Forward Owner Suite & VIP Cabin

All lighting circuits will be on dimmer control circuits.

. Each cabin will be provided with 12 down lights. Circuits will be:

- At entry door, door to deck and closet (4 lights)
- At bed area (4 lights)
- Bathroom (2 down lights plus mirror column lights)
- Shower (1 light)
- Toilet (1 light)

In addition, each closet will have internal lights working from a door activated switch.

Each bed will have 2 reading lights.

Indirect or floor level lighting will be provided at floor level under fixed side furniture and cabinets.

### 10D.03.01.05    Port Hull Guest Cabins

All lighting circuits will be on dimmer control circuits.

Each cabin will be provided with down lights and indirect lighting. Circuits will be:

- At entry door and floor area, (6 lights)
- At bed area (2 reading lights)
- Indirect ceiling and floor level lights
- Bathroom (2 lights plus mirror column lights)
- Shower (1 light)
- Toilet (1 light)

In addition each closet will have internal lights working from a door activated switch.

Indirect or floor level lighting will be provided at floor level under fixed side furniture and cabinets.

### 10D.03.01.06    Crew Accommodation Cabins

All lighting circuits will be on dimmer control circuits.

Each of the four cabins will be provided with down lights. Circuits will be:

- At entry door and floor area: Capt: 5 lights; other crew: 4 lights
- Reading lights at bed area (light each berth position)
- Indirect floor and ceiling lights
- Bathroom (1 light)
- Shower (1 light)
- Toilet (1 light)

In addition each closet will have internal lights working from a door activated switch.

### 10D.03.02    Technical Areas

### 10D.03.02.01    Crew Mess & Laundry

All lighting circuits will be on dimmer control circuits.

Crew mess will be provided with (8) down lights. There will also be provision for night lighting. Indirect or floor level lighting will be provided at floor level under fixed side furniture and cabinets.

The laundry will be provided with (4) down lights.

### 100.03.02.02   Galley

Galley lighting will be provided with multiple circuits for night and day use.

| | |
|---|---|
| • Circuits: | 2 x overhead; 1 under counter; 1 x indirect |
| • Manufacturer: | TBD |
| • Model: | TBD |
| • Rated: | TBD |
| • Illumination: | TBD |
| • Power: | 120/60 |
| • Dimensions: | TBD |

### 100.03.02.03   Tender Compartment, Port & Stbd Lazarettes

The tender compartment and lazarettes will contain petrol and/or battery systems and require appropriate rated fixtures.

| | |
|---|---|
| • Number: | 2 for port lazarette |
| | 2 for stbd lazarette |
| | 2 or 4 for tender compartment |
| • Manufacturer: | Aqua Signal, or equal |
| • Model: | TBD |
| • Rated: | EExe |
| • Illumination: | TBD |
| • Power: | 120/60 |
| • Dimensions: | TBD |
| • Weight: | TBD |

### 100.03.02.04   Engine Rooms

Each engine room will contain six (6) fluorescent light fixtures, one (1) of which will be a self-contained emergency light. In addition, there will be a bilge light provided forward and aft of the engine.

Primary lighting:

| | |
|---|---|
| • Number: | 5 per compartment |
| • Manufacturer: | Aqua Signal, or equal |
| • Model: | 1044405200 |
| • Rated: | IP 67 |
| • Illumination: | 2 x 40 watt element |

- Power:                 120/60
- Dimensions:            1340 x 192 w x 169 d
- Weight:                6.6 kg each

Emergency lighting:

- Number:                1 per compartment
- Manufacturer:          Aqua Signal, or equal
- Model:                 0248406000
- Rated:                 IExe
- Illumination:          2 x 40 watt element
- Power:                 120/60
- Dimensions:            1400 x 230 w x 163 d
- Weight:                14 kg each


### 100.03.02.05   Refrigerated Room

The walk-in refrigerator will be lighted. The switch will be located outside the door and have an "on" indicator:

- Number:                1 per compartment
- Manufacturer:          TBD, or Aqua Signal, or equal
- Model:                 1044405200
- Rated:                 IP 67
- Illumination:          1 x 115 watt element
- Power:                 120/60
- Dimensions:            1340 x 192 w x 169 d
- Weight:                6.6 kg


### 100.03.02.06   Other Areas

Additional lighting will be provided for the following spaces. The lighting will be incandescent bulbs, installed in protective enclosures rated as required by the Rules.

- In upper deck technical areas (2) (at captive reels)
- Sail lockers


### 100.04      NAVIGATION LIGHTING

Navigation lighting will be in accordance with COLREGS 1972 for sailing yachts >20 <50 meters. All navigation lighting is to comply with the approval of the Flag Administration. The lighting will be arranged with proper panel display and alarms as required by the Rules.

The following light models are selected from the AquaSignal 2002-2003 catalogue but are not intended to restrict the Builder to this manufacturer.

Navigation lights to be controlled from the MIMIC panel at inside navigation station. (anchor, steam, nav, NUC)

### 10D.04.01    Running Lights

All primary running lights will be dual lamp fixtures if required:

- Manufacturer:                Aqua Signal 70M series
- Port side                    3584205
- Stbd side                    3583105
- Steaming                     3581005
- Stern                        3582705
- Rated:                       IP 56; IMO
- Power:                       2 x 65 watt; 12V/60
- Dimensions:                  850 h x 220 sq base

### 10D.04.02    Anchor Light

The anchor light will be single fixture lamp. The forward anchor light will mount on the forward beam strut.

- Manufacturer:                Aqua Signal, or equal
- Model:                       3070705
- Number:                      1
- Rated:                       IP 56; IMO
- Power:                       65 watts; 120/60
- Dimensions:                  320 h x 220 sq base

### 10D.04.03    Main Mast Lights

In addition, the vessel will be provided the following 360° lights mounted on the main mast.

- Manufacturer:                Aqua Signal, or equal
- Masthead top                 307 series    red
- Mast side lights at top      307 series    green, mounted with 2 m vertical
                                             separation to masthead red.
- Rated:                       IP 56; IMO
- Power:                       65 watts; 120/60
- Dimensions:                  320 h x 220 sq base

### 10D.05    EXTERIOR LIGHTING

### 10D.05.01    General Deck Lighting

The following deck lighting will be provided. The Builder will provide light specifications for the approval of the owner's representative.

- Safety and courtesy lights, as required by the Rules, at all exterior stairs, transom steps, forward cockpit and entries, including: upper deck stairs and port/stbd aft main deck stairs to interior.
- White lights in all forward cockpit storage and ground tackle lockers

### 10D.05.02    Main deck aft

The aft main deck overhead will have flush mounted lights and indirect lighting in the ceiling recess and under floor furniture, controlled by the Light Touch system. The final arrangement is to be determined by the Architect.

Down Lights

| | |
|---|---|
| • Number: | 25 |
| • Circuits: | 4 |
| • Manufacturer: | Underwater Lights, or equal |
| • Model: | MR16 |
| • Rated: | IP 55 |
| • Power: | 50 watt; 120/60 |
| • Reflector: | Angle to be determined (10°,20°,30° or 40°) |
| • Dimensions: | _ bezel; _ mm cutout; _ mm depth |

Indirect Lights:

• TBD

## 10D.05.03    Upper Deck

The upper deck lighting will be mounted in the awning frame for deck illumination. The following is provided for budget purposes:

| | |
|---|---|
| • Number: | 20 white down lights |
| • Circuits: | 2 |
| • Manufacturer: | Underwater Lights, or equal |
| • Model: | Medium eyeball |
| • Rated: | IP 65 |
| • Power: | _ watt; 115/60 |

## 10D.05.04    Deck Flood Lights

Deck flood lights will be mounted under the main mast antenna supports to illuminate the fore deck area and all upper deck.

| Mast circuits: | Port bow |
|---|---|
| | Stbd bow |
| | Port upper deck |
| | Stbd upper deck |

| | |
|---|---|
| • Number: | 4 |
| • Circuits: | 4 |
| • Manufacturer: | Underwater Lights, or equal |
| • Model: | S2501 J-120V Par 30 |

## 10D.05.05    Mast Flood Lights

GEMINI Project Contract Specifications                Van Peteghem & Lauriot Prévost Naval Architects

Main deck installed flood lights will illuminate the main mast. These will be welded aluminum inserts in the main deck as per the drawings.

- Number:              4
- Circuits:            1
- Manufacturer:        Underwater Lights
- Model:               PAR 36 Adjustable Flood Light
- Rated:               IP 68
- Power:               150 watt; 120/60; metal halide lamp remote dimmable
- Reflector:           99 mm dia; angle to be determined (5°,8°,25° or 45°)
- Glass:               15 mm (for weather deck area)
- Dimensions:          244 w x 133 d x 205 h

### 10D.05.06    Controllable Spot Lights

Remote controllable spotlights will be provided with dual operation stations. One light will be intended for port side use from the port flybridge helm with remote operation to the inside helm. The other light will be intended for stbd side use from the stbd flybridge helm with remote operation to the inside helm.

The controllable spotlights will provide for full 360° coverage with maximum overlap possible.

- Number:              2 (or a single light)
- Circuits:            Independent
- Manufacturer:        The Carlisle & Finch Co.
- Model:               XY2EDE-RF
- Power:               2PS120; 120 VAC
- Dimensions:          386 l x 324 w x 333 h
- Weight:              12 kg
- Master control:      2 x C4-2-1
- Slave control:       2 x C4-2M-1

### 10D.05.07    Docking Lights

Lighting will be provided in the aft upper deck for night operations with the tender and docking. Lighting will be flush mounted to the hull using welded aluminum inserts as per the drawings.

- Number:              2
- Circuits:            1
- Manufacturer:        Underwater Lights
- Model:               PAR 36 Adjustable Flood Light
- Rated:               IP 68
- Power:               150 watt; 120/60; metal halide remote dimmable
- Reflector:           99 mm dia; 45° angle
- Glass:               15 mm
- Dimensions:          244 w x 133 d x 205 h
- Weight:              3 kg

## 100.05.08 *Underwater Lights*

Underwater lights will be provided, both for safety and visual effect. The lighting will be welded in fixtures below the waterline with the following circuits:

| | |
|---|---|
| Circuits: | 8 lights inboard hulls between 0000 and 8000<br>16 lights outboard hulls between 0800 and 18000<br>2 lights inboard at 34000 (anchoring)<br>2 lights inboard at 38000 (anchoring) |

- Number: 36
- Circuits: 4
- Manufacturer: Underwater Lights
- Model: G006-230 (models vary for projection angles
- Rated: Type approval for underwater use
- Power: 150 watt; 120/60
- Reflector: TBD
- Dimensions: TBD
- Weight: 2.5 kg lamp fixture
  2 kg ballast

## 100.06 *EMERGENCY LIGHTING*

Emergency lighting will meet the requirements of Rules. The Builder will work with the Administration for the required safety lighting. Note that we have specified safety lights on the interior light lists. The exact number and type are to be confirmed by the Builder.

Alleyways, internal and external stairways and exits giving access to and including the muster and embarkation stations shall be adequately lighted.

Additionally, each cabin and enclosed occupied space will be provided with one floor light.

Adequate lighting is to be provided in the vicinity of survival craft and the 'overside' area in way of the launching position(s). The lighting shall be supplied from the emergency source of power.

GEMINI Project Contract Specifications                Van Peteghem & Lauriot Prévost Naval Architects

## 10E       CATHODIC & LIGHTNING PROTECTION

### 10E.01       Cathodic Protection

An active or impressed current cathodic protection system by Cathelco Ltd will be provided. The hull monitors and system alarms will be displayed on the vessel monitoring system. The Builder will install the system in accordance with the suppliers' requirements.

In addition, a Sea Water Pipework antifouling system will be provided by Cathelco Ltd.

Please refer to the attached quotation and supplied drawings by Cathelco, Ltd.

### 10E.02       Lightning Protection

A lightning protection system is presently under consultation. Final design is to be determined.

## 11    ELECTRONIC SYSTEMS

The vessel will be outfitted with electronics that are state of the art at the time of construction. The navigation and communication equipment are to be compliant with SOLAS and Global Maritime Distress & Safety System (GMDSS) for A3 service and other requirements as applicable.

The electronic systems will be Owner supplied, provided by Larry Smith Electronics, (LSE) Riviera Beach, FL. The Builder will coordinate engineering requirements for the electronics systems and provide support for the installation of the electronic systems as required by LSE.

This is a preliminary specification is subject to final engineering, revisions and updates in technology.

A provisional list of equipment follows for planning purposes. As contractual arrangements for both the Builder and LSE are pending, the Builder will provide a provisional budget inclusive of all support to be provided as follows:

### 11.01    Electronics System Support

The Builder will provide the following work for the electronic systems:

*   Running all cables in accordance to schematics provided by LSE.
*   Manufacture suitable housings and control positions, as well as the cutting, drilling and tapping of surfaces to mount electronic equipment.
*   Supply suitable power requirements in accordance to wiring schematics provided by LSE.
*   Provide for the safe stowage of all delivered equipment and to provide suitable release facilities.
*   Provide air conditioning to the electronic cabinets.

### 11.02    Electronic System Power Supply

The main power supply will be 115/208/3/60 VAC powered from the main electrical panel and emergency electrical panel. The secondary power supply will be the 24 VDC battery bank. The DC power supply will integrate with the emergency lighting.

The Power supplies are to be stand alone cable runs, with a single bow to stern run in each hull, with cross-over lines and vertical run to the wheelhouse. All power users, computers, monitors, data acquisition boxes and panels will accept and require dual voltage supply.

## 11A    CONTROL, MONITOR, ALARM & SECURITY SYSTEMS

A Radio Zeeland DMP BV vessel data acquisition and safety system capable of monitoring up to 2000 data points will be provided, to be in compliance with Class Rules and MCA requirements. The Builder will budget for 850 data points. This system will monitor additional vessel functions not addressed in the navigation light safety and control panel and will include, but not be limited to the following:

*   Steering systems
*   Main engine systems including pitch control
*   Generator and electrical systems
*   Thruster operations
*   Bilge and fire pump systems
*   Fuel systems
*   Fresh water systems

- Hydraulic systems
- Pneumatic systems
- Lube oil systems
- Waste treatment systems
- Refrigeration systems
- HVAC systems
- Entry points & hatches as required
- MIMIC Panel function
- Rigging loads and sailing data (estimated 50 data points)

The data acquisition system is operated over a local area network with workstations at the salon inside helm station, fly bridge helm stations, engine rooms, Captain's cabin, and Engineer's cabin. This network is to be fully redundant and can be operated from any one of the multiple computers should there be a failure.

The fire detection and alarm system is to comply with Class requirements and MCA Part 14, Fire Protection and as specified in part (07)E.01 of this specification.

The monitor, control and alarm systems should meet Class Rules, MCA requirements and the standards of SOLAS regulations II-I/ Part E– and additional requirements for periodically unattended machinery spaces (when appropriate), so far as it is reasonable and practicable to do so.

## 11A.01 _Control & Monitor System_

Provisional Control & Monitor System Equipment List is:

## 11A.02 _Control & Monitor System_

A computer network system will be provided by LSE.

| Part | Model | Number |
|------|-------|--------|
| Radio Zeeland Brainbox 5000 Computer Network | RAD-BRAIN-5000 | 1 |
| D-Link Marine WIFI Receiver | DWL-6510 | 1 |
| Freunau Bird 2.4 Gig WIFI Antenna | FRE-2.4-ANT | 1 |
| LSE 3COM 10/100 24 Port Switch | LSE-3COM | 1 |
| Atlantic Modular & Wall Plate | MOD-PLATE-8 | 1 |

## 11A.03 _Security Systems_

Provisional Security System Equipment list provided by LSE:

| Part | Model | Number |
|------|-------|--------|
| Panasonic Outdoor Unitized PTZ Camera | PANWVCW864A | 1 |
| Panasonic UnitizedW/ProcessColor Camera | PANWVCS854B | 2 |
| Ethos Camera Housing | EX400-DC-KW | 2 |
| Panasonic VandalResistanceMultiDom Camera | PANWVCW474S | 2 |
| Panasonic WJSX150A 10x1 Matrix Switcher | PAN-WJSX150A | 1 |
| Panasonic PS Data System Controller | PANWVCU650 | 1 |
| Panasonic Hard Drive/16 Channel 320GB Interface | PANWJHD500BV | 1 |
| Altronix 8 Camera Power Supply | ALTV1224-1 | 1 |

| Crestron Professional Dual Bus Ctrl System | CRE-PRO2 | 1 |
|---|---|---|
| Crestron Single Port 10/100 Control Card | CRE-C2ENET-1 | 1 |
| Crestron 16 Button Custom Panel Interface | CRE-CNPI-16 | 2 |
| Crestron Touchpanel Control System | CRE-TPS-4500Xi.V2 | 3 |
| Crestron Back Box | BB-3000 | 2 |
| Crestron TPS-VID-1 PCH Card | CRE-TPS-VID1 | 2 |
| Crestron Isys 6.4" Touchpanel | CRE-TPS-3000L | 2 |
| Crestron BB-3000L Back Box | BB-3000L | 2 |
| Crestron ColorTouch Wall Mounted TouchPanel | CRE-CT1000 | 2 |
| Crestron Back Box CTLC1000 Wall Mount | BB-1000L | 1 |
| Crestron Connecting Block | CRE-CNTBLOCK | 1 |
| Crestron CNPWS-75 Power Supply | CRE-CNPWS-75 | 1 |

| **ENTRY/EXIT CONTROL** | | |
|---|---|---|
| | | |
| Weigand USB Converter | WIE-OEM-WS1USB-V2 | 2 |
| ProxPoint Plus RDR-6005B Reader | PRO-RDR-6005B | 2 |
| ProxKey II BDG-1346 Card | PRO-BDG-1346 | 20 |

| **PAGING SYSTEM** | | |
|---|---|---|
| | | |
| Visiplex VS40 2W Digital Transmitter | VIS-VS40 | 2 |
| Visiplex Alphanumeric Pager | VIS-VP-2 | 10 |

| **DECK SENSORS/DOOR CONTACTS** | | |
|---|---|---|
| | | |
| Sure Action SU-111 Zone Processor | SUR-SU-111 | 12 |
| Sure Action SU-ENHP Stress Sensor | SUR-SU-ENHP | 48 |
| Altronix 8 Camera Power Supply | ALTV1224-1 | 1 |
| Door Contact Security | GRI-20RFTWH    GRI-20RPT | 16 |

| Part | Model | No: |
|---|---|---|
| **THERMAL IMAGING CAMERA** | | |
| Night Vision NightNav 3000i Camera | NVT-NN3000I | 1 |

## 11.A.03.03    Security Safes

The Builder will supply and install the following safes. Final locations within the interior design are to be determined. As follows:

Note: Electronic safes to have key over-ride.

- Owner's suite:                 1 laptop sized digital code
- VIP:                          1 laptop sized digital code
- Each Guest cabin:              1 'hotel' size digital code (5 total)
- Captain's cabin:               1 laptop sized digital code
- For each crew:                 1 'hotel' size digital code (6 total)
- Salon Ship Safes:              1 combination safe
                                 1 digital safe

GEMINI Project Contract Specifications          Van Peteghem & Lauriot Prévost Naval Architects

## 11.A.04          Fire Detection and Alarm System

The Builder will coordinate the installation of the fire detection and alarm system sensors with the control and monitoring system.

## 11B          NAVIGATION AND COMMUNICATION SYSTEMS

A provisional list of equipment follows for planning purposes. As contractual arrangements for both the Builder and LSB are pending, the Builder will provide a provisional budget inclusive of all support to be provided as follows:

## 11B.01          Sailing Instruments

SPEED/DEPTH/WIND): to be 12 VDC from voltage converter:

| Part | Model | Nu: |
|------|-------|-----|
| B & G Hydra 2000 Cruise Pack | BG-HY-SYST-1 | 2 |
| B & G Type 213 W/80' Cbl, J-Box Masthead Unit | BGH030000 | 2 |
| B & G 36M Mast Vertical MHU Cable | BGH030006 | 2 |
| B & G HY 2000 Full Function Display | BG-HY-FFD-PK | 3 |
| B & G 360 Deg Wind Angle Display | BG2154401016 | 3 |
| B & G HY2020 Red Display Pack W/Switch | BG-HY2020RED/S | 4 |
| B & G Air Temperature Sensor | BG-224-00-066 | 1 |
| B & G Barometric Pressure Sensor | BG690000007 | 1 |
| B & G Sea Temperature Probe Sensor | BG-224-00-065 | 1 |
| B & G Bronze FlushMt Depth Transducer | SEN-DPT-HMF | 2 |
| B & G Bronze FlushMt Speed Transducer | SEN-SPD-HMF | 1 |
| LSB Remote Transducer Switch | LSE-XDCRSWITCH | 1 |

## 11B.01.02          Radar and Navigation Equipment

| Part | Model | No. |
|------|-------|-----|
| RADAR | | |
| Furuno 2127 Black Box W/4' Array Radar | FUR-FAR2127BB/4 | 2 |
| Furuno Gyro Interface Board | GC-10 | 2 |
| Furuno 21x7 Radar Remote Trackball Control | RCU010 | 4 |
| | | |
| Chartplotter | | |
| Radix Zeeland Brainbox 5000 | RZDQ1639/24 | 1 |
| Transas NS3000 ECS Chartplotting Software | TRA-NS3000 | 1 |
| Transas World Collection Color Vector | TRA-3000 | 1 |
| Transas AIS NS3000 Transponder Interface | TR-N-SW0-18 | 1 |
| Transas Radar Integration Board | TR-N-RWQ-01 | 1 |
| Valhalla Flexible Grey Waterproof Keyboard | VEI-FWK | 1 |
| Valhalla 100' Wireless USB Blk Keyboard | VEI-WRFKYBD | 1 |
| Valhalla 100' Wireless RF Mouse | VEI-WRFM | 1 |
| DJS Cat 5 Strnd/Shielded Cable | | 100' |
| Valhalla Kvm CAT5 Extender | KVM-EXT | 1 |
| | | |
| GPS | | |
| Leica MX420-8 8 port DGPS | LEIMX420/8B | 2 |
| Shakespeare 4" High 1"-14 Thrd SS Mount | SH-4365 | 2 |

GEMINI Project Contract Specifications                    Van Peteghem & Lauriot Prévost Naval Architects

| AIS | | |
|---|---|---|
| Leica MX535 AIS+DGPS W/Navigation System | LEI-MX535/NAV | 1 |
| Leica AIS Software License | LEI-70460 | 1 |
| Shakespeare 4" High 1"-14 Thrd SS Mount | SH-4365 | 1 |
| | | |
| **Monitors** | | |
| Valhalla 15" 1500nit VGA Sunlite Monitor | VER-15/1500 | 4 |
| Valhalla 18" 650nit Daylight VGA Monitor | VEI-18/650 | 3 |
| LSE Custom Vga Switching System | LSE-1825 | 1 |
| | | |
| **SONAR** | | |
| Simrad SL30 Black Box Dual Pod Sonar | SIM-SL30D | 1 |
| Simrad 30M SL30 Cable | 4360137000D | tbd |

### 11B.01.03    Autopilot and Gyro Compass System

| Part | Model | No: |
|---|---|---|
| **GYROCOMPASS** | | |
| Anschutz Standard 22 G/GM Gyrocompass | ANSMBST2213 | 1 |
| Anschutz Analog Steering Repeater | ANSMBST2020 | 2 or 3 |
| | | |
| **AUTOPILOT** | | |
| Anschutz PilotsturD Digital Autopilot | ANSMBST1930 | 1 |
| Anschutz PilotsturD Second Stat Autopilot | ANSMBST1954 | 1 |
| Anschutz Rudder Angle IP23 Indicator | ANSMBST1627 | 1 |
| Anschutz Rudder Angle Indicator Amplifier | ANSMBST1652 | 1 |
| Anschutz Follow Up W/Take Over Tiller | ANSMBST1957 | 1 |
| Anschutz 2 Pos Change Over Switch | ANS4900912B | 1 |
| Anschutz Change Over Relay | ANS4900910 | 1 |
| Anschutz Override Tiller System | ANSMBST2001 | 1 |
| Anschutz Follow Up W/Take Over Tiller | ANSMBST1957 | 2 |
| Anschutz Rudder Angle IP66 Indicator | ANSMBST1649 | 2 |
| Anschutz IP56B RAI/ROT Dimmer | ANSMBST1119 | 2 |

### 11B.01.04    Compasses

| Part | Model | No: |
|---|---|---|
| Simrad Magnetic Compass | Apc-135 6" | 1 |

### 11B.02    COMMUNICATIONS

| Part | Model | No: |
|---|---|---|
| **GMDSS A3** | | |
| Furuno GMDSS Console System | FUR-RC1815 | 1 |
| Furuno VHF Remote Control Unit | FUR-RB760 | 1 |
| Furuno RR700 Connector Kit | 000138998 | 1 |
| Furuno FAX5 Active Antenna Coupler | FUR-FAX5 | 1 |
| Comrod 8' 6db VHF Antenna | AV60PB | 4 |
| Procom Flange 1" Deck Antenna Mount | PLG | 4 |

GEMINI Project Contract Specifications                Van Peteghem & Lauriot Prévost Naval Architects

| Comrod 23' 2 Piece SSB Antenna | AT731S23-2 | 2 |
| Shakespeare Swivel kit 81-S Mnt & 408 Upr Antenna Mounts | SH-410 | 2 |
| Furuno Felcom15 SSAS Upgrade | SSAS/F15 | 1 |
| | | |
| **VHF** | | |
| Standard Quantum Black DSC/VHF Radio | STA-GX2360S | 3 |
| Comrod 8' 6db VHF Antenna | AV60P8 | 2 |
| Procom Flange 1" Deck Antenna Mount | FLG | 2 |
| | | |
| **HANDHELD VHF'S** | | |
| Standard HX460S Black 5W H/H VHF | STA-HX460SB | 6 |
| Manufact MasterCharger 6 Gang Charger | MC6/HX460S | 1 |
| Icom 2WCMDSS Submersible HH VHF | ICD-GM1S00 | 2 |
| | | |
| **NAVTEX** | | |
| Furuno NX500 GMDSS IMO Navtex Receiver | FUR-NX500 | 1 |
| Furuno NX5 Active Antenna Coupler | FUR-NX5 | 1 |
| Furuno NX500 External Data Connector | 004511790 | 1 |
| Comrod Whip Antenna | AR88-10SM | 1 |
| Shakespeare 4' High 1"-14 Thrd SS Mount | SH-4365 | 1 |
| | | |
| **SATCOM** | | |
| Nera Fleet 77 Inmarsat B System | NER-F77 | 1 |
| Nera Terminal Adapter | NER-TA | 3 |
| Valhalla ISDN Fleet 55/77 Modem | VHI-ISDN/M | 1 |
| Nera F33 Satellite Communications System | NER-F33 | 1 |
| Nera F33 Terminal Adapter Kit | NER-WC-TA | 1 |
| | | |
| **G.P.I.R.B.** | | |
| Nor.Airborne S1520 SatFind 406MHz GPIRB | NAT-S1520 | 1 |
| | | |
| **S.A.R.T.** | | |
| Nor.Airborne 9GHz Portable GMDSS SART | NAT-9420 | 1 |
| | | |
| **SATELLITE TELEVISION** | | |
| Orbit AL7203 80CM SatelliteTV Antenna | ORB-AL7203 | 1 |
| Orbit American DBS LNBF Kit | 18-6438-4-1 | |
| Orbit European Kit | EURO-KIT | |
| Orbit Remote Control Via Modem Kit | ORB-RCVM | |

**11B.03        Telephone System**

| Part | Model | No: |
|---|---|---|
| **TELEPHONE SYSTEM** | | |
| Panasonic KXTDA200 Hybrid/IP [x1]2 BasicPBX System | PAN-KXTDA200 | 1 |
| Panasonic L Type Power Supply | KXTDA0103 | 1 |
| Panasonic 16 Port Analogue Line Card | KXTDA0181 | 1 |
| Panasonic Option Card | KXTDA0190 | 1 |
| Panasonic Remote Maintenance Card | KXTDA0196 | 1 |
| Panasonic 8-Port Digital Hybrid Line Card | KXTDA0170 | 1 |
| Panasonic 4-Port Door Phone Card | KXTDA0161 | 1 |

| Panasonic 4 Port IP Card | KXTDA0484 | 1 |
|---|---|---|
| Panasonic KXT7453DigDisp24ButnBl Spkr Phone | PANKXT7453B | 5 |
| Panasonic KXT7425Dig 24ButtonBlk Spkr Phone | PANKXT7425B | 9 |
| Panasonic 900mhzMultiLineCordless Telephone | PAN-KXT7885 | 2 |
| Okidata Microline 184T Serial Impact Printer | OKI-ML184T-S | 1 |
| UPS | DTSU700NET  DT SU700NET 700V/450W | 1 |
| | | |
| **CELLULAR TELEPHONE** | | |
| Telular SX5e GSM 850/1900 Cellular phone | TEL-SX5EGMSVIFPC | 1 |
| Comrod UHF/GSM Multi frequency Antenna | AC(5P | 1 |
| Procom Flange 1" Deck Antenna Mount | FLG | 1 |
| | | |
| **ENGINE ROOM PHONE** | | |
| LSE Cordless E/R Phone W/Headset | LSE-CERPS | 2 |
| Aurisco SRN Blue Strobe Light | ASSTX515SL1B | 2 |
| High Output Loud Ringer | 196-0    Altel | 2 |

## II.C        ENTERTAINMENT SYSTEMS

A provisional list of entertainment equipment is as follows:

### II.C.01        Main AV Distribution System

| Part | Model | No: |
|---|---|---|
| Kaleidescape Base System | KAL-KBASESYS | 1 |
| Kaleidescape (Set For Region 6) DVD Reader | KAL-KREADER-2000 | 1 |
| Kaleidescape Movie Player | KAL-KPLAYER-2000 | 7 |
| Direct TV HD Tuner | DIR-HD | 3 |
| Extron DA6 YUV A Distribution Amp | 60-494-01 | 3 |
| Extron Composite A/V Distribution Amp | 60-692-31 | 3 |
| Audio Request F Series 200 Pro 3 Zone Music Server | AUD-FSERIES-200 | 2 |
| Extron MDA SA RCA Distribution Amp | 60-441-01 | 2 |
| Crestron Video Sensor Module Multiswitch | CRE-STVS | 3 |
| Middle Atlantic Rack Allowance | MID-RACK-8 | |
| Speaker Craft CRS 8 Two Speaker Pair | SPK-ASA88820 | 2 |
| MB Quart 6.5" Marine Speaker Pair | MBQ-NKD116 | 2 |
| Crestron ColorTouch Wall Mounted TouchPanel | CRE-CT1000 | |
| Crestron Back Box CT1.C1000 Wall Mount | BB-1000L | |
| Crestron 1-Way Remote RF Receiver | CRE-CNRFGWA | |
| Crestron Waterproof Handheld Remote | CRE-WPR-48 | |

### II.C.02        Flybridge Systems

| Part | Model | No: |
|---|---|---|
| Clarion AM/FM/CD/ Controller | CLA-XMD3-RET | 1 |
| Clarion Waterproof Control W/24' Cable | M301RC-RET | 1 |
| Clarion 24' Extension Cable | M301RXC-RET | 1 |
| MB Quart 6.5" Marine Speaker Pair | MBQ-NKD116 | 4 |

| MB Quart 10" Marine Subwoofer | NWD254 | 2 |
| Clarion 320W 4/3/2-Channel Power Amplifier | CLA-APX480M | 3 |
| Crestron ColorTouch Wall Mounted TouchPanel | CRE-CT1000 | 1 |
| Crestron Back Box CTA C1000 Wall Mount | BB-1000L | 1 |

## 11C.03    Main Salon Systems

| Part | Model | No: |
| Speaker Craft CRS 8 Two Speaker Pair | SPE-ASM86R20 | 2 |
| B&K Stereo Amplifier | BK-ST125.2 | 1 |
| Crestron 2-Way Wireless Touchpanel | CRE-STX-1700C | 1 |
| Crestron Cresnet Volume Control Module | CRE-C2N-VEQ4 | 1 |

## 11C.04    TV Room Systems

| Part | Model | No: |
| NEC 61" Plasma Display | NEC-PX-61XR3A | |
| NEC Wall Mount Bracket | FWMK | |
| Sony DVP-NS575 DVD Player | SON-DVP-NS575 | |
| B&K Audio/Video Receiver | BK-AVR505 | |
| B&K 12-Channel Power Amplifier | BK-AV1260 | |
| B&K 6-Channel Power Amplifier | BK-AV2600 | |
| Speaker Craft AIM8 Five Individual Speaker | SPE-ASM93875-1 | 5 |
| M&K Sound 8" White Subwoofer | MKS-MX700 | |
| Crestron 2-Way Wireless Touchpanel | CRE-STX-1700C | |
| Crestron Professional Dual Bus Cntl System | CRE-PRO2 | |
| Crestron Single Port 10/100 Control Card | CRE-C2ENET-1 | |
| Crestron Cresnet Volume Control Module | CRE-C2N-VEQ4 | |
| Crestron Connecting Block | CRE-CNTBLOCK | |
| Crestron CNPWS-75 Power Supply | CRE-CNPWS-75 | |
| Crestron Bi-Directional RF Gateway | CRE-STRFGWX | |
| Crestron 3 Port RS-232/422/485 Control Card | CRE-C2COM-3 | 2 |
| Linksys 8-Port 10/100 Ethernet Hub | LIN-169898 | |
| LSE Interconnect Package | LSE-ICP-S | |

## 11C.05    Owner & VIPSuite Systems

The owner suite and VIP suite will each have identical systems as follow:

| Part | Model | No each: |
| NEC 42" Plasma Display | NEC-PX-42XM2AJS | 1 |
| NEC Wall Mount Bracket | FWMK | 1 |
| Samsung SV-7000W Worldwide Multi-System Converter VCR | SAM-SV7000W | 1 |
| B&K Audio/Video Receiver | BK-AVR505 | 1 |
| Speaker Craft AIM 8 Two Individual Speaker | SPE-ASM93872-1 | 5 |
| M&K Sound K9 Powered Subwoofer | MKS-K9 | |
| Crestron 2-Way Wireless Touchpanel | CRE-STX-1700C | |
| Crestron Bi-Directional RF Gateway | CRE-STRFGWX | |
| Crestron MP2E Control Processor | CRE-MP2E | |
| LSE Interconnect Package | LSE-ICP-H | |

| FORWARD SUNDECK | | |
|---|---|---|
| MB Quart 6.5" Marine Speaker Pair | MBQ-NKD116 | 2 |
| Crestron 6-Button Decorator Keypad | CRE-C2N-DB6W | 1 |

## 11C.06    Guest Cabins Systems

The three (3) guest cabins will each have identical systems as follows:

| Part | Model | No: |
|---|---|---|
| NEC-Mitsubishi 30" LCD Display | NEC-LCD3000-BK | 1 |
| Premier CTM-VESA Wall Bracket | PRE-CTM-VESA | 1 |
| Samsung 100-240V 50/60 Hz SV5000W VCR | SAM-SV5000W | 1 |
| Extron SW 4AV Video Switcher | 60-464-21 | 1 |
| JVC Code Free Home Theater | JVC-DS-TP582 | 1 |
| Speaker Craft CRS One In-Ceiling Speaker Pair | SPE-ASM86610 | 1 |
| Crestron Bi-Directional RF Gateway | CRE-STRFGWX | 1 |
| Crestron MP2E Control Processor | CRE-MP2E | 1 |
| LSE Interconnect Package | LSE-ICP-B | 1 |
| | | |
| *Note: Optional Crestron STX-1700C 2-Way Wireless Touchpanel | | |

## 11C.07    Galley Systems

| Part | Model | No: |
|---|---|---|
| LG 23" LCD Display | LG-L2323T | 1 |
| Premier Mounts Flat Wall Mount | PRE-PRF | 1 |
| Samsung SV-5000W Worldwide Multi-System Converter VCR | SAM-SV5000W | 1 |
| Speaker Craft CRS Two Speaker Pair | SPE-ASM86620 | 2 |
| Kramer 903 Mini-Amplifier | KRA-903 | 1 |

## 11C.08    Crew Mess Systems

| Part | Model | No: |
|---|---|---|
| NEC-Mitsubishi 30" LCD Display | NEC-LCD3000-BK | 1 |
| Premier CTM-VESA Wall Bracket | PRE-CTM-VESA | 1 |
| Samsung 100-240V 50/60 Hz SV5000W VCR | SAM-SV5000W | 1 |
| Extron SW 4AV Video Switcher | 60-464-21 | 1 |
| JVC Code Free Home Theater | JVC-DS-TP582 | 1 |
| Speaker Craft CRS One In-Ceiling Speaker Pair | SPE-ASM86610 | 1 |
| Crestron 2-Way Wireless Touchpanel | CRE-STX-1700C | 1 |
| Crestron Bi-Directional RF Gateway | CRE-STRFGWX | 1 |
| Crestron MP2E Control Processor | CRE-MP2E | 1 |
| LSE Interconnect Package | LSE-ICP-B | 1 |

### 11C.09      Captain's Stateroom Systems

| Part | Model | No: |
|------|-------|-----|
| NEC-Mitsubishi 30" LCD Display | NEC-LCD3000-BK | |
| Premier CTM-VESA Wall Bracket | PRE-CTM-VESA | |
| Extron SW 4AV Video Switcher | 60-484-21 | |
| Samsung SV-5000W Worldwide Multi-System Converter VCR | SAM-SV5000W | |
| JVC Code Free Home Theater | JVC-DS-TPS82 | |
| Speaker Craft CRS One In-Ceiling Speaker Pair | SPE-ASM86610 | |
| Crestron 2-Way Wireless Touchpanel | CXE-STX-1700C | |
| Crestron Bi-Directional RF Gateway | CRE-STRFGWX | |
| Crestron MP2E Control Processor | CRE-MP2E | |
| LSB Interconnect Package | LSE-ICP-B | |

### 11C.10      Crew Cabin Systems

The three (3) crew cabins will each have identical systems as follow:

| Part | Model | No: |
|------|-------|-----|
| Panasonic High-Power CD Player/Receiver w/Aux Input | PAN-CQ-C5310U | |
| Speaker Craft 6.1 DT Individual Speaker | SPE-ASM96410-I | |
| LSE Cables & Hardware | LSE-CH-I | |
| LSE Satellite Distribution System | LSE-SDS-F | |
| LSE CATV & FM Distribution System | LSE-CATV-B | |

## 12    Interior Concepts

Refer to the General Arrangement drawings by the Architects and Interior Designer for the interior arrangements. The clients design team has provided renderings and descriptions for the concept.

Michael Leach Designs will be providing the design and specifications for the interior. Their work will be submitted under separate cover by the Owner.

## 12.01    General Notes

It is the intention that the interior arrangement for this sailing yacht, as illustrated in the general arrangement plan, will be fitted out in top quality yacht standards. The level of complexity is shown in attached renderings.

No space shall be left unused. Where reasonably possible, the Builder shall make all 'dead' spaces suitable to be used for lockers and storage areas by lining out and providing access for use.

All interior components, finishing and decorative materials and similar items, shall be in accordance with MCA requirements.

Special attention shall be given for protection and covering of all completed, finished or unfinished surfaces during construction.

All surfaces, which may be exposed during use, such as the insides of lockers, drawers, cabinets, etc., shall match the surrounding joinery work unless otherwise stated.

All wood joints, as in drawers, are to be dadoed, dovetailed or rabbeted, and glued in accordance with the best marine practice or as specified by the interior designer.

The Builder is responsible for providing proper stowage for all Owner supplied equipment as noted in part 16.02

## 12.02    Mock-Ups & Samples

Mock-ups will be specified by the interior designer and owner's representative.

## 12.03    General Notes

## 12.03.01    Paint Work & Protective Coatings

All paint work and protective coatings are to be suitable for the marine environment.

Colors, stains and gloss, satin or matt finishes will be selected by the Owner or his designated representatives.

All woods are to have a protective coating applied. This includes all sides and edges whether exposed or hidden.

## 12.03.03    Bulkheads

The bulkheads and paneling will be constructed of a lightweight cored panel mounted on isolated supports as indicated in the noise and vibration drawing package. The Builder will

GEMINI Project Contract Specifications    Van Peteghem & Lauriot Prévost Naval Architects

assure required strength for the panel area with consideration for mounting speakers, video screens and other heavy objects.

Finish wood applications will be with veneer application over light weight panels as determined by the Architect and noise/vibration consultant.

### 12.03.03    Ceilings

As per the Owner's interior designers specifications.

### 12.03.04    Floors

As per the Owner's interior designers specifications with the following considerations:

*   All floors will be floating and are to have removable sections where machinery or system components require access. The Builder will propose a hatch system to be approved by the Owner's Representative.

*   The floors in the sthd hull(crew side) will be radiused to the kick board for easy cleaning. Drains to the gray water system, with P-traps, will be provided in the galley and laundry floor.

### 12.03.04.01    Floor and Bulkhead Timber

Planking for floors and bulkheads will be relatively clear of knots. Plank butts will be staggered in a random pattern and lengths will be maximized.

Seams for floors and bulkheads, whether butted and beveled or grooved, is to be determined.

The Builder will prepare a 1 meter x 4 meter sample of finished flooring for approval by the Owner's Representatives and interior designer.

### 12.03.05    Interior Doors

As per the Owner's interior designers specifications.

Toilet rooms to be undercut approximately 12 mm for ventilation.

All interior doors to have non-rattling door catch hooks.

The fire class rating for each door is contained on the Fire Insulation plan.

### 12.03.05.01    Door Hardware

As per the Owner's interior designers specifications.

### 12.03.05.02    Door Lock Sets

Numerous doors for the interior will be provided with lock sets. The total number and type are to be determined as per the Owner's interior designers specifications.

Note:
1.   Some exterior doors and some interior doors may have remote control locks and sensors operating in conjunction with the security system.

### 12.03.06    Plumbing Fixtures

GEMINI Project Contract Specifications                Van Peteghem & Lauriot Prévost Naval Architects

The plumbing fixtures are to be as per the Owner's interior designers specifications.

### 12.04      AREA DESCRIPTIONS

The interior area descriptions are as per the Owner's interior designers specifications.

### 12.05      ENGINE ROOMS AND TECHNICAL SPACE DETAILS

The execution of the engine rooms and technical space, including lazarettes, details will be showpiece finish. All equipment will be installed to provide easy access for maintenance, service and repair. If necessary, any maintenance will be made removable for service and repair access.

The main engines will be ordered as "Detailed" engine, having a high gloss paint, chrome and polished stainless steel accessories. The remainder of the equipment and compartment details will be highly detailed finishes with gloss painted finishes and bead blasted, polished or plated metals.

The lazarettes and tender compartments will be finished to a high level of detail. In these 3 areas, hydraulic and other tubing and fittings will be polished stainless steels where visible. The Builder, in coordination with the Owner's Representative, will provide organized storage shelves, lockers or drawers where possible.

Other details to include:

### 12.05.01 HEAVY MAINTENANCE ACCESS

**STRONG-POINT ATTACHMENTS WILL BE PROVIDED IN THE ENGINE ROOM DECKHEAD FOR HOISTS OF HEAVY EQUIPMENT, BEFORE THE ENGINE ROOM SOUND AND THERMAL INSULATION IS INSTALLED. LABELED ACCESS COVERS FOR THESE STRONG POINTS WILL THEN BE INSTALLED IN THE SOUND AND THERMAL INSULATION.**

There must also be sufficient space between the engine mounts and bilge framing, to remove the main engine and generator oil pans, for access to the crankshafts.

### 12.05.02      Engine Room & Bilge Framing

All intersections of the engine room transverse and longitudinal framing will be provided with limber holes, to allow for drainage of bilge water. These limber holes should be provided in the framing from the keel, to 500 mm above the waterline.

### 12.05.03      Engine Room Deck Grating

The engine room deck grating will be anodized aluminum plate, with a diamond pattern. These plates should be fastened to the deck grate framing with quick acting fasteners. The fasteners are to be the ¼ turn, aircraft Dzus (pronounced Zeus) fastener. A rubber, insulating tape should be applied to the bottom of the grates, where it contacts the deck grate framing to prevent metal-to-metal contact between the grate and frames.

The deck grate support framing should be of aluminum, and of sufficient cross section to support the deck grates. The perimeter framing for the deck grates will be the same color as the

deck grates. [Note: This is to prevent paint from being chipped off these frames when the grates are removed for repair/inspection.]

### 12.05.04    Engine Room Guards & Railings

Guardrails should be positioned around all operating equipment. These railings will be mounted to the deck grate framing with quick acting fasteners, to provide easy removal during repairs.

Guards should be placed around all exposed rotating items such as belts, pulleys and couplings.

These guards and railings should be of a high quality material such as high polished stainless steel. In the interest of weight, they can also be constructed of anodized aluminum. Composites of carbon fiber/Kevlar are also acceptable materials.

The railing system above each main engine will incorporate a work bench with tool storage. Final design is to be coordinated with the Owner's Representative.

### 12.05.05    Drip Trays & Save-alls

Drip trays should be installed, under the main engines, and generators. These should be of a high quality material, but not high polished stainless steel – as they are difficult to clean. Bead blasted stainless, or anodized aluminum is recommended for this application. A composite material can also be used. Cleaning of the drip trays will be accomplished using a small hose attached to the oily water separator.

All pumps will be mounted on a save-all tray, with at least a 25 mm lip. These trays should have drain holes and plugs. These trays can be of bead blasted stainless, anodized aluminum, or composite.

### 12.05.06    Engine Room Piping Finish

All stainless steel piping in the engine room is to be installed with a bead blasted finish.

Steel, alloy, and bronze and copper alloy piping will be painted, with a high-gloss, two-part polyurethane paint system. All welds on this piping will be ground flush, filled and faired, before painting. Piping should protrude from threaded fittings, at least 2 threads, but no more that 3 threads.

Gaskets should be the same diameter as the flange they are installed on, and shall not protrude past the circumference of the flange.

Piping brackets and supports should be of a high quality material, but not high polished stainless, as they are very difficult to polish. Bead blasted stainless, or painted aluminum is more suitable. Piping will be insulated from brackets so as to minimize vibration to the hull or mounting structure.

### 12.07    Fasteners

All fasteners for technical equipment and their mounting will be stainless steel. Fasteners include nuts, bolts, washers and lock washers, and cap screws, machine screws and Allen head bolts. Some equipment (such as high-pressure air compressors) are supplied with heat treated, aluminum alloy fasteners. These fasteners must be anodized.

GEMINI Project Contract Specifications                Van Peteghem & Lauriot Prévost Naval Architects

## 12.08    Lighting

There must be good lighting in all technical spaces. All lighting installed in the engine room should be enclosed in splash proof fixtures. Lighting in the bilges should be in waterproof fixtures. Extra lighting should be provided at workbenches, and over the main switchboard.

This lighting will be fluorescent lighting above the deck, and incandescent lighting for the bilges. It is important to avoid a mixture of many different styles/sizes of bulbs, as storage of spare bulbs is sometimes difficult.

## 12.09    Manholes & Hatches

Within the engine room and technical spaces, the access hatches to all tanks will be fastened with highly polished stainless steel bolts, or with a single bolt dog. The studs for these bolts should protrude through the bolt by at least 2 threads, but no more than 3 threads. The manhole covers will be provided with handles, for easy removal, and they will be labeled, in regards to which tank they service.

## 12.10    Labels

All equipment should be identified with a label that is securely fastened to the equipment, or near the equipment. All junction boxes, switchboards and circuit breakers will also be labeled. These labels can be engraved, polished stainless steel, or engraved thermo-plastic. The specifications already detail that all piping is to be labeled and color-coded. SOLAS regulations for label and color-coding will be followed.

## 12.11    Paint

The engine room and technical spaces should be finished with a high quality, high gloss, two-part polyurethane paint system. This includes the bilges and bilge frames. For ease of maintenance/inspection/repair the paint color should be white or as determined by the owner's representative.

There shall be no sharp edges on the bilge framing, and all welds should be ground flush.

All the mechanical equipment will be painted with the same high gloss finish. Hoses and electrical wiring will not be painted.

Toolboxes and shelving should also be painted with the same high gloss finish.

## 12.12    Thermal & Sound Insulation

The engine room will be isolated from the accommodation with thermal and sound insulation. In addition to the Silent Line specification:

Some engine room piping requires thermal insulation, for efficient operation. This piping includes:

*   HVAC chilled water
*   Domestic fresh water (hot and cold)

The specified insulation for both these systems is 20 or 22 mm Armaflex pipe insulation. All seams in this insulation should be glued, and then these seams should be covered with a glued strip of Armaflex insulation. No self-adhesive tapes are to be used.

All bends of greater than 25 degrees are to be mitered and glued. All insulated piping that is located in the bilges should be painted with Armaflex, Armafinish RN. Note that other paint systems will damage the insulation.

- All HVAC chilled water piping will be insulated, to avoid excessive condensation.
- All domestic fresh, hot water piping will be insulated, to avoid excessive thermal loss.
- Hot water and HVAC chilled water piping should be insulated for the entire piping runs.
- The domestic fresh, cold-water piping is to be insulated in the engine room compartment, only.

## 13.13.14    Piping Architecture

The piping runs through out the vessel must be designed and installed in a carefully organized manner. Piping runs in bilges and along bulkheads should be stacked vertically, and never horizontally. The design of the piping runs is to be finalized and approved by the Owner's Representative before the installation begins.

GEMINI Project Contract Specifications                    Van Peteghem & Lauriot Prévost Naval Architects

## 13.    EXTERIOR CONCEPTS

The exterior concept of the yacht is to be a low profile hull with long curving profiles to complement the raked rig. The superstructure is unique, providing dramatic style to the exterior. 180° windows will provide natural light to the salon.

Hull portlights will be flush mounted. The paint surfaces are to be a high gloss finish, highlighted with highly polished stainless steel railings and deck fittings.

### 13.01    Decking System

The teak decks are to be 12 mm and suitable for a yacht of this magnitude. The primary intent is to minimize weight of the decking system, but also not to sacrifice the visible appearance and durability of the system. A planking styling plan will be supplied by the design team. The Builder or sub-contractor may propose alternatives styles (patterns) for consideration. The following conditions will apply to the decking system:

- The planking will be a minimum of 63.5 mm (2.5") wide and will be of a natural finish with black caulking.
- Butt end joints are to be staggered and consistent between port and stbd sides.
- Margin boards are to be 75 mm (3") wide.
- Hatch and hardware boardess are to be 75 mm wide
- Decking will be rubbed into the margin boards where necessary
- The transition under kick spaces is to be a radiused to a higher level than the planking

The teak decking will not come up to the walls or edges but gutter drainage will be provided; locations and details to be determined on a drawing from the architects.

### 13.01.01    Decking System Areas

The decks have the following wooden areas:

- Flybridge deck:           92 m²
- Forward terrace;          26 m²
- Aft stairs;               30 m²
- Main deck;                126 m²
- Toud area;                274 m²

### 13.02    Flybridge

Sailing helms and operation of the vessel's sailing systems are located on the flybridge. Pod and stbd helms will be equipped to monitor and control the vessel under sail and power. The helms will also be the main maneuvering stations.

The helm consoles will be a low profile with vertical face for mounting of conrol screens and monitors. The flat section will have sailing and maneuvering controls. There will be a center mounted gyro repeater. A detailed plan will be provided by Architects.

The upper deck will also be used for entertaining and relaxation. Access from the main deck will be up a port side stairway. It will be enclosed by a closed bulwark, which tapers aft to a low profile.

### 13.03    Forward Deck

The forward deck provides a private exterior lounge area for the owner and VIP cabins. Between the hulls, extending to the forward beam, is a web decking providing sail handling area. Just forward of the nacelle, the mooring equipment is covered with a deck that forms a terrace for the owner's suite.

### 13.04    Side Decks

The deck is arranged with flush cabin hatches and deck lockers for fuel fills, as described in " T05_deck_hatches_and_lockers" drawing

### 13.05    Aft Main Deck

The aft main deck is arranged for relaxation and entertaining. Forward, there will be wide salon doors openings to the aft deck. There will be a large fixed sun bed with lockers under with the possibility to partly transform it into an aft facing seating. There will be a selection of loose dining tables and chairs that can be utilized to suit the entertaining mode. The tables will be hi/low to function for cocktails or dining. A good portion of the forward aft deck area will enclose with eisenglass and be air conditioned when desired.

There will be side deck coaming lockers with various storage and technical equipment areas.

The main deck overhead will be made from lightweight panels and arranged with direct, indirect lighting and acoustical systems to be determined.

Large flush deck hatches are positioned for access to the tender locker, and other storage uses

### 13.06    Railings, Stanchions & Wire

Railings and stanchions are described in "Gem_Y04_stanchions & railing". Architects drawing.
Top railing wire to be a minimum of 1000 mm above deck level. Design detail to be defined.

- All railing is to be 38 mm polished 316L stainless steel and styled according to the drawings.
- Pulpits will have a teak-grating seat on the mid railing. Design detail to be defined.
- The main deck stanchions will be 32 mm diameter polished stainless steel lifeline stanchions with ball on top, mounted on the side deck, at max intervals of 2200 mm in insulated spigot bases. All bases are to be fitted with drains as appropriate to prevent the collection of water.
- There are to be port and starboard lifeline gates with (4) stanchions and braces each side.

### 13.07    Air Inlets and Outlets

Special attention should be paid to the integration of all air in and out of the vessel. The final designs are to be approved by Architects.

### 13.08    Hatches

Deck hatches will be flush mounted, and are listed in "Gem_T05_deck hatches and lockers" Architects drawing.

### 13.09    Awnings and Dodgers

Awnings and dodgers will cover the flybridge, as described in *"Gem_712_flybridge_bimini"* Architects plan.

### 13.10    Upper Deck Stairway

The stairway to the upper deck will be fitted with indirect courtesy lights and banister railings. Stair treads will be covered with the deck system timber and styled consistent with the decking system. Indirect lighting will be let into the underside of the stair frame.

### 13.11    Exterior Furniture

The exterior furniture will be supplied by the interior subcontractor. Inventory is to be determined.

### 13.12    Jacuzzi

A "Bradford Spa" or equivalent spa will be fitted on the upper deck. The spa will be built to the dimensions as provided in the plans and arranged with;

*   Water heaters
*   Fresh water fill connections
*   Circulation filters and massage jet systems
*   Gutter water catch
*   Side seating
*   Internal seating
*   Underwater lights
*   Drain to the hull tank as required by the Rules

GEMINI Project Contract Specifications                    Van Peteghem & Lauriot Prévost Naval Architects

## 14    NOISE & VIBRATION CONTROL; STRUCTURAL FIRE PROTECTION

The complete package on noise and vibration control has been designed and provided by SilentLine BV. This package contains the following items:

- Complete set of preliminary detail insulation installation drawings.
- Preliminary weight calculation

The Builder may select SilentLine BV, or another noise and vibration consultant to work with, but with the understanding that the noise and vibration targets are to be achieved. SilentLine BV states they will guarantee the sound and vibration targets if under contract to the Builder.

### 14.01    Noise Targets

The following noise targets are to be achieved.

### 14.01.01    Noise Targets at Anchor Condition

Measuring conditions:

- Measuring position in the center of the cabin or room at 1.60 meter above floor level.
- All doors to be closed.
- Cabin or room completely finished.
- Air conditioning at normal speed (fan speed 2).
- Normal secondary machinery operational.
- House hold equipment not taken into account.
- Sound sources other than the generator set, normal secondary machinery and air conditioning is not taken into account.
- Sea state 1
- Wind speed (Beaufort 3)

At anchor condition, noise targets to be achieved [dB(A)].

- Salon :                          38 – 40
- TV room :                       40 – 42
- Owner & VIP Suite;              36 – 38
- Guest cabins, port both.        38 – 40
- Crew cabins, stbd hull.         42 – 45
- Galley:                         45 – 48  (extraction fan not running)
- Crew mess:                      45 – 48

### 14.01.02    Noise Targets at Cruising Condition ( 80% MCR of the main engines )

Measuring conditions:

- Measuring position in the center of the cabin or room at 1.60 meter above floor level.
- All doors to be closed.
- Cabin or room completely finished (carpet, beds etc.)
- Air conditioning at normal speed (fan speed 2).
- Normal secondary machinery operational.
- House hold equipment not taken into account.
- Sound sources other than the main engines, gearboxes, propulsion propellers, generator set, normal secondary machinery and air conditioning is not taken into account.
- Sea state 1

GEMINI Project Contract Specifications                          Van Peteghem & Lauriot Prévost Naval Architects

- ◆ Wind speed (Beaufort 3)
- ● Rudder angle maximum 2 degrees.

Cruising condition, noise targets to be achieved [dB(A)].

- ● Salon :                                    54 – 56
- ● TV room :                                  56 – 58
- ● Owner & VIP Suite;                         48 – 50
- ● Guest cabins, port hull aft;               56 – 58
- ● Guest cabins, port hull fwd:               54 – 56
- ● Crew cabins, stbd hull:                    58 – 60
- ● Galley:                                    58 – 60
- ● Crew mess;                                 56 – 58

## 14.01.03      *Acoustic Privacy*

The requirements is for excellent acoustic separation between the various partitioned areas. Noise reduction from one space to its adjoining space is to match the isolation requirements of the "Sound Transmission Class" (STC) as given below. Achievement of the required isolation dictates special constructions (insulated walls, gasketed doors and silenced vent passages). All privacy partitions must be sealed to the deck head and penetrations traversing privacy bulkheads must be sealed.

Between compartments:                          STC:

- ● Crew : cabin to cabin                       35
- ● Crew : cabin to corridor                    35
- ● Owner – VIP : cabin to cabin                40
- ● Owner – VIP : cabin to corridor             35

The above mentioned STC-targets are to be studied by means of the SEA model. The composition of the separation wall(s) are added to model as well as the cabin dimensions, finishing and reverberation time. This means that eventual modifications can be added in an early design stage.

## 14.02      *PRELIMINARY Insulation Plans*

The following (attached) preliminary insulation drawings have been designed by Silent Line BV. Any alterations to the schedule or substitution of materials are to be approved by Silent Line BV and the Architect. A final insulation plan will be designed following the completion of the Statistic Energy Analysis (SEA) study.

## 14.02.01      *Lazarettes and Tender Compartments*

The lazarettes will be insulated from thermal point of view. See detail insulation drawing "G-Ld-4_vl_tender compartment" and "G-Ld-8_vl_diving compartment"

The tender compartment will not be insulated.

## 14.02.02      *Engine Rooms*

These areas are insulated from noise, thermal and fire point of view (A-60). See detail insulation drawing "G-Ld-4_vl_engine room" and "G-Ld-12_vl_engine room".

GEMINI Project Contract Specifications                    Van Peteghem & Lauriot Prévost Naval Architects

### 14.02.03    Crew Quarters

These areas are insulated from noise point of view. See detail insulation drawing "G-Ld-6_v1_crew mess room"

### 14.02.04    Laundry

These areas are insulated from noise and thermal point of view. See detail insulation drawing "G-Ld-7_v1_laundry and crew forward"

### 14.02.05    Galley

These areas are insulated from noise, thermal and fire point of view. See detail insulation drawing "G-Md-1_v1_galley"

### 14.02.06    Owner & VIP Staterooms

These areas are insulated from noise and thermal point of view. See detail insulation drawing "G-Md-4_v1_VIP bedroom" and "G-Md-5_v1_owner bedroom"

### 14.02.07    Salon & TV Room

These areas are insulated from noise and thermal point of view. See detail insulation drawing "G-Md-3_v1_saloon" and "G-Md-2_v1_lower saloon"

### 14.03    Vibration Targets:

The maximum vibration level, measured at the ship structure, may not exceed the ISO level of 4 mm/sec [RMS] with the yacht cruising at 80% MCR output.

The maximum vibration level, measured in the accommodation areas (tables etc. not included), may not exceed a level of 1.0 mm/s [RMS] with the yacht cruising at 80% MCR output. At anchor condition, the maximum vibration level may not exceed 0.5 mm/sec [RMS].

Structural analysis are to be performed by Silent Line BV, or the Builder's selected consultant, using Finite Element Analysis software (Nastran under Windows, or equal) to avoid resonance and to ensure the above mentioned allowable vibration level of 4 mm/s. This study is combined with mobility calculations on the engine and gearbox foundation, framing underneath the generator sets and the interaction between the propulsion propeller(s) and the hull plating above the propeller(s).

Cabin surrounding (floating floor, liners, separation walls and ceiling) must be installed as a box-in-box construction meaning that a direct contact between the structure and the cabin surrounding is avoided. This is to insure the maximum allowable vibration level of 0.5 mm/s [RMS].

Whirling and axial vibration calculations are also foreseen using the above mentioned Finite Elements Analysis software.

### 14.04.    Materials:

The materials and surface areas are as listed in the attached spreadsheet and the installation is to be in accordance with the drawings as listed in part 14.02.

The material lists exclude the interior items as listed below:

- Wall liners,
- Bulkhead Liners,
- Separation walls,
- Ceiling

### 14.05.    Supervision During the Build Stage:

Supervision for a qualified person is required for the installation in order to assure that the noise targets will be achieved. If under contract to the Builder, SilentLine BV will provide the following services:

1.  Visits to the yard, during the entire building stage, are included in our package. The following main visits are:

    During the building stage:

    - Measurements on the ship structure are foreseen in order to check the natural frequencies of local structures like bulkheads, deck structures etc. This to make sure that the vibration targets as stated in topic 14.03 are not exceeded.

    - During the dennonce of the insulation system:

    - Visits are foreseen in order to make sure that all materials are installed in accordance with our detail insulation drawings. This to make sure that the noise targets as stated in topic 14.01.01 – 14.01.02 are not exceeded.

2.  During the dennonce of the interior.

    - Visits are foreseen in order to make sure that all materials are installed in accordance with our detail insulation drawings. This to make sure that the STC targets as stated in topic 14.01.03 are not exceeded.

### 14.06.    Attachments

The following documents are attached and are considered part of this specification:

- Preliminary_Lower deck_weight_SL_version03 weorr
- Preliminary_Main deck_weight calculations_v3

GEMINI Project Contract Specifications          Van Peteghem & Lauriot Prévost Naval Architects

## 15          DECK EQUIPMENT

The deck equipment is to be according to deck layout proposal by the Architect. All deck fittings are to be installed with adequate stiffeners and backing plates to support the loads and be watertight.

All deck equipment is to be of a similar manufacturer with a consistant type of finish, i.e.: polished stainless steel. Fasteners should be resistant to corrosion and to be Allen head or square drive.

### 15.4          WINCHES

### 15.4.01          Anchor Winches

See part 07A and drawing: *Gem_T02_anchoring_arrangement*

### 15.4.02          Mooring Winches

See drawing:               *Gem_T03_mooring_arrangement*

These will be four (4) mooring winches, mounted bow and stern, port and strbd, of suitable size for handling the mooring lines. These will be located in enclosed lockers along with the cleats. The lockers will have red lights for illumination.

| MOORING WINCHES | Position | Nom Rating | Power | Weight |
|---|---|---|---|---|
| 1   Muir VC8000 | Port aft | | Hydraulic | 121 kg |
| | | 3636 kg | 28hrmin@175 bar | |
| 1   Muir VC8000 | Strbd aft | | | |
| 1   Lewmar 88HST* | Port fwd | | Hydraulic | 54 kg |
| 1   Lewmar 88HST* | Port fwd | 4545 kg | 185 bar | |

\* To be also used for spinnaker sail handling.

### 15.4.03          Sailing Equipment

The winches will be hydraulic. Mast and deck mounted winches will have stainless steel bases and self-tailing caps. See drawing *Gem_V03_deckplan* for details.

Manufacturer:    Lewmar

| Number | Position | Location | Model | Power | Weight |
|---|---|---|---|---|---|
| 2 | Solent Sheet | In coach roof | LMS 125 | Hydraulic | 385 kg each |
| 2 | Staysail Sheet | In coach roof | LMS 135 | Hydraulic | 387 kg each |
| 1 | Mainsail Sheet | TBD | LMS 111 | Hydraulic | 195 kg |
| 1 | Mainsail Halyard | Fwd cross deck | LMS 125 | Hydraulic | 387 kg |
| 2 | Furesails Sheets | Upper deck | 122 AHSTOR | Hydraulic | 202 kg each |
| 2 | Mast | On mast | 122 AHSTOR | Hydraulic | 202 kg each |

Note that the foresail and mainsail halyards will not be loaded while sailing. The balyard winches will hoist the sail and the headboard car will be locked in place. Luff tension will be set from deck level via a hydraulic Cunningham.

### 15A.03.01    Boom Controls

| No. | Purpose | Type | Location |
|-----|---------|------|----------|
| 1 | Mainsail topping lift | A250-040JXX | Internal boom |
| 1 | Mainsail outhaul | A250-090JXX | Internal boom at gooseneck |
| 1 | Mainsail traveler | A250-110JXXX | Upper aft deck coaming |
| 1 | Boom preventer | A250-030JXX | Internal boom |

### 15A.03.02    Winch Controls

Captive reel winch control positions are at each exterior helm station and locally at the winches.

All mast and mooring winches are to be foot switch controlled, located at each winch station. Winch controls for the flybridge deck will be recessed into the coamings.

Each flybridge helm will have an emergency stop button for the hydraulic winch power pack.

### 15A.03.03    Winch Power

Power is to be provided by a custom hydraulic power pack system as described in the part 07H.03 of this specification.

## 15B          BLOCKS & HARDWARE

### 15B.01    Block List

All blocks and sailing hardware are listed in the attached spreadsheet:
Gemini_hardware_listing_V0x.

## 15C          HATCHES, WINDOWS AND PORT HOLES

The windows, hull ports and cabin house ports are to be in accordance with Class and MCA requirements.

### 15C.01.01    Structural Glass

Structural glass is listed in part 02

Main salon windows

| Nb | Average Height | Area | Thickness | Radius of curvature | |
|----|----------------|------|-----------|---------|-----|
| | | | | Bottom | Top |
| | mm | m² | mm | m | m |
| 2 | 850 | 4.8 each | Tbd | 29.2 | 29.6 |
| 2 | 1100 | 2.9 each | Tbd | 2.47 | 2.38 |
| 2 | 1200 | 3.8 each | Tbd | 23.6 | 24.6 |

GEMINI Project Contract Specifications                Van Peteghem & Lauriot Prévost Naval Architects

Forward windows

| Nb | Height | Width | Total Area | Thickness |
|----|--------|-------|-----------|-----------|
|    | mm     | mm    | m²        | mm        |
| 3  | 1180   | 1900  | 13        | Tbd       |

Aft salon

The aft salon bulkhead will be all glass with a combination of fixed and sliding panels.

| Nb | Height | Width | Total Area | Thickness |
|----|--------|-------|-----------|-----------|
|    | mm     | mm    | m²        | mm        |
|    | 2200   | 8350 full | 18.4 total | Tbd   |

### 15C.01.02    Portlights & Portholes

Portlights and porthole locations are as per drawing: *Gem_T06_hull_portlights*

### 15C.02    Window Shading

All main salon, upper deck salon and owner's suite windows and door glass shades will be specified by the Interior designer.

### 15C.03    Window Wipers

Aft forward pilothouse will be provided with electric window wipers and wash system in way of the interior helm station.

- Manufacturer:        Hepworth
- Type:                30NM; pantograph sweep
- Number:              6
- Power:               120/60
- Weight:              8 kg each

### 15C.04    Deck Hatches

All deck and locker hatches are listed on drawing: *Gem_T05_Deck Hatches & Lockers.*

- All composite hatches are to be flush with concealed hinges.
- All lens hatches are to have stainless steel frames
- Manufacturer:        Freeman Marine or equal

### 15D    COVERS, BIMINIS, DODGERS & CURTAINS

### 15D.01    Main Deck Curtains

The aft main deck is to be enclosed with Eisenglass curtains and will be an air conditioned space (port, stbd and aft enclosure). The side curtains should extend from the aft roof bulkhead 5.2 m.

The curtains should be furling into the overhead.

The client is also considering a roll down Venetians blinds type protection at the furthest aft end of the flybridge to provide shade to main deck cockpit. The design will be provided by the Architects.

### 15D.02    Flybridge Bimini

See drawing: Gem_712_flybridge_bimini

A hard top bimini will protect two thirds of the flybridge deck area. It will be built in composite with aluminum support pillars as per the Architects drawings.

The Builder will propose a removable enclosure system for the top.

### 15D.03    Flybridge Dodgers

The primary function will be to protect the helm stations from wind and rain.
The dodgers will fold up into the bimini. It will be built according to the Architects design.

### 15D.04    Sail Covers

The head sails and mainsail will be provided with sun covers.

Color and materials to be the Owner's choice.

### 15D.05    Protective Deck Runners & Covers

Deck runners are to be provided to protect the decking. There will be a fastening or securing system provided that is to be discrete. Runners will be provided for:

- Upper deck
- Main aft deck traffic areas (defined as direct paths from ladders and passageways)
- Main salon & TV room
- Forward athwartships passageway and stair

Color and materials to be selected.

### 15E        DECK HARDWARE

### 15E.01    Stanchions

### 15E.01.01    Materials

The Builder will quote for 2 stanchion materials:

- Option 1:                    Polished 316L Stainless steel
- Option 2:                    Titanium

### 15E.01.02    Main Deck

See drawing: Gem_V04_stanchions & railings.

The main deck stanchions will be 32 mm diameter with ball on top, mounted on the side deck, at max intervals of 2200 mm.

GEMINI Project Contract Specifications                Van Peteghem & Lauriot Prévost Naval Architects

There are to be port and starboard lifeline gates with (4) stanchions and braces each side. Top course to be a minimum of 1000 mm above deck level.

### 15E.01.03    Upper Deck

See drawing:  Gem_V04_stanchions & railings.

The upper deck will be surrounded by a molded bulwark with railings to a total height of 1000 mm. Railing section will be of suitable size and section for aesthetics. Details to be approved by the Owner.

All stairway railings are to be 38 mm diameter to a total height of 1000 mm.

All stanchions will be mounted in or on insulated spigot bases to protect the paint finish and prevent contact between the dissimilar metals. All bases are to be fitted with drains as appropriate to prevent the collection of water.

### 15E.02    Pulpits

Bow pulpits, 2, are to be made out of 38 mm tubing as per the drawing. Pulpits will have a teak seat on grid railing.

### 15E.03    Aft Railings

Aft railings are to be made out of 38 mm tubing, suitable oval section or teak cap rail. Railings are to include brackets for MOM and Horseshoe buoy.

Aft railings will be fitted with transom openings as shown in the drawings.

### 15E.04    Railing wire:

The vessel is to be surrounded with railings in accordance with the Rules. A minimum of 2 courses of railings are required.

- Upper wire is to be -10 standard rod
- Lower courses is to be -6 standard rod
- Railing passages will be uncoated wire and have pelican hooks or other suitable opening fixtures
- Rods and wires are to have end fittings and tension adjustment.

### 15E.05    Deck Fittings & Mooring Hardware

Deck fittings and mooring hardware are shown on drawings:

Gem_V03_Deck Plan and
Gem_T03_mooring_arrangement

### 15E.06    Netting .

Netting consisting of flat webbing will be fitted between each hull and longeron and between the forward beam and the longeron.

A suitable perimeter fastening system will be provided for the full perimeter of the netting.

### 15E.07    Other Fittings

GEMINI Project Contract Specifications                Van Peteghem & Lauriot Prévost Naval Architects

Other fittings will be provided as follows:

- Stainless steel bow or eyes in front of the mast for hooking free halyards.
- One (1) SS base socket on the upper deck aft railing with one carbon fiber flagpole.
- SS drain fittings in the flybridge deck, main deck and forward well deck as necessary.
- Eye fitting at each forward beam both foundation for attachment of the anchor bridal.

Note that there will be other miscellaneous fitting required.

## 15F        BOARDING LADDERS

### 15F.01        Passerelles

See arrangements on drawings:        *Gem_T04_aft passerelle* and
                                      *Gem_T11_side passerelle*

The yacht will be provided with two carbon fiber (2) hydraulic passerelles that retract into the transom and starboard side. The passerelles will be provided by C-Quip. The passerelles will be fitted with:

- Call button
- Courtesy Lights
- Removable Railings
- Teak walkway

### 15F.01.01        Stbd Side Passerelle

The stbd passerelle will be retracting into the side and slew to 80° fwd and aft. The passerelle should articulate to -40° for use near the waterline or at facilities, which are higher. It should therefore be equipped with pivoting steps.

### 15F.01.02        Port Aft Passerelle

The port passerelle will be retracting into the transom. The passerelle should extend a minimum of 3 m and articulate to +/- 15-15° for use near the waterline or at facilities, which are higher.

GEMINI Project Contract Specifications          Van Peteghem & Lauriot Prévost Naval Architects

---

## 16      INVENTORY

### 16.01      Builder Supplied

The following additional inventory will be provided by the Builder and installed or placed on board with appropriate storage arrangements:

- SCUBA Compressor as listed in part 07F..03
- Safety equipment as listed in part 17
- Mattresses by Handcraft Mattress Co., or equal, as sized in the interior concepts.
- Two (2) outboard motor storage racks in stbd lazarette
- Two (2) bosun's chair with tool pockets provided
- One (1) swimming ladders, made of stainless steel with teak steps for aft platform which locks into place, to ensure no movement
- Two (2) telescopic boat hooks made of aluminum.
- Two (2) anchor rode bridals at the bows with chain claw for the anchor chain. Ten (10) appropriate sized inflatable fenders
- Ten (10) mooring lines sized to the satisfaction of the Administration. Suitable eye splices will be at one end for the mooring arrangements. Ends will be finished to prevent fraying.
- Spare parts inventory for main engines, generators, water makers, fuel & purifier systems, waste treatment systems, hydraulic systems and other spare parts to be recommended by the equipment suppliers.

### 16.02      Owner Supplied

The following items will be supplied by the owner and installed by the Builder. The Builder shall be responsible for unloading, uncrating, receiving, storing in a suitable manner and installation on the vessel at the proper times these items and any other articles consigned to the Builder for the Owner's account for use in the vessel.

That which is sent to the Builder will be installed by the Builder with all necessary foundations, connections and related equipment. Suitable lockers, drawers or chocks shall be provided as required. No additional charge shall be made for this service.

Only the items specifically listed below will supplied by the Owner and anything else required for a complete vessel of the type described shall be provided by the Builder.

- Electronics as listed in part 13
- Loose deck furniture listed in part 13 Exterior Concepts
- Sails, as listed in part 23
- Dive equipment as listed in part 23
- Tenders as listed in part 24
- Exercise equipment
- Type III, IV and V personal floatation devices for small craft
- Safety harnesses
- Other water toys TBD
- Tools for deck and engine rooms
- Cleaning equipment
- Required Regulatory publications, paper charts, guides, etc.
- Desired audio, video and printed media
- Medical kits and inventory
- China, table settings, flat ware, crockery
- Pillows, bedding, linens, towels, etc.
- Crew uniforms

---

GEMINI Project Contract Specifications                      Van Peteghem & Lauriot Prévost Naval Architects

## 17    SAFETY EQUIPMENT

### 17.01    General

The life saving equipment inventory is to comply with MCA requirements with the following minimum equipment provided:

### 17.02    Life Rafts

Life rafts will be installed in accordance with drawing: Gem_C01 & C02_Safety_plan. Dimensions and weights are of the container pack.

* Manufacturer:              Viking
* Model:                     10 DK
* Number:                    Four (4)

Each life raft to be fitted with SOLAS "A" pack. A placard giving instructions for launching and inflating the life rafts must be posted in a conspicuous place.

Emergency lighting at the life raft stations will be provided as required by the regulations.

### 17.03    Personal Floatation Devices (PFDs)

The Owner will supply personal floatation devices.

Storage of PFDs is to be in accordance with MCA regulations.

### 17.04    Safety Harnesses

Safety harnesses will be Owner supplied items.

### 17.05    Ring Life Buoys

Three (3) life buoys, or number as required by MCA regulations, are to be provided and mounted in accordance with MCA regulations.

### 17.06    Flares

Distress signals will be provided in accordance with MCA regulations.

### 17.07    Man Overboard Systems

There will be a man overboard system(s). The overboard modules, in a container mount location to be determined.

* Manufacturer:              TBD
* Type:                      TBD
* Number:                    TBD

### 17.08    Medical Kit

The medical kit will be Owner supplied.

---

## 19        PAINTING WORK

The exterior and interior paint systems are to be an International Paint system from filler and primer systems to the finish coats. If the Builder or paint contractor prefers an alternative system, this is to be approved by the Owner's Representative.

Paint colors are to be selected by the Owner. Presently, the topsides will be a dark navy blue and super structure (s o) white. Boot top and other accents are not yet determined.

In consideration of developing paint technology, the Builder, and the Builder's paint subcontractor, if applicable, will consult with the paint system supplier for the best type of system to apply. The Owner's Representative may provide an independent paint consultant to review, inspect and recommend on the paint system and process.

Any exterior finish coats are <u>not</u> to be mechanically polished.

The quality of the exterior paint system is to be a *Super Yacht Finish*, as noted in the below table. The Builder will provide the Owner's Representative with a sample of high gloss vertical and horizontal surfaces, plus a proposed standard to be within the funnel.

| Hull Area | Gloss range See notes | Dust Particles per sq decimeter | Surface texture | Fairness | Sags & Runs |
|---|---|---|---|---|---|
| Exterior topsides Outboard and inboard surfaces and super structure | 87-90% @ 60° | 8 @ 0.3 mm | <15 or Reference panel | Judged throughout construction process | Not allowed except with approval of owner's representative |
| Deckhouse tops | 85-90% @ 60° | 12 @ 0.3 mm | 15-20 | | Same |
| Tunnel bottom | 80-85% @ 60° | 16 @ 0.3 mm | 8-12 | | Same |
| Inspection Method | Gloss meter | Magnified visual | Visual comparison | Visual | Visual |

Gloss Range Notes:

1. Gloss measurements are to be taken over 5% of the total surface area, divided into 1 $m^2$ sections.
2. Each 1 $m^2$ section will be measured at 5 spots and the average calculated.
3. Each spot will have the average of 3 readings taken within 5 cm.
4. The surface areas will be divided over types of surface: horizontal, vertical, sloped, exposed, non-exposed and deck areas (ie: upper deck, main deck, etc.)
5. None of the 5 spot averages shall be below 95% of the specified gloss value. One of each of the readings for a spot average may be below 95% of the specified gloss value, but not below 80% of the specified value.
6. For each 1 $m^2$ area, the spot averages shall not be below the specified gloss value.

## 19.01        *Painting Work Hull Inside*

All surfaces are to be disc ground to remove all sharp edges and washed to remove contaminants.

All wood is to be fully sealed or suitably treated on all sides to prevent ingress of moisture and rot.

All woodwork that has to be varnished will be varnished with two component varnish. Finish coat to be as directed per the designers drawings.

All interior cabin area paint work is specified in part 12 Interior Concepts.

- Hull Inside:
  Not painted behind insulation.
  All bilges and other areas are painted.
- Engine room:
  Not painted behind insulation.
  All bilges are painted.
- Sump Tanks:          Cerundote
- Water Tanks:         Cerundote
- Fuel and oil tanks:  Not coated.

## 19.01.01    *Hull Interior Colors*

Lockers above deck plates:        Off white, or Owner's choice
Bilges below deck plates:         Light gray, or Owner's choice

## 19.02        *Hull Exterior*

The following surface areas are preliminary:

- Hull below water line:                        500 sq meters      5,382 sq ft.
- Hull and superstructure above waterline:      1,265 sq meters    13,616 sq ft
- Wet deck tunnel:                              266 sq meters      2,863 sq ft

## 19.03.01    *Hull, below waterline, Surface Preparation – Aluminum Substrate*

1    Prior to sandblasting, it is imperative to clean all surfaces with Interlux 202 Fiberglass Solvent Wash for the removal of wax, silicone and other surface contaminants. Using cleaned dry rags, saturate with Interlux 202 Fiberglass Solvent Wash and scrub the surface thoroughly. Before the solvent dries, wipe up completely with separate clean, dry rags. Work in small, easily reachable areas at a time. Repeat this procedure if necessary to ensure all surface contaminants are properly removed.

2    An efficient way to tell when all contaminants residue has been removed is by spraying the entire hull with water. If the water beads up, contaminants are still present. Repeat step 1 procedure and until all the water "sheets" completely over the surface.

3    Sandblast all aluminum surfaces to clean bright, near white metal finish with medium mesh Silica Sand. Blow down the entire substrate with a clean air line using a clean rag to remove all blasting residue. *Within (1) one hour of sandblasting, immediately apply the first coat of X(see step two below)*.

4    If sandblasting is not possible, disk grind the entire underwater hull surfaces with 24 grit grinding discs. Thoroughly wash all standard surfaces once again with Interlux 202 Fiberglass Solvent Wash using the "two rag wipe down method" and changing rags frequently.

GEMINI Project Contract Specifications                    Van Peteghem & Lauriot Prévost Naval Architects

**19.02.02**          *Application procedure*

The application procedures will be determined by the paint system supplier in cooperation with the Owner's Representative and his consultants.

**19.02.03**          *Underwater Hull Fairing*

If extensive underwater hull fairing is necessary, it will be a light weight system, applied with a proper tie coat in agreement with the Architect.

**19.03**             *Hull Outside, above waterline*

**19.03.01**          *Surface Preparation – Aluminum Substrate*

The application procedures will be determined by the paint system supplier in cooperation with the Owner's Representative and his consultants.

**19.03.02**          *Topcoats*

The application procedures will be determined by the paint system supplier in cooperation with the Owner's Representative and his consultants.

**19.04**             *Varnish Work on Deck*

Varnish work on deck to be *full grain, hi gloss finish*.

## 20    SPARS

Please refer to the Architects drawings for accurate dimensions of the spars, sail plan and rig loads – drawings:

* *Gem_Sail Plan*
* *Gem_Rig Loads*
* *Gem_Deck Plan, Fittings & Hardware Plan*

### 20.01    Principal dimensions

The preliminary sections are as follows:

* Overall length:          53000
* Section depth:           1100
* Section width:           700

The following are estimated from the sail plan:

* P          47275
* E          15485
* I          45050
* J          12635
* $I_x$        7.6e 14 N.mm²
* $J_y$        6.2e 14 N.mm⁴

### 20.02    General Concept

The spar and boom will be constructed of carbon fiber. The mast will be without spreaders, have a tapered top section and have a ball & socket heel fittings with pivot stops. Note that the rig will be jacked from the deck and appropriate structure is required.

The boom will have an internal hydraulic topping lift and outhaul systems with separate chambers for hydraulic, electric and rigging systems. The booms will be a *'park avenue'* style to contain the sail when reefed or flaked.

All hardware is to be installed with suitable insulating or barrier materials to prevent corrosion between the components.

The mast is to be arranged with steps and a platform at the height of the gooseneck.

The finish of the mast and boom are to be to the owners' choice of colors.

Sheets and Halyards are listed in the part 22 Running Rigging.

### 20A    MAST COMPONENTS

### 20A.01    Masthead

Carbon fiber tapered top section and masthead with: (to be confirmed with mast builder)

* One sheave for main halyard (backside)
* Two sheaves (port and starboard) for bos'n chair lines (port and starboard)
* Three aft lug for topping lift, main halyard purchase fix point, and spare
* 2 sheave blocks for burgee halyard

GEMINI Project Contract Specifications                    Van Peteghem & Lauriot Prévost Naval Architects

---

> • 2 eyes for safety lines
> • 4 retractable steps for masthead access.
> • Ground attachment for lightning rod

## 28A.02    Mast Fittings & Hardware

The mast will be arranged with:        (to be confirmed with mast builder)

- Gennaker lug tang with sheave and sheave box for gennaker halyard.
- Spinnaker lug tang with sheave and sheave box for spinnaker halyard.
- Headstay lug tang with sheave and sheave box for solent halyard
- Inner forestay lug tang with sheave and sheave box for staysail
- Storm sail lug tang with sheave and sheave box for stormsail
- Two rails (port and starboard) with one traveler on each for gant line
- Two hydraulic (or manual) headsail halyard tensioners (solent and staysail)
- Shroud attachments.
- Port and stbd sheave boxes for lazy jacks.
- Cowling for port and stbd foredeck lights
- Cowling for deck lights for owner's terrace and ground tackle
- Internal vent pipe(s) for gray and black water systems
- Electrical conduit and connection box for wiring and electronics
- 2 mount brackets for radar arrays
- Required SS hydraulic fittings for boom hydraulics
- Sail track with headboard, headboard lock system and batten car system.  Note: headboard to lock at full lift and reef point stations to remove load from halyard.
- Ground conductor for lightning protection – flat copper strap
- Lightning rod
- Boom gooseneck fitting
- Halyard and reef lines exits with SS chafe protection as per < Gem_deckplan>
- Refer on drawing <Gem_hardware_listing> in part 15-Deck Equipment, for clutch, jammers and cleats on mast

## 28A.04    Mast Lighting

Lighting is to be wired and installed to comply with International Regulations For Preventing Collisions At Sea, 1972, as amended.  Lights mounted on the mast column to have suitable mounting brackets and protective guards.   Light particulars are listed in part 10D.04 of this specification.  The following provisions will be made for the electrical options listed below:

- White strobe light 360°
- Red 360° masthead light.
- Green 360° below masthead red light (night sailing)
- Steaming light on mast front
- Port & stbd forward deck lights
- Port & stbd anchor gear area deck lights
- Two under boom deck lights for fly bridge
- Controllable spot lights

Provisions to be made:

- Provide protective guards, supports and brackets
- Pulling of cables in mast
- All lights and their wiring

---

* All cables in conduit

### 20.4.05    Boom Components

The boom is to be carbon fiber with tapered end and fitted with:

* Gooseneck fitting on a hydraulic cylinder fixed on the mast ( to push boom from mast for outhall triming )
* Separate chambers for lines and electric wiring
* Separate chamber for stowing spare sail battens
* Three (3) inboard reef point systems with internal hook for each reefing line
* Captive winch for a 4:1 purchase mainsail sheet
* Internal boom preventer hydraulic cylinder
* Internal topping lift hydraulic adjustment
* Six (6) side lugs for lazyjack system
* Internal deck lights (2)
* Junction box for lights

### 20B.01    Longeron

See drawing: Gem_longitudinal & transverse fwd beams

The longeron is to be constructed of carbon fiber.

| | | |
|---|---|---|
| * | Length: | 8310 mm |
| * | Section: | 240 to 580 mm |
| * | Weight: | TBD |

Fittings:

* Weldeck chainplate
* Forward transverse beam attachment
* Headstay attachment
* Staysail attachment
* Gennaker attachment
* Storm sail attachement
* Chambers for hydraulic lines and electric wiring
* Ground strap for headstays
* Netting attachment
* Non-skid walking surface
* Access plates for internal systems
* Through beam inlet an outlet for spinnaker tack line adjustment, gennaker and staysail furling loop
* Custom roller (ref on deck plan)

### 20C.01    Forward Transverse Beam

Ge_longitudinal & transverse fwd beams

The forward beam is to be carbon fiber:

| | | |
|---|---|---|
| * | Length: | 10200 mm |
| * | Section: | 450 x 260 mm |

- Weight:                    1,b,d, kg estimated

Fittings:

- Hull foundation attachments
- Longeron attachment
- Martingale foundations
- Martingale spry attachments
- Chambers for hydraulic lines and electric wiring (if required)
- Ground strap for headstays
- Netting attachment
- Access plates for internal systems

GEMINI Project Contract Specifications                Van Peteghem & Lauriot Prévost Naval Architects

## 21    STANDING RIGGING

The final specifications are to be determined.

* The standing rigging will be a X (?)system.
* A data book will be made for all standing and running rigging.

The following is to be used as a guide:

| Description | Length | Size |
|---|---|---|
| Main stay | 58000 | ROD # 320 min |
| Rod termination fitting | | Tbd |
| High fatigue jaws | | Tbd |
| Inner Stay | 16000 | Kevlar # 61 min |
| Rod termination fitting | | Tbd |
| High fatigue jaws | | Tbd |
| Main Shroud | 63000 | Kevlar 220T min |
| Rod termination fitting | | Tbd |
| High fatigue jaws | | Tbd |
| Lower Shroud | 29000 | Kevlar 79T min |
| Rod termination fitting | | Tbd |
| High fatigue jaws | | Tbd |

## 22    RUNNING RIGGING

### 22A    Halyards & Sheets

Preliminary halyards, sheets and miscellaneous running rigging are listed in the attached spreadsheet 22-Sheets_Halyards V.03

All lines will be suitably terminated with fused and whipped ends.

### 22B    Furling Systems

The sizes of the hydraulic furling systems and foils are to be confirmed with the manufacturer for the sail dimensions and rod sizes.

### 22B.01    Headstay

Furling system for the Solent will be controlled at both flybridge helm stations.

* Manufacturer:              Reckmann
* Type:                      RF-90-6
* Power:                     Hydraulic
* Flow:                      60 l/min
* Weight:                    235 kg

Headstay Foil:

* Manufacturer:              Reckmann

GEMINI Project Contract Specifications                    Van Peteghem & Lauriot Prévost Naval Architects

|   | Type: | Carbon |
|---|-------|--------|
| • | Profile: | S8 |
| • | Length: | 47 m |
| • | Weight: | 123 kg |

### 22B.02      Staysail

Furling system for the Staysail will be controlled at both flybridge helm stations.

| • | Manufacturer: | Reckman |
|---|---------------|---------|
| • | Type: | RF-90-5.5 |
| • | Power: | Hydraulic |
| • | Flow: | 45 l/min |
| • | Weight: | 98 kg |

Headstay Foil:

| • | Manufacturer: | Reckmann |
|---|---------------|----------|
| • | Type: | Carbon |
| • | Profile: | S7 |
| • | Length: | 36 m |
| • | Weight: | 71 kg |

### 22C       RIGGING MISCELLANEOUS

The following will be provided:

• 2 hydraulic halyard tension cylinders for the:

| ◆ | 1 x Yankee | Type: | TBD |
|---|-----------|-------|-----|
| • | 1 x Staysail | Type: | TBD |

• 1 hydraulic reel rigging cutter
• 3 double ratchet handles for manual back up functions
• 3 single ratchet handles for manual back up functions

## 23          SAILS

Sails will be supplied by the Owner. The yard will support the production, delivery and fitting out of the sails.

The inventory and dimensions are provisional pending final design.

### 23.01          Inventory

#### 23.01.01          Main

| | |
|---|---|
| Primary material: | t.b.d. |
| Secondary material: | t.b.d. |
| Dimensions: | 47.3 Luff |
| | 15.5 foot |
| | 522 m$^2$ Approx area |

#### 23.01.02          Solent

| | |
|---|---|
| Primary material: | t.b.d. |
| Secondary material: | t.b.d. |
| Dimensions: | 45.2 Luff |
| | 14.7 LP |
| | 326 m$^2$ Approx area |

#### 23.01.03          Staysail

| | |
|---|---|
| Primary material: | t.b.d. |
| Secondary material: | t.b.d. |
| Dimensions: | 34.5 Luff |
| | 9.9 LP |
| | 172 m$^2$ Approx area |

#### 23.01.03          Storm Jib

| | |
|---|---|
| Primary material: | t.b.d. |
| Secondary material: | t.b.d. |
| Dimensions: | 22.4 Luff |
| | 5.6 LP |
| | 63 m$^2$ Approx area |

#### 23.01.04          Gennaker

| | |
|---|---|
| Dimensions: | 590 m$^2$ approx. |

#### 23.01.05          Asymmetrical spinnaker

| | |
|---|---|
| Dimensions: | 1000 m$^2$ approx. |

## 24 TENDERS

The tenders will be owner supplied.

The Builder will work with the Owner's Representatives and suppliers to provide necessary chocks and handling equipment for the stowage, launch and retrieving of the tenders.

The Builder will provide for receiving and storage of the tenders.