UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GEMINI II LTD.,
                      Plaintiff,

            v.

DERECKTOR SHIPYARDS CONN., LLC,
                      Defendant.
------------------------------------------------------------x

08 CV 6334 (LAP)

**CERTIFICATE OF SERVICE**

      I hereby certify, pursuant to Title 28 U.S.C. §1746, that on July 15, 2008 at 4:02 p.m., I served a true copy of the following documents:

    a. Temporary Restraining Order, signed by Judge Loretta A. Preska on July 15, 2008;
    b. Summons;
    c. Complaint for injunction in Aid of Arbitration;
    d. Rule 7.1 Certificate of Corporate Disclosure;
    e. Plaintiff's Memorandum of Law in Support of Its Application for a Preliminary Injunction and Emergency Interim Relief;
    f. Declaration of Dr. Anthony Marlon;
    g. Declaration of Lars Forsberg;
    h. Declaration of Daniel L. Robsham, with exhibits;
    i. Declaration of Gavin Bladen, with exhibits; and
    j. Declaration of John M. Toriello, with exhibits,

by personally delivering to **Orquidania Tejada**, Receptionist, authorized to accept service of process for Ellenoff Grossman & Schole, LLP, at 150 East 42nd Street, 11th Floor, New York, New York 10017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2008.

                                              Willis Vargas
                                              Holland & Knight LLP
                                              195 Broadway
                                              New York, NY 10007