# BARGER & WOLEN LLP

650 California Street
Ninth Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

DAVID J. MCMAHON
(415) 743-3706
dmcmahon@barwol.com

PLEASE REFER TO
OUR FILE NUMBER:
61048.012

July 21, 2008

**VIA FACSIMILE & U.S. MAIL**

Honorable Loretta A. Preska
United Stated District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

Re: **Gemini II Ltd. v. Derecktor Shipyards Conn**
Case No. 08 Civ. 6334 (LAP)

Dear Judge Preska:

On Friday afternoon July 18 I called your chambers to inform the court that my client Derecktor Shipyards Conn., LLC had filed a Chapter 11 petition under the Bankruptcy Code and that the automatic stay was in effect. Your courtroom deputy suggested that I follow up my telephone notice with a letter on Monday morning. That is purpose of this correspondence. As a courtesy, we also advised Gemini's counsel with the law firm of Holland and Knight of the filing on Friday afternoon July 18th as well.

Respectfully submitted,

DAVID J. MCMAHON
For the Firm

DJM:mf

Cc: Lars Forsberg
John Toriello

l:\office60\61048\012\08letters\07-21 judge preska.doc